FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2006 FEB 22 A 9: 51

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| STACIA S. BOGDAN and FRANK BOGDAN, | : | CIVIL ACTION NO: 3:02CV637 (JCH) |
| Plaintiffs, | : | |
| v. | : | |
| ZIMMER, INC., | : | |
| Defendant. | : | FEBRUARY __, 2006 |

### STIPULATED MOTION TO DESIGNATE CASE FOR ELECTRONIC FILING

The parties jointly bring this Motion to Designate Case for Electronic Filing. The parties agree that it would be convenient for all involved including this Court to have electronic filing in this matter.

WHEREFORE, the parties, by agreement, respectfully request that the Court designate this case for electronic filing.

Dated: February 16, 2006

By: _____
Robert Reardon, Jr.
THE REARDON LAW FIRM
160 Hempstead Street, P.O. Drawer 1430
New London, CT 06320
Telephone: (860) 442-0444
Facsimile: (860) 444-6445

ATTORNEYS FOR PLAINTIFFS,
STACIA BOGDAN and FRANK BOGDAN

297679_1

Dated: February 21, 2006

By: _____
Albert J. Dahm (ct21710)
DAHM & ELVIN, LLP
9604 Coldwater Road, Suite 201
Fort Wayne, IN 46825
Telephone: (260) 497-6000
Facsimile: (260) 497-6019

Francis H. Morrison, III (ct04200)
Robert E. Koosa (ct26191)
DAY BERRY & HOWARD, LLP
CityPlace I
Hartford, Connecticut 06103-3499
Telephone: (860) 275-0100
Facsimile: (860) 275-0343

ATTORNEYS FOR DEFENDANT,
ZIMMER, INC.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STACIA S. BOGDAN and FRANK BOGDAN, | : | CIVIL ACTION NO: 3:02CV637 (JCH) |
| Plaintiffs, | : : : | |
| v. | : : | |
| ZIMMER, INC., | : : | |
| Defendant. | : | FEBRUARY __, 2006 |

**(PROPOSED) ORDER RE STIPULATED MOTION TO DESIGNATE
<u>CASE FOR ELECTRONIC FILING</u>**

The Court, having considered the parties' joint motion to designate this case for electronic filing, hereby grants the parties' joint motion.

IT IS SO ORDERED.


Dated: _____, 2006          _____
                                     JANET C. HALL
                                     United States District Court Judge

297682_1