UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STACIA S. BOGDAN and FRANK BOGDAN, | : | CIVIL ACTION NO: 3:02CV637 (JCH) |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| ZIMMER, INC., | : | |
| | : | |
| Defendant. | : | MARCH 7, 2006 |

**DEFENDANT ZIMMER, INC.'S LOCAL RULE 56(a)1 STATEMENT
ON STACIA AND FRANK BOGDAN'S CLAIMS**

Pursuant to Local Rule 56(a)1 for the United States District Court for the District of Connecticut, defendant Zimmer, Inc. ("Zimmer") respectfully submits the following statement of material facts as to which there is no genuine issue.

1.    Total hip arthroplasty generally involves substituting metal and ultra-high-molecular-weight-polyethylene implants for the surfaces of bone making up the total joint. The hip joint is one of the most mobile of the body's joints, while at the same time being one of the most heavily loaded. The mobility derives from its ball and socket configuration which accounts for its high range of motion in all directions. The ball is situated at the proximal (near) end of the femur on an angular protrusion known as the femoral neck. The socket, known as the acetabulum, is located in the pelvis. (Affidavit of Roy Crowninshield, Ph.D. ("Crowninshield Aff."), App. A, ¶ 6.)

2.    During the surgery the patient's diseased femoral head is replaced by the femoral component, which consists of a stem implanted into the patient's femur and a femoral head, which is a sphere that serves as the ball. The patient's hip socket is replaced by a metal shell

implanted into the patient's hip into which is placed a liner; together these components are known as the acetabular component.  (Crowninshield Aff., App. A, ¶ 7.)

3.    If the hip surgery involves a cemented femoral stem, the surgeon inserts polymethylmethacrylate (PMMA) bone cement into the femoral canal.  At the time of surgery, the cement is formed from a powdered PMMA mixed with liquid methacrylate monomer.  When mixed, they form a thin, doughy material that is inserted into the femoral canal that has been prepared by removing the femoral head and neck and opening the inside of the femoral shaft to a sufficiently large size to receive the prosthesis.  Thus, the doughy material is first inserted into the opening followed by insertion of the femoral stem.  In a few minutes, the PMMA polymerizes into a solid mass surrounding the femoral stem.  (Crowninshield Aff., App. A, ¶ 8.)

4.    Prior to 1994, Plaintiff Stacia Bogdan ("Ms. Bogdan") began experiencing pain in her right hip.  (Deposition of Ms. Bogdan ("Bogdan Dep."), App. B, p. 28, ll. 11-15.)

5.    Ms. Bogdan's pain, difficulty sleeping, and limited function in her right hip began to bother her enough that she and her physician, Dr. Bruce H. Moeckel, decided to go forward with her hip replacement surgery.  (Bogdan Dep, App. B, p. 28, l. 11 – p. 32, l. 1.)

6.    Dr. Moeckel performed total hip replacement surgery on Ms. Bogdan's right hip on October 6, 1994.  He implanted a Zimmer Centralign hip prosthesis ("Centralign") in Ms. Bogdan.  (Deposition of Bruce H. Moeckel, M.D., dated October 31, 2002 ("Moeckel Dep."), App. C, p. 18, ll. 1-5.)

7.    Dr. Moeckel made the decision to use the Centralign prior to Ms. Bogdan's surgery.  (Moeckel Dep., App. C, p. 18, ll. 4-13; p. 79, ll. 2-14.)

8.    Prior to that surgery, Dr. Moeckel knew Zimmer manufactured and sold the stem. (Moeckel Dep., App. C, p. 76, ll. 9-20.)

9.      Ms. Bogdan anticipated her device would last 10 years.  (Bogdan Dep., App. B, p. 33, l. 11-13.)

10.     At the time of her surgery, "peel-n-stick" labels were placed in Ms. Bogdan's operative records.  The peel-stick labels in Ms. Bogdan's operative records reveal that Ms. Bogdan received a Centralign femoral stem, size 2 and a 28 mm diameter femoral head, all manufactured by Zimmer.  (Affidavit of Albert J. Dahm, App. D, Ex. 1, Oct. 6, 1994 Progress Notes Operative Record.)

11.     The Centralign is a femoral stem component of a total hip system used in total hip arthroplasty.  It is manufactured from forged ZIMALOY Cobalt-Chromium-Molybdenum Alloy ("ZIMALOY") with PMMA precoat intended for cemented use.  It has a collar near the proximal end and PMMA spacers affixed to the proximal and distal sections of the stem.  It has a dimpled, blasted finish known as macro-surface texturing, on the proximal one-third of the stem anteriorly and posteriorly.  The Centralign is offered in different sizes (ranging from size 1 (smallest) to size 6 (largest)) with increasing stem diameter, length and surface area.  The Centralign is a prescription medical device.  It is sold with so-called peel-n-stick labels that are placed on the patient's operative records.   These labels identify the implant used during the surgery. (Crowninshield Aff., App. A, ¶ 9.)

12.     Dr. Moeckel was able to determine a Centralign stem was used during her surgery from the peel-n-stick labels contained in Ms. Bogdan's medical records."  (Moeckel Dep., App. C, p. 84, l. 23 – p. 85, l. 1.)

13.     Prior to November 2001, Ms. Bogdan did not ask Dr. Moeckel for the name of the manufacturer of Centralign stem.  (Bogdan Dep., App. B, p. 19, ll. 6-9.)

14.     Soon after her operative pain subsided, Ms. Bogdan was able to resume her normal daily activities and no longer had the pain in her right hip that she had experienced prior to the hip replacement.  (Bogdan Dep., App. B, p. 40, l. 23 – p. 41, l. 5.)

15.     However, on October 18, 1995, during a visit to Dr. Moeckel's office, Ms. Bogdan noted that she was developing increasing thigh pain.  The pain began when she took her first few steps and would then get better as she continued walking.  (Moeckel Dep., App. C, p. 52, l. 8 – p. 53, l. 8.)

16.     During that same office visit, Dr. Moeckel saw on Ms. Bogdan's x-rays signs of the Centralign loosening.  (Moeckel Dep., App. C, p. 53, l. 10 – p. 54, l. 2.)

17.     Dr. Moeckel shared these findings with Ms. Bogdan.   (Bogdan Dep., App. B, p. 47, l. 1-19.)

18.     Dr. Moeckel informed Ms. Bogdan at that visit that she was seeing symptoms of loosening earlier than he would have expected from a cemented stem.  (Moeckel Dep., App. C, p. 55, l. 3-15.)

19.     He also informed Ms. Bogdan that she needed a second operation.  (Bogdan Dep., App. B, p. 49, l. 8-17.)

20.     Dr. Moeckel also ordered a bone scan for Ms. Bogdan, the results of which further indicated that Ms. Bogdan's Centralign was loose.  (Moeckel Dep., App. C, p. 55. l. 10-11; p. 60, l. 1-15.)

21.     Ms. Bogdan saw Dr. Moeckel again on November 17, 1995.   At that visit Ms. Bogdan noted that she was still having pain in her thigh, and during the physical exam she had some pain with range of motion.  (Moeckel Dep., App. C, p. 60, l. 1-15.)

22.     Dr. Moeckel reviewed with Ms. Bogdan her bone scan result, which was consistent with early loosening.  (Moeckel Dep., App. C, p. 59, l. 22-24.)

23.     Dr. Moeckel next saw Ms. Bogdan on December 15, 1995.  X-rays taken that day showed the same signs of loosening.  (Bogdan Dep., App. B,  p. 50, l. 20-23; Moeckel Dep., App. C, p. 60, l. 22 - p. 61, l. 21.)

24.     Dr. Moeckel reviewed the x-rays with Ms. Bogdan, and again explained to her that the x-rays showed that her implant was loosening.  (Bogdan Dep., App. B, p. 51. l. 6-11.)

25.     On April 15, 1996, Dr. Moeckel again saw Ms. Bogdan.  (Bogdan Dep., App. B, p. 52, l. 2-9; Moeckel Dep., App. C, p. 62. l. 11-12.)

26.     X-rays taken that day showed further loosening of the prosthesis, and Ms. Bogdan was experiencing increased difficulty walking.  (Moeckel Dep., App. C, p. 62, l. 14-22.)

27.     Dr. Moeckel reviewed the x-rays with Ms. Bogdan, and explained to her that her x-rays showed that the loosening was getting worse.  (Bogdan Dep., App. B, p. 52, l. 10 – p. 53, l. 13; Moeckel Dep., App. C, p. 63, l. 1-19.)

28.     Dr. Moeckel also explained to Ms. Bogdan that he was concerned about the progressive bone loss, and that the stem needed to be revised.  (Bogdan Dep., App. B, p. 53, l. 4 – p. 54, l. 7; Moeckel Dep., App. C, p. 62, l. 18-22 - p. 64, l. 5-18.)

29.     Ms. Bogdan believes she asked Dr. Moeckel during her April 15, 1996 why her device had failed.  (Bogdan Dep., App. B, p. 55, l. 4-7.)

30.     Dr. Moeckel "did not have a good explanation" about why it loosened more quickly than she otherwise would have expected.  (Moeckel Dep., App. C, p. 55, ll. 16-24.)

31.     Dr. Moeckel next saw Ms. Bogdan on June 17, 1996.  During that visit Ms. Bogdan complained of increasing pain in her hip and noted that her leg was getting shorter. (Moeckel Dep., App. C, p. 64, l. 21-22; p. 64, l. 24 – p. 65, l. 3.)

32.     The pain was impacting her ability to walk and live her life, and Ms. Bogdan agreed that she needed the operation.  (Bogdan Dep., App. B, p. 57, l. 1-9.)

33.     Dr. Moeckel attributed these negative symptoms to the Centralign stem and he therefore recommended to Ms. Bogdan that she have that stem removed and replaced with another device.  (Moeckel Dep., App. C, p. 62, ll. 14-22; p. 63, l. 17 – p. 65, l. 25.)

34.     Dr. Moeckel performed revision surgery on Ms. Bogdan on July 16, 1996. (Bogdan Dep., App. B, p. 58, l. 19-21.)

35.     Following her revision surgery in July 1996, Ms. Bogdan was able to resume her normal daily activities.  (Bogdan Dep., App. B, p. 59, l. 10-22.)

36.     Dr. Moeckel stopped using the Centralign in 1995 or 1996 because of the "failures" he had with Centralign stems, but he did not tell Ms. Bogdan that he had stopped using them.  (Moeckel Dep., App. C, p. 34, ll. 9-22; p. 82, ll. 12-21.)

37.     It was not until November 2001, that Dr. Moeckel telephoned Ms. Bogdan to tell her there "had been some other problems with this prosthesis and there was a class action lawsuit."  (Moeckel Dep., App. C, p. 84, l. 3 – p. 85, l. 5.)

38.     Ms. Bogdan believed the Centralign was faulty solely because it loosened and needed to be replaced so soon after it was installed.  (Bogdan Dep., App. B, p. 26, ll. 20-24.)

Dated:  March 7, 2006                 Respectfully submitted,


                                      By:_____
                                      Albert J. Dahm (ct21710)
                                      **DAHM & ELVIN, LLP**
                                      9604 Coldwater Road, Suite 201
                                      Fort Wayne, IN 46825
                                      Telephone:  (260) 497-6000
                                      Facsimile:  (260) 497-6019
                                      E-mail:  albert.dahm@dahmelvin.com


                                      Francis H. Morrison, III (ct04200)
                                      Robert E. Koosa (ct26191)
                                      **DAY BERRY & HOWARD, LLP**
                                      CityPlace I
                                      Hartford, CT 06103-3499
                                      Telephone:  (860) 275-0100
                                      Facsimile:  (860) 275-0343
                                      E-mail:  fhmorrison@dbh.com
                                               rekoosa@dbh.com

                                      Attorneys for Defendant Zimmer, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2006 I electronically filed the foregoing **Defendant Zimmer, Inc.'s Local Rule 56(a)1 Statement on Stacia and Frank Bogdan's Claims** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Robert I. Reardon, Jr.
The Reardon Law Firm, P.C.
160 Hempstead Street
P.O. Drawer 1430
New London, Connecticut 06320

I further certify that on March 7, 2006 I have mailed by United States Mail the document to the following non-CM/ECF participants:

None

/s/_____Albert J. Dahm_____
Albert J. Dahm (ct21710)
**DAHM & ELVIN, LLP**
9604 Coldwater Road, Suite 201
Fort Wayne, IN 46825
Telephone: (260) 497-6000
Facsimile: (260) 497-6019
E-mail: albert.dahm@dahmelvin.com