UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STACIA S. BOGDAN and FRANK BOGDAN, | : : : | CIVIL ACTION NO: 3:02CV637 (JCH) |
| Plaintiffs, | : : | |
| v. | : : | |
| ZIMMER, INC., | : : | |
| Defendant. | : | MARCH 7, 2006 |

**ZIMMER, INC.'S APPENDIX IN SUPPORT OF ITS**
**MOTION FOR SUMMARY JUDGMENT**

Dated:  March 7, 2006                               Respectfully submitted,

/s/     Albert J. Dahm
Albert J. Dahm (ct21710)
**DAHM & ELVIN, LLP**
9604 Coldwater Road, Suite 201
Fort Wayne, IN 46825
Telephone:  (260) 497-6000
Facsimile:  (260) 497-6019
E-mail:  albert.dahm@dahmelvin.com

Francis H. Morrison, III (ct04200)
Robert E. Koosa (ct26191)
**DAY BERRY & HOWARD, LLP**
CityPlace I
Hartford, CT 06103-3499
Telephone:  (860) 275-0100
Facsimile:  (860) 275-0343
E-mail:   fhmorrison@dbh.com
              rekoosa@dbh.com

Attorneys for Defendant Zimmer, Inc.

DESCRIPTION

A    Affidavit of Roy Crowninshield, Ph.D., dated February 20, 2006

B    Deposition Transcript (excerpts) of Stacia Bogdan, dated October 30, 2002

C    Deposition Transcript (excerpts) of Bruce H. Moeckel, M.D., dated October 31, 2002

D    Affidavit of Albert J. Dahm, dated March 7, 2006

CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2006 I electronically filed the foregoing **Zimmer, Inc.'s Appendix in Support of Its Motion for Summary Judgment** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

>Robert I. Reardon, Jr.
>The Reardon Law Firm, P.C.
>160 Hempstead Street
>P.O. Drawer 1430
>New London, Connecticut  06320

I further certify that on [] I have mailed by United States Mail the document to the following non-CM/ECF participants:

>None

>/s/     Albert J. Dahm
>Albert J. Dahm (ct21710)
>**DAHM & ELVIN, LLP**
>9604 Coldwater Road, Suite 201
>Fort Wayne, IN 46825
>Telephone:  (260) 497-6000
>Facsimile:  (260) 497-6019
>E-mail:  albert.dahm@dahmelvin.com