UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STACIA S. BOGDAN and FRANK BOGDAN, | : CIVIL ACTION NO: 3:02CV637 (JCH) |
| Plaintiffs, | : |
| v. | : |
| ZIMMER, INC., | : |
| Defendant. | : MARCH 7, 2006 |

## AFFIDAVIT OF ROY CROWNINSHIELD, PH.D.

Roy Crowninshield, Ph.D., being first duly sworn upon oath, does hereby state and allege as follows:

1.  I hold a Ph.D. in Mechanical Engineering and worked at Zimmer, Inc. ("Zimmer") in various positions from March 1983 until my retirement in 2004. Most recently, I held the position of Senior Vice President, Chief Scientific Officer.

2.  In addition to my Ph.D., I hold masters and bachelors degrees in Mechanical Engineering. I have worked in the orthopaedic field since 1975, when I was an associate research scientist at the University of Iowa. Between 1980 and 1983 I held positions as research scientist at the Department of Orthopaedic Surgery, as well as the Associate Professor in the Department of Orthopaedic Surgery and College of Engineering, both at the University of Iowa. In 1983, I joined Zimmer.

3.  I am or have been a member of the American Academy of Orthopaedic Surgeons, the Orthopaedic Research Society, the American Society of Mechanical Engineers, The Hip Society, the American Orthopaedic Association, the Society for Biomaterials, and the American Society for Testing and Materials.

4. I hold many patents in the orthopaedic/bioengineering field. I am the author of approximately fifty published articles in refereed journals/books and approximately fifty published abstracts of presentations/exhibits. I have designed orthopaedic implants, have tested orthopaedic implants, have evaluated the *in vivo* and *in vitro* performance of orthopaedic implants, and know and understand how orthopaedic implants perform with respect to biomechanics and anatomy. A copy of my curriculum vitae is attached as Exhibit 1.

5. In the course of discharging my various duties and responsibilities at Zimmer, I have been responsible for, have been involved in, and have acquired direct personal knowledge about the design, features, characteristics, attributes, and labeling of the Centralign Precoat Hip Prosthesis ("Centralign Precoat")(collectively "Centralign"). I have personal knowledge of the matters set forth in this declaration and am competent to testify as to these matters.

6. Total hip arthroplasty generally involves substituting metal and ultra-high-molecular-weight-polyethylene implants for the surfaces of bone making up the total joint. The hip joint is one of the most mobile of the body's joints, while at the same time being one of the most heavily loaded. The mobility derives from its ball and socket configuration which accounts for its high range of motion in all directions. The ball is situated at the proximal (near) end of the femur on an angular protrusion known as the femoral neck. The socket, known as the acetabulum, is located in the pelvis. See illustration below.



7.  During the surgery the patient's diseased femoral head is replaced by the femoral component, which consists of a stem implanted into the patient's femur and a femoral head, which is a sphere that serves as the ball. The patient's hip socket is replaced by a metal shell implanted into the patient's hip into which is placed a liner; together these components are known as the acetabular component. See illustration below.



8.  If the hip surgery involves a cemented femoral stem, the surgeon inserts polymethylmethacrylate (PMMA) bone cement into the femoral canal. At the time of surgery, the cement is formed from a powdered PMMA mixed with liquid methacrylate monomer. When mixed, they form a thin, doughy material that is inserted into the femoral canal that has been prepared by removing the femoral head and neck and opening the inside of the femoral shaft to a sufficiently large size to receive the prosthesis. Thus, the doughy material is first inserted into the opening followed by insertion of the femoral stem. In a few minutes, the PMMA polymerizes into a solid mass surrounding the femoral stem. See illustration below.



9. The Centralign is a femoral stem component of a total hip system used in total hip arthroplasty. It is manufactured from forged ZIMALOY Cobalt-Chromium-Molybdenum Alloy ("ZIMALOY") with PMMA precoat intended for cemented use. It has a collar near the proximal end and PMMA spacers affixed to the proximal and distal sections of the stem. It has a dimpled, blasted finish known as macro-surface texturing, on the proximal one-third of the stem anteriorly and posteriorly. The Centralign is offered in different sizes (ranging from size 1 (smallest) to size 6 (largest)) with increasing stem diameter, length and surface area.



The Centralign is a prescription medical device. It is sold with so-called peel-n-stick labels that are placed on the patient's operative records. These labels identify the implant used during the surgery. The following is an exemplar peel-n-stick label.



4

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 20, 2006.

_____
Roy Crowninshield, Ph.D.

297663v1