Page 1

```
 1              UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT
 2

 3

 4

 5   --------------------------------x
     DOLORES DUNN and DONALD DUNN      : CIVIL ACTION NO.
 6                                     : 3:00CV1306 (DJS)
     VS.                               : "ALL CASES"
 7                                     :
     ZIMMER, INC., ET AL.              :
 8   --------------------------------x
 9
10                        COPY
11
12   DEPOSITION OF:  STACIA BOGDAN
     DATE:  OCTOBER 30, 2002
13   HELD AT:  THE REARDON LAW FIRM, P.C.
                 160 HEMPSTEAD STREET
14               NEW LONDON, CONNECTICUT
15
16
17
18
19
20
21
22
23
         Reporter:  MARY Z. ARMANDO, LSR # 00222
24          BRANDON SMITH REPORTING SERVICE
              11-A Capitol Avenue
25          Hartford, Connecticut  06106
                 (860) 549-1850
```

d08dccf8-82dd-4eec-9f29-33522a20ed4d

Dunn vs Zimmer

Page 19

1      Q.   Have you ever read any publications written by

2   Zimmer or seen any brochures?

3      A.   Not really.

4      Q.   No memory of having done that?

5      A.   No.

6      Q.   Do you know for which of your three surgeries

7   you had a medical device implanted by Zimmer?

8      A.   No, I didn't.  I didn't know until last

9   November.

10     Q.   So I take it that you relied on your doctors

11  to pick the device that they thought was best for you?

12     A.   Yes.

13     Q.   What happened last November?

14     A.   I had a telephone call from Dr. Moeckel and

15  that was the first I was aware of having a faulty

16  prosthesis.

17     Q.   What did Dr. Moeckel say to you?

18     A.   He said, I know you're not aware of it, but

19  your first surgery was a faulty one.

20     Q.   Are you talking about November of 2001?

21     A.   Yeah.

22     Q.   When was the last time prior to that telephone

23  call that you had spoken to Dr. Moeckel?

24     A.   I can't really recall exact, but after my

25  second surgery I was going to him periodically.  But

d08dccf8-82dd-4eec-9f29-33522a20ed4d

Dunn vs Zimmer

Page 26

1    devices?

2         A.   Well, our daughter is a nurse, but, you know,

3    she's not a nurse that works in a regular general

4    hospital.  She does psych treatments.

5         Q.   Have you discussed your lawsuit or the device

6    that was used in your first surgery with any of your

7    children?

8         A.   Well, yes, I did, yeah.

9         Q.   Just give me a general sense of those

10   conversations.

11        A.   All I did was tell them that I never knew

12   until now that I had a faulty prosthesis.  That is as

13   far as it went.

14        Q.   As you sit here today, Mrs. Bogdan, what is

15   your understanding of -- you've used the word faulty

16   with respect to the prosthesis.  Do you have an

17   understanding as to why in your mind you believe it to

18   be faulty?

19        A.   Well, because it was so soon afterwards.

20        Q.   Because it loosened and needed to be replaced

21   so quickly?

22        A.   Yeah.

23        Q.   Anything else other than that?

24        A.   No.

25        Q.   When was the last time that you were employed

d08dccf8-82dd-4eec-9f29-33522a20ed4d

Dunn vs Zimmer

10/30/2002                                                    Stacia Bogdan

Page 28

1        Q.    For how many years have you been married to

2    Mr. Bogdan?

3        A.    Fifty-four.

4        Q.    Congratulations.  I take it that your marriage

5    is something that you value tremendously?

6        A.    Very much.

7        Q.    And you're not claiming as part of this

8    lawsuit that there are problems today in your marriage

9    because of your hip in any way?

10       A.    No.

11       Q.    Let's go back in time now prior to 1994 before

12   you had your first operation.

13             I take it that you started having problems

14   with your right hip?

15       A.    Right.

16       Q.    Describe for me in your own words how you

17   remember these symptoms sort of progressed over time.

18       A.    Well, I had to -- I had a lot of discomfort,

19   pain where I thought that I had a knee problem instead

20   of a hip problem because my knee had a lot of pain, my

21   back until I was x-rayed to find out it was neither one

22   but the hip.  I was having bone on bone starting to rub

23   and that's what gave me a lot of discomfort.

24       Q.    A lot of pain?

25       A.    Yes.

d08dccf8-82dd-4eec-9f29-33522a20ed4d

Dunn vs Zimmer

10/30/2002                                                      Stacia Bogdan

Page 29

1       Q.   And restrictions in your ability to walk,

2    correct, it became difficult for you to walk?

3       A.   Well, even though it hurt, I went out walking.

4       Q.   But it hurt?

5       A.   But it hurt.

6       Q.   And then over time in the period leading up to

7    your first hip surgery, you began to have difficulty

8    sleeping because of the pain; correct?

9       A.   Oh, yeah.

10       Q.   The pain was with you all the time?

11       A.   Well, a good part of the time.

12       Q.   And you were taking various medications;

13    correct?

14       A.   Yes.

15       Q.   Did you understand that some of them were for

16    the pain, some of your medications were to help the

17    pain?

18       A.   Well, mostly for arthritis.

19       Q.   Trying to keep the inflammation down?

20       A.   Right.

21       Q.   Trying to help you with the pain?

22       A.   Yes.

23       Q.   And you were trying to go about your daily

24    routine as you otherwise did?

25       A.   Yes, I did.

d08dccf8-82dd-4eec-9f29-33522a20ed4d

Dunn vs Zimmer

10/30/2002                                                    Stacia Bogdan

Page 30

```
 1       Q.    But it hurt to do that?

 2       A.    It hurt.

 3       Q.    So I've got a pretty good idea of the picture

 4  of what was happening?

 5       A.    Right.

 6       Q.    And you were having trouble sleeping?

 7       A.    I did, yes.

 8       Q.    The pain would wake you during the night?

 9       A.    Oh, yes.

10       Q.    On a scale of one to ten with ten being

11  extremely severe pain, the worst imaginable, one being

12  no pain whatsoever, immediately before you had your

13  operation when you decided to have your hip replaced,

14  where on that scale were you in terms of pain that you

15  were in?

16       A.    Probably six or seven in that.

17       Q.    Have you ever experienced pain in your life

18  that was higher on that scale than the 6 or the 7 that

19  you've just described?

20       A.    No.

21       Q.    So it hurt a lot; correct?

22       A.    Yes.

23       Q.    You mentioned the bone on bone condition, did

24  any of your doctors show you on x-ray what your hip

25  looked like?
```

d08dccf8-82dd-4eec-9f29-33522a20ed4d

Dunn vs Zimmer

10/30/2002                                                    Stacia Bogdan

Page 31

1        A.   Yes, they did.

2        Q.   So you could see that the hip was literally

3   rubbing right up against --

4        A.   Right.

5        Q.   The socket was rubbing and the ball was right

6   next to one another?

7        A.   Yes.

8        Q.   Right before your surgery were you using a

9   cane or any type of device to assist you in your

10  walking?

11       A.   Not before, but after surgery I did.

12       Q.   Before your first surgery, would you limp?

13       A.   No.

14       Q.   So as far as you were concerned, your gait was

15  normal but it hurt a lot; correct?

16       A.   Yes.

17       Q.   Before you had your 1994 surgery, did there

18  come a time when you weren't able to walk up the steps

19  in your house?

20       A.   I managed but with pain, with pain.

21       Q.   Dr. Moeckel was the physician who did your

22  first surgery; correct?

23       A.   Right.

24       Q.   And there came a time when you decided to go

25  forward with your hip replacement surgery; correct?

d08dccf8-82dd-4eec-9f29-33522a20ed4d

Dunn vs Zimmer

10/30/2002                                                    Stacia Bogdan

Page 32

1        A.    Yes.

2        Q.    Tell me what you remember about your

3    conversations with Dr. Moeckel in that decision-making

4    process; what do you remember him telling you about the

5    surgery?

6        A.    Well, he did say it was necessary to do

7    otherwise I would continue to be in a lot of pain.  And

8    I told him, I said, The sooner the better.  And that's

9    how we did it.

10       Q.    Do you remember him telling you about the

11   risks of the surgery, the things that could go wrong

12   with the operation?

13       A.    No.

14       Q.    If he says that he did have that kind of

15   conversation with you, would you have any reason to

16   disagree with that?

17       A.    I guess, yes.

18       Q.    You would disagree or you would not?  Let me

19   tell you whey.  When you said -- there are two reasons

20   why people can answer a question that they don't

21   remember.  And that's either simply as I sit here today

22   I don't remember.  It could have been, might not have

23   been, or I don't remember means, no, no that did not

24   happen.

25              So what I'm trying to get at is if you don't

Brandon Smith Reporting Service

d08dccf8-82dd-4eec-9f29-33522a20ed4d

Dunn vs Zimmer

10/30/2002                                                        Stacia Bogdan

Page 33

1    remember the conversation is it because it didn't happen

2    or you just may not remember as you sit here today?

3         A.   I don't remember.

4         Q.   So it is possible that he could have told you

5    about certain risks?

6         A.   He could have had, yes.

7         Q.   Do you remember him telling you anything about

8    how long the operation would last before you would need

9    a reoperation?

10        A.   No, I don't recall.

11        Q.   Do you remember having in your own mind an

12   idea of how long you expected your device to last?

13        A.   At least ten years.

14        Q.   Had you known people who had had hip

15   replacement surgery in 1994 when you underwent yours?

16        A.   Yes.  I knew of a few people that had it done.

17        Q.   Some of your friends?

18        A.   Not friends but neighbors.

19        Q.   Neighbors and acquaintances?

20        A.   Yeah.

21        Q.   And did you have an idea of how long theirs

22   had been implanted without any trouble?

23        A.   Well, this one in particular pretty much had

24   it around the same time I did.

25        Q.   And you were expecting for yours to last

d08dccf8-82dd-4eec-9f29-33522a20ed4d

Dunn vs Zimmer

10/30/2002                                                                                    Stacia Bogdan

Page 40

1      Q.   For a number of days?

2      A.   Five maybe.

3      Q.   And then you were discharged from the

4   hospital; right?

5      A.   Yes.

6      Q.   And were you sent directly home or were you

7   sent to some sort of --

8      A.   I went home.

9      Q.   Did you make that choice to go straight home?

10     A.   Yes, I did.

11     Q.   And your husband was there to help you?

12     A.   Yes, he was.

13     Q.   And that was one of the factors that led you

14   to decide to go home instead of someplace else?

15     A.   Right.

16     Q.   And you were sore after the operation, the

17   surgical site hurt and was tender and all that; right?

18     A.   For a short time.

19     Q.   And you had to get back on your feet after

20   having been under the anesthesia and all the drugs and

21   whatnot?

22     A.   Yes.

23     Q.   I want to sort of skip past that time period

24   when you were really recovering from the surgery and I

25   want to talk about how your life was after that when you

d08dccf8-82dd-4eec-9f29-33522a20ed4d

Dunn vs Zimmer

10/30/2002                                                          Stacia Bogdan

Page 41

```
1    were back on your feet and walking again.

2            Your pain was gone?

3        A.    Yes.

4        Q.    It didn't hurt when you walked any longer?

5        A.    No, it didn't.

6        Q.    You were in your late 60s at that period of

7    time in 1994?

8        A.    Yes.

9        Q.    Late 1994, early 1995 you went to Florida

10   shortly after that operation; correct?

11       A.    Yes, I did.

12       Q.    And by the time you went to Florida, you were

13   back up on your feet and walking?

14       A.    Not as much but to a point, yes.

15       Q.    And through the years you've been very

16   diligent in seeing your family doctor.  How do you

17   pronounce his name?

18       A.    Opalacz.

19       Q.    And your cholesterol level has been mildly

20   elevated through the years; right?

21       A.    Yes, it has.

22       Q.    And exercise is one of the things you've tried

23   to do to keep that cholesterol down?

24       A.    Yes.

25       Q.    And in the aftermath of your operation, I
```

d08dccf8-82dd-4eec-9f29-33522a20ed4d

Dunn vs Zimmer

10/30/2002                                                    Stacia Bogdan

Page 47

1       Q.   Dr. Moeckel has a record of a visit on

2    October 18, 1995.  That would have been your one year

3    anniversary from your operation.

4       A.   Yes.

5       Q.   Dr. Moeckel has an entry in his records,

6    X-rays of her right hip reveal a fracture in the cement

7    column with question of some early loosening.  She was

8    referred for a bone scan to further evaluate the cement

9    column.

10      A.   Yes.

11      Q.   Do you remember hearing about that at that one

12   year anniversary?

13      A.   Yes, I do.

14      Q.   Do you remember seeing x-rays at your one year

15   anniversary?

16      A.   Yes.

17      Q.   Do you remember Dr. Moeckel showing you the

18   fracture in the cement column?

19      A.   Yes, he did.

20      Q.   Do you remember Dr. Moeckel telling you that

21   this is something we need to watch?

22      A.   Yes.

23      Q.   Do you remember Dr. Moeckel telling you what

24   early loosening meant?  That you would likely need to

25   have a reoperation at some point?

Dunn vs Zimmer

10/30/2002                                                    Stacia Bogdan

Page 49

1    exact words -- that if I didn't have it done, I would

2    be, you know, back in pain.

3        Q.    Does the term osteolysis ring a bell with you?

4        A.    The what?

5        Q.    The term osteolysis; have you ever heard that

6    term before?

7        A.    No, I don't recall.

8        Q.    Did Dr. Moeckel tell you if you didn't have

9    the reoperation you would start to lose your bone?  That

10   your thigh bone would start to deteriorate and that it

11   would be difficult to do the operation if that continued

12   to happen; does that refresh your memory of the

13   conversation?

14       A.    I don't remember exact words, no.

15       Q.    You just knew at some point you were going to

16   have to have it done?

17       A.    I needed a second operation.

18       Q.    That was only one year after your surgery,

19   correct, that you got that news?

20       A.    I think so, yes.

21       Q.    That wasn't what you expected from your hip

22   operation, was it?

23       A.    No, it wasn't.

24       Q.    One year is not ten years?

25       A.    No.

Brandon Smith Reporting Service

d08dccf8-82dd-4eec-9f29-33522a20ed4d

Dunn vs Zimmer

Page 50

1     Q.   So you, I take it, were very concerned when

2  you heard that, when Dr. Moeckel told you that?

3     A.   Yes, I was.

4     Q.   You must have been frustrated that you had

5  just recovered and now you were going to have to have

6  another operation?

7     A.   Yes, I did.

8     Q.   You were probably angry?

9     A.   No, I wasn't angry.

10    Q.   Upset, is that a better word?

11    A.   Probably, yes.

12    Q.   Did you ask Dr. Moeckel why did this happen?

13    A.   I could have had.  I don't recall.

14    Q.   You don't remember?

15    A.   No.

16    Q.   You still went to Florida, you continued with

17  your plan to go to Florida that year, right, in the

18  winter of 1995 and the spring of 1996?

19    A.   Yes.

20    Q.   And you saw Dr. Moeckel -- the medical records

21  indicate December 15th of 1995 that you saw Dr. Moeckel

22  shortly before you left for Florida?

23    A.   Yes.

24    Q.   And he showed you x-rays again; correct?

25    A.   Yes, he did.

Dunn vs Zimmer

10/30/2002                                                              Stacia Bogdan

Page 51

1       Q.   Dr. Moeckel says that he discussed with you

2   your long-term prognosis; do you remember anything about

3   the discussion with him right before you left at that

4   visit right before you left for Florida?

5       A.   No, I don't recall.

6       Q.   And at that visit in December of 1995, as you

7   said, he showed you x-rays; right?

8       A.   Yes, he did.

9       Q.   And he showed you how it was that your implant

10  was becoming loose; correct?

11      A.   Right.

12      Q.   So you go to Florida shortly after that office

13  visit?

14      A.   Yes, we did.

15      Q.   In the winter of 1995 and the spring of 1996?

16      A.   Yes.

17      Q.   And your medical records say that you would

18  continue with your walking program; is that what you did

19  down in Florida?

20      A.   Yes.

21      Q.   Was it painful for you to be walking that

22  distance with a loosened hip implant?

23      A.   No, nothing that I couldn't tolerate.

24      Q.   Did your symptoms change over your course of

25  time in Florida?  Did it become more painful over --

d08dccf8-82dd-4eec-9f29-33522a20ed4d

Dunn vs Zimmer

Page 52

1        A.    No.

2        Q.    Do you remember a visit with Dr. Moeckel after

3    you came back from Florida?  This would have been April

4    of 1996.

5        A.    I would have had, yes.

6        Q.    If Dr. Moeckel's records indicate April 15,

7    that would have made sense to you that you had seen him

8    shortly after you got back from Florida?

9        A.    Yes.

10        Q.    And Dr. Moeckel indicates that he once again

11    took x-rays and I take it that he showed them to you?

12        A.    Yes, he did.

13        Q.    And Dr. Moeckel indicates that there is an

14    additional cement fracture; do you remember that there

15    is another cement fracture?

16        A.    Yes.

17        Q.    And he says that he advised you about the

18    x-ray findings, which means he told you what was wrong

19    on the films?

20        A.    Yes, he did.

21        Q.    In fact, he says that he reviewed them

22    together with you, which I take it means you were

23    standing side by side and he was pointing out things to

24    you on the x-ray?

25        A.    Yes.

Dunn vs Zimmer

10/30/2002                                                          Stacia Bogdan

Page 53

1       Q.    Was your husband with you when he was doing

2   that?

3       A.    Yes.

4       Q.    Dr. Moeckel says "I am very concerned about

5   the progressive loosening and further bone loss."  Do

6   you remember Dr. Moeckel telling you that he was

7   concerned?

8       A.    Yes.

9       Q.    Your hip was getting worse, that's the bottom

10  line from his medical record?

11      A.    Yes, it was.

12      Q.    The implant was becoming more loose?

13      A.    Yes.

14      Q.    The bone was starting to deteriorate.  In

15  other words, you were losing your good femur bone?

16      A.    Yes.

17      Q.    Dr. Moeckel says you were not interested in

18  considering any intervention at this time, which means

19  you declined an immediate operation.  Do you remember

20  that you wanted to wait?

21      A.    I don't recall that.  I know that he did say

22  when he knew there had to be a third surgery that I

23  would be referred to Dr. Benson.

24      Q.    Well, we're still talking about your first

25  surgery; right?  This is April of 1996.  And you get

Brandon Smith Reporting Service

d08dccf8-82dd-4eec-9f29-33522a20ed4d

Dunn vs Zimmer

10/30/2002                                                          Stacia Bogdan

Page 54

1    back from Florida and Dr. Moeckel shows you the

2    additional cement fracture and the further loosening;

3    right?

4        A.    Right.

5        Q.    And one of the things he tells you is you're

6    going to need to have this operated on; correct?

7        A.    Yes, he did.

8        Q.    What do you remember about his recommendation

9    as to the time that you would have that operation then?

10       A.    I guess I agreed that if I needed to have it

11   done I would go for it.

12       Q.    You actually had the operation in July of

13   1996; correct?

14       A.    Yes.

15       Q.    What do you remember about why there was that

16   three-month delay between the visit right after you got

17   back from Florida and eventually having the operation?

18       A.    I don't think there was any specific reason

19   why the delay was there.  I probably just chose to have

20   it done in July, I guess.

21       Q.    Well, what I interpreted from your records,

22   and I want you to tell me whether I'm right or wrong, is

23   that you were fearful of having the operation and really

24   wanted to put it off; would I be correct or incorrect in

25   that assessment?

d08dccf8-82dd-4eec-9f29-33522a20ed4d

Dunn vs Zimmer

10/30/2002                                                      Stacia Bogdan

Page 55

```
1        A.   I don't remember.

2        Q.   No memory?

3        A.   I don't remember.

4        Q.   During this visit now, the April 15 visit, the

5   one after you had returned from Florida; do you remember

6   asking Dr. Moeckel why is this happening to me?

7        A.   I think I did say that, yes.

8        Q.   And do you remember what he told you?

9        A.   No, I don't.

10       Q.   But I take it you were still concerned about

11  your hip?

12       A.   Yes.

13       Q.   Even more concerned now?

14       A.   Oh, yes.

15       Q.   You knew that you were going to have to have a

16  reoperation?

17       A.   Yes.

18       Q.   You knew that you were losing bone in your

19  femur?

20       A.   Yes.

21       Q.   You knew that your implant was becoming more

22  loose?

23       A.   Yes.

24       Q.   Dr. Moeckel says he offered you a second

25  opinion but you preferred to continue treating with him;
```

Brandon Smith Reporting Service

d08dccf8-82dd-4eec-9f29-33522a20ed4d

10/30/2002                                                        Stacia Bogdan

Page 57

 1       Q.   But you had made your mind up by then that you

 2   needed to have the operation?

 3       A.   Yes.

 4       Q.   You knew that you needed to have it to reduce

 5   further bone loss; correct?

 6       A.   Yes, I did.

 7       Q.   And it was starting to impact your ability to

 8   walk and live your life at that point; right?

 9       A.   Yes.

10       Q.   Dr. Moeckel says that he discussed treatment

11   alternatives with you; do you remember any discussions

12   with him about what kind of stem he was going to put in

13   whether he was going to use cement or not use cement,

14   anything to that effect?

15       A.   Well, I know the second time he told me the

16   prosthesis would be longer.  That I recall.  And that I

17   would still have a limp even though the prosthesis was a

18   little longer.

19       Q.   Do you remember Dr. Moeckel, Mrs. Bogdan,

20   saying to you I can either use cement or not use cement

21   in this operation and what the advantages or

22   disadvantages would be for each?

23       A.   I don't recall that.

24       Q.   Once again you left the choice of the

25   operation that he was going to perform and the device

d08dccf8-82dd-4eec-9f29-33522a20ed4d

Dunn vs Zimmer

10/30/2002                                                      Stacia Bogdan

Page 58

1    that he was going to use up to him?

2        A.    Yes.

3        Q.    Did Dr. Moeckel tell you anything for your

4    second operation in this June and July time period about

5    how many years you could expect to get out of your

6    second implant?

7        A.    I don't recall whether he gave me a span of

8    how long it would be.

9        Q.    Do you remember having an understanding that

10   second operations last for a fewer number of years than

11   first operations?

12       A.    I don't recall that either.

13       Q.    Did you think that your second operation would

14   last the ten-year period that you expected to get out of

15   your first?

16       A.    Well, I hoped it would.

17       Q.    That was your hope?

18       A.    Yes.

19       Q.    So you had the operation in July of 1996 then

20   and this is your second operation?

21       A.    Yes, if I recall it was July 16.

22       Q.    That's exactly when it was.  Did you look at

23   your medical records to prepare for your deposition?

24       A.    I only remember it was the day before my

25   daughter's birthday.

d08dccf8-82dd-4eec-9f29-33522a20ed4d

Dunn vs Zimmer

Page 59

```
 1        Q.   So you have the operation and once again you
 2   have a period of days when you're in the hospital,
 3   right, several days, three, four, five days?
 4        A.   Five days, I think.
 5        Q.   And once again you're discharged.  And did you
 6   go right home?
 7        A.   I went home.
 8        Q.   You had your husband available to help you?
 9        A.   Absolutely.
10        Q.   Did you go to Florida then in the winter of
11   '96 and the spring of '97?
12        A.   Yes.
13        Q.   Did you continue resuming your walking
14   program?
15        A.   Yes, I did.
16        Q.   Three miles a day through the retirement
17   community?
18        A.   Yes.
19        Q.   Your hip was back to feeling good again?
20        A.   Yes, it was.
21        Q.   It felt solid and you were pleased again?
22        A.   Yep.
23        Q.   Dr. Moeckel has a note September 14th of 1998,
24   so this is two years after the second operation?
25        A.   Yeah.
```

Brandon Smith Reporting Service

d06dccf8-82dd-4eec-9f29-33522a20ed4d