Page 1

1            UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT
2
3                                              **COPY**
4
5    ------------------------------------x

     DOLORES DUNN and DONALD DUNN         : CIVIL ACTION NO.
6                                         : 3:00CV1306(DJS)
     VS.                                  : "ALL CASES"
7                                         :
     ZIMMER, INC., ET AL.                 :
8    ------------------------------------x
9
10
11
12         DEPOSITION OF: BRUCE H. MOECKEL, M.D.
           DATE:  OCTOBER 31, 2002
13         HELD AT: OFFICES OF BRUCE MOECKEL, M.D.
                    520 SAYBROOK ROAD
14                  MIDDLETOWN, CONNECTICUT
15
16
17
18
19
20
21
22
23
           Reporter: MARY Z. ARMANDO, LSR # 00222
24         BRANDON SMITH REPORTING SERVICE
                 11-A Capitol Avenue
25            Hartford, Connecticut  06106
                    (860) 549-1850

Case 3:02-cv-00637-JCH   Document 27-7   Filed 03/07/2006   Page 2 of 19
Dunn vs. Zimmer, Inc., et al
10/31/2002                                                    Bruce H. Moeckel, MD

Page 18

1      Q.   You performed Mrs. Bogdan's surgery on
2  October 6, 1994; right?
3      A.   Correct.
4      Q.   And you used a Centralign stem; correct?
5      A.   Yes.
6      Q.   And you made the decision to use a Centralign
7  for Mrs. Bogdan; correct?
8      A.   Yes.
9      Q.   And you exercised your independent medical
10 judgement when you made that decision; correct?
11          MR. REARDON:  I'll object to the form of the
12     question.  You can answer it, Doctor.
13     A.   Yes.
14 BY MR. ELVIN:
15     Q.   Do you have your operative report in front of
16 you, Doctor?
17     A.   Yes.
18     Q.   You signed your operative report; correct?
19     A.   Yes.
20     Q.   Did you dictate this report; Doctor?
21     A.   Yes.
22     Q.   Do you have any independent recollection of
23 Mrs. Bogdan's operation other than what is set forth in
24 your report?
25     A.   No.

Page 34

1           facts in 1994 or when he implanted in 1996,
2           as of today what is he aware of?
3                MR. ELVIN:  Correct.
4       A.   Can you ask me that question again?
5  BY MR. ELVIN:
6       Q.   As you sit here today, Doctor, what are the
7  facts that support your statement that there was an
8  increased risk of or susceptibility to early loosening
9  present in the Centralign when you used it in
10 Mrs. Bogdan?
11      A.   Obviously I didn't know of anything at the
12 time because I used it.  I wouldn't have used it if I
13 had known.  And it is a funny way that this is worded.
14 To be honest, I didn't pay as much attention to it.  But
15 it kind of asks what I know -- did I know it then?  No,
16 obviously not or I wouldn't have done it.  I think it is
17 implying that if I knew what I know now would I still
18 use the Centralign prosthesis, and the answer is no.  I
19 switched -- it wasn't too long after it was either 1995
20 or '96 -- I switched before it was taken from the market
21 because I had those failures and I switched to a
22 Johnson & Johnson.  So the factors are what I know now,
23 mainly that several of my patients have failed, that
24 there have been some scientific or peer review journals
25 which have also had similar problems with the

Page 52

1     A.   Thank you.

2     Q.   You saw Mrs. Bogdan on several occasions
3 immediately after her surgery; correct?

4     A.   Yes.

5     Q.   And for a time period after her surgery she
6 was doing well; correct?

7     A.   Correct.

8     Q.   I would like for you to go to your record of a
9 visit on October 18th of 1995.

10    A.   Correct.

11    Q.   Do you have that in front of you?

12    A.   Yes.

13    Q.   Tell me about that visit with Mrs. Bogdan,
14 Doctor.

15    A.   She was coming in about her back and her hip.
16 She had been taking anti-inflammatories --

17         MR. REARDON:  If I could just stop you for a
18    second only because I'm not finding that.  I
19    have your notes, but I want to follow you
20    along.  I have May 22, '95, October 18, '95;
21    is that the one you're talking about,
22    Doctor?

23         THE WITNESS:  Yes.

24    A.   She had been taken the Relafen.  However, she
25 had to stop the Relafen because she had developed some

Case 3:02-cv-00637-JCH   Document 27-7   Filed 03/07/2006   Page 5 of 19

10/31/2002
Dunn vs. Zimmer, Inc., et al
Bruce H. Moeckel, MD

Page 53

1  other medical problems and that when she had stopped
2  taking the Relafen she noted that she was developing
3  some increasing thigh pain. She described it hurting
4  when she took her first few steps and then after she
5  walked a while it seemed to get better. When I examined
6  her, she had some pain with range of motion in her right
7  hip and then she had an x-ray which revealed a fracture
8  in the cement column and some early loosening,
9  BY MR. ELVIN:
10     Q.  You should on the pile in front of you,
11 Doctor, have an October 18, 1995 x-ray.
12     A.  Yes.
13     Q.  I think there are two there with that date?
14     A.  Yes.
15     Q.  Where is the fracture in the cement column,
16 Doctor?
17     A.  Right here (handing) about a third of the way
18 down.
19        MR. REARDON:  I can't see from over here,
20    Doctor. Would you point to it again.
21 BY MR. ELVIN:
22     Q.  It's on the medial side about a little less
23 than halfway down the stem; correct?
24     A.  Correct.
25     Q.  That is a fracture that is at about a 45

Page 54

```
 1   degree angle to the horizontal access, fair enough?
 2        A.    Yes.
 3        Q.    What are the signs of early loosening that you
 4   see in that x-ray, Doctor?
 5        A.    I mean, and when I did this I compared it to
 6   her initial x-ray, but there is a crack in the cement
 7   there plus there is now a radiolucency up the lateral
 8   side of the prosthesis as well as -- which wasn't there
 9   before -- as well as settling of the prosthesis.  Now
10   the prosthesis is sitting right on the greater
11   trochanter where an x-ray that we had taken several
12   weeks after the operation, approximately a year before
13   this most resent x-ray, didn't have any of those
14   findings.  There was no radiolucency at all.  There was
15   good cement mantle and there was the collar of the
16   prosthesis was above the lesser trochanter.
17        Q.    Don't you also see on that October 18 film,
18   Doctor, a radiolucency between the bone and the cement
19   on the medial side?
20        A.    This October 18, '95?
21        Q.    Correct.
22        A.    Yes.
23        Q.    And what does that indicate, Doctor, that
24   radiolucent line between the bone and the cement on the
25   medial side?
```

Dunn vs. Zimmer, Inc., et al
10/31/2002                                                      Bruce H. Moeckel, MD

Page 55

1  A.  Radiolucent light indicates that there is some
2  loosening of the cement column and the underlying bone.
3  Q.  Did you show these x-rays to Mrs. Bogdan?
4  A.  Yes.
5  Q.  Did you discuss the findings of loosening that
6  you just told us about?
7  A.  Yes. I mean, I may have at the time down
8  played it. I mean, but I did -- normal practice is for
9  me to show the x-ray to her.
10 Q.  And you referred her for a bone scan; correct?
11 A.  Correct.
12 Q.  Did you tell her that she was seeing these
13 symptoms earlier than what you otherwise would have
14 expected from a cemented stem?
15 A.  Yes.
16 Q.  Do you recall her asking you at any point in
17 time, Doctor, I'm not just talking about the October 18
18 visit now, at any point in time why was it that her stem
19 loosened more quickly than she otherwise would have
20 expected?
21 A.  Yes.
22 Q.  And what do you recall telling her about that?
23         MR. REARDON:  Objection.
24 A.  I did not have a good explanation.
25 BY MR. ELVIN:

Case 3:02-cv-00637-JCH   Document 27-7   Filed 03/07/2006   Page 8 of 19
Dunn vs. Zimmer, Inc., et al
10/31/2002                                                    Bruce H. Moeckel, MD

Page 59

1  activities.  Walking three miles a day is no different
2  than walking around the supermarket or walking around
3  the mall.  Walking is walking.  It is considered an
4  acceptable activity for people that have had a hip
5  replacement.  It is the reason we do the operation.
6       Q.   How did you rule out the quality of the cement
7  mantle or anything that occurred during the surgery as a
8  potential cause of the loosening?
9       A.   Looking at the original x-rays, I mean, I
10 think they look perfect.  I mean, there is a great
11 cement fill.  Nice indentation of the cement.  You get a
12 nice whiting out of the prosthesis cement bone, and so I
13 look at this x-ray and I look at it still today saying,
14 I think this cement mantle looks good.  I don't see any
15 lucent lines.  I see good offsets, good kinematics.  I
16 think it is a good result.  I mean, I think it was a
17 good cement result right here.
18      Q.   And what films were you just holding up,
19 Doctor, if you could identify those by date?
20      A.   Yes, AP view dated 11/2/94 and a lateral or a
21 frog lateral from 11/2/94, the same date.
22      Q.   You saw Mrs. Bogdan again on November 17 of
23 '95; correct?
24      A.   Yes.
25      Q.   Tell us about that visit.

Page 60

1   A.   She was followed up on her hip. She noted
2   that she was still having some pain in her thigh but she
3   noted that it had improved. The physical exam she still
4   had some pain with range of motion. Her bone scan -- I
5   reviewed her bone scan result which was consistent with
6   early loosening. At that point we talked about what
7   would happen. I was hoping that the prosthesis would
8   restabilize. Sometimes what we see is when the cement
9   fractures the prosthesis will settle a little in the
10  canal, but if it reaches an area where it becomes
11  stable, it does not cause pain. It does not lead to
12  osteolysis. You can observe it. And so I was being
13  optimistic that maybe this would happen, and so the plan
14  was to follow her closely and have her come back to see
15  me in four weeks.
16      Q.   And you showed her the x-rays that you took
17  then, correct -- or let me -- strike that.
18           Did you take any x-rays on November 17?
19      A.   No.
20      Q.   But you had her bone scan by then?
21      A.   Yes.
22      Q.   When did you next see Mrs. Bogdan?
23      A.   December 15, '95.
24      Q.   You took x-rays then; correct?
25      A.   Yes.

10/31/2002     Dunn vs. Zimmer, Inc., et al     Bruce H. Moeckel, MD

Page 61

```
 1      Q.   They showed no further loosening of her total
 2   hip replacement?
 3      A.   Correct.
 4      Q.   What was the plan -- well, are you looking for
 5   the December 15 x-ray, Doctor?
 6      A.   Yes.
 7      Q.   You can still see the fracture in the cement
 8   mantle; correct?
 9      A.   Yes.
10      Q.   And the lucent line between the bone and the
11   cement on the medial side; correct?
12      A.   Yes.
13      Q.   And the lucent line between the stem and the
14   cement on the lateral side?
15      A.   Yes.
16      Q.   And what your note says is that this reflected
17   no further evidence of early loosening; correct?
18      A.   Yes.  I mean, it looks essentially the same.
19   What I'm really looking for at this point is to see if
20   she's developing any osteolysis and she has not as of
21   this date.
22      Q.   Had you told Mrs. Bogdan by now, Doctor, that
23   she is going to need a revision?
24      A.   I think I might have told her that she might
25   need a revision.  I'm not sure if I definitely told her.
```

Page 62

1    Q.    It was still unclear in your mind as to
2    whether her implant would stabilize in this position?
3    A.    At that time I didn't know the natural history
4    of this cement fracture settling leading to -- to be
5    honest with you, at this time I didn't know what was
6    going to happen.  I was still hopeful that this
7    prosthesis could be salvaged or at least be left in to
8    allow her to function for, you know, several years,
9    hopefully longer.  I wasn't yet willing to commit this
10   person to another operation, no.
11   Q.    When did you next see Mrs. Bogdan?
12   A.    I saw her on April 15th of '96.
13   Q.    Tell us about this visit, Doctor.
14   A.    It was getting worse.  She was limping.  She
15   had just come back from Florida.  Her husband noted she
16   was limping more.  X-rays showed that there was some
17   further loosening of the prosthesis.  There was another
18   cement fracture.  At that point I explained to her that
19   I was concerned about the progressive bone loss.  I
20   recommended that she get another opinion.  At that point
21   she wanted to kind of wait and see if it would kind of
22   get better or stabilize.
23   Q.    Do you have the April 15 film in front of you,
24   Doctor, in the stack of x-rays?
25   A.    Yes, I do.

Dunn vs. Zimmer, Inc., et al

10/31/2002                                                          Bruce H. Moeckel, MD

Page 63

1   Q.   And you say you reviewed those x-rays with
2   Mrs. Bogdan; right?
3   A.   Yes.
4   Q.   Tell us what you observe on those x-rays that
5   you recall pointing out to her?
6   A.   Well, she has another fracture in the cement
7   mantle.  There has been further settling of the
8   prosthesis.  The prosthesis is now beginning to wear
9   into or settle into the lesser trochanter.  The bone on
10  the lateral aspect of the femur is thinning more
11  consistent with osteolysis.  The cup still looks in
12  stable position, but the prosthesis is not getting
13  better and it is not staying the same.  It is
14  unfortunately getting worse.
15  Q.   Further evidence of loosening; correct?
16  A.   Yes.
17  Q.   And the findings that you just described, you
18  discussed those with Mrs. Bogdan?
19  A.   Yes.
20  Q.   And by this point she needed a revision?
21  A.   Yes.
22  Q.   And it was either at this visit or some other
23  that you discussed with her the fact that this was
24  occurring earlier than what you would have expected?
25  A.   Yes.

Brandon Smith Reporting Service

8f276995-3a32-434b-929b-4adb068c296b

Page 64

1    Q.   Did you tell her that you had not seen this
2  with any other cemented implant early loosening in this
3  time period?
4    A.   I might have.  I don't know for sure.
5    Q.   Did you tell her during this visit, Doctor,
6  that she needed to have the stem revised?
7         MR. REARDON:  Objection to the form.
8    A.   On April 15, 1996?
9  BY MR. ELVIN:
10   Q.   Yes.
11   A.   I think I did.  I don't say it exactly in my
12 note, but I imply that she is not interested in
13 considering any intervention.  So that usually would
14 mean that I discussed it with her, but she wanted to
15 give it more time.
16   Q.   That leads you to believe that you had
17 discussed revision surgery with her?
18   A.   Yes.  As well as I offered a referral for a
19 second opinion.
20   Q.   What did Mrs. Bogdan decide to do?
21   A.   She came back to see me in two months.
22   Q.   Did you take x-rays on June 17th of 1996?
23   A.   No.
24   Q.   And tell us about that visit.
25   A.   Essentially she was having increasing pain

Page 65

1  with her hip. She had one episode when it felt better,
2  but then she's noted that the pain is getting worse.
3  She noted that her leg is getting shorter. At that
4  point she agreed to the revision of her right total hip
5  replacement.
6      Q.  And you went ahead and revised her hip;
7  correct?
8      A.  Yes.
9      Q.  And you elected to do a cemented revision;
10 correct?
11     A.  Correct.
12     Q.  Tell us about the thought process, Doctor,
13 that led you to decide to do a cemented revision.
14     A.  Well, at the time there was -- I don't think
15 it is as clear cut as it is now -- that most of these
16 cemented stems that needed to be revised most people now
17 try to revise them to a cementless system with the
18 theory being that if a cemented stem has failed it is
19 better to kind of change gears and go to an uncemented
20 system. At the time in of training and residency, we
21 did most of all our revisions with long stem cemented
22 stems and that's why I elected to do that.
23     Q.  That being a cemented revision is a different
24 surgical procedure from a cemented primary; correct?
25     A.  Yes.

Page 76

1    A.    I think I estimated and I probably still
2 estimate cemented implants probably 10 to 20 per year,
3 so probably we're talking about 60.
4    Q.    Sixty roughly?
5    A.    Yeah.
6    Q.    All without problems to date, to the best of
7 your knowledge?
8    A.    Correct.
9    Q.    Now, Tim Walker, I now you mentioned
10 Tim Walker, but nobody, I don't think, actually
11 specifically described who he was. As I understand it,
12 Tim Walker was the sales representative for Zimmer for
13 this area; correct?
14    MR. ELVIN: Objection.
15    A.    Yes.
16 BY MR. REARDON:
17    Q.    And he made the presentation back in the early
18 '90s when the Centralign came out to you and others in
19 the Middletown orthopedic community?
20    A.    Yes.
21    Q.    At Middletown Hospital?
22    A.    Yes.
23    Q.    And in that presentation, he described among
24 other things the same information that was discussed in
25 Exhibit 4, the brochure?

Page 79

1    A.   Yes.

2    Q.   So you relied upon those representations after
3 questioning him with respect to the details of those
4 representations and on the basis of those -- your
5 reliance upon those representations went ahead and used
6 it the same?

7         MR. ELVIN: Object to the form.

8    A.   Yes, because at the time when I left
9 Special Surgery we used the Harris cup but we did not
10 use the Harris stem. We used the Osteonic stem, so I
11 was more comfortable and I actually argued to use the
12 Osteonic stem but people here felt more comfortable with
13 the Harris and the Zimmer, so I went along with that
14 based on to make things simpler for the hospital.

15 BY MR. REARDON:

16   Q.   And was it at all based upon the information
17 that was provided to you as well by Walker and the
18 brochures and other information that was presented to
19 you from the company?

20        MR. ELVIN: Object to the form.

21   A.   Correct.

22 BY MR. REARDON:

23   Q.   Did you know at the time that these
24 presentations were made that Dr. Harris was receiving
25 and had received millions of dollars in royalties from

10/31/2002 — Dunn vs. Zimmer, Inc., et al — Bruce H. Moeckel, MD

Page 82

```
 1      Q.    And so at first when you saw her in October of
 2  -- you noticed loosening in October of 1995, you did not
 3  see any osteolysis; correct?  No evidence of wear debris
 4  at that point?
 5      A.    No.  And nor did I know what I just said.
 6      Q.    And nor did you know what you just said.  And
 7  we'll get to that in a moment.
 8            But then it wasn't until, as I understood your
 9  testimony on direct examination, you first noticed
10  osteolysis starting in April of 1996; is that right?
11      A.    Correct.
12      Q.    Now, when did you -- you indicated that in the
13  1995, 1996 time frame you stopped using it, stopped
14  using the Centralign; correct?
15      A.    Correct.
16      Q.    And changed to this Johnson & Johnson product?
17      A.    Correct.
18      Q.    At that time, did you inform Mrs. Bogdan at
19  that time of what you had -- of your decision to change
20  to a Johnson & Johnson from a Zimmer Centralign?
21      A.    No.
22      Q.    When she came in to see you in April of '96
23  and you noticed the osteolysis was starting, and then
24  again in June of '96 when her leg was short, and then
25  finally there was an agreement that you would go forward
```

Page 84

1           REDIRECT EXAMINATION BY MR. ELVIN:

2

3       Q.   Doctor, did there come a time when you

4   telephoned Mrs. Bogdan in November of 2001?

5       A.   I think I talked to -- yes. I'm not sure if I

6   called her or I talked to her husband when I was seeing

7   the husband in the office.

8       Q.   Tell me what led to your telephone call to

9   Mrs. Bogdan.

10      A.   Well, you had during the -- I don't know if it

11  was the first or second deposition -- you had kind of

12  pressed me into saying, you know, Have you looked at all

13  your hip implants? Have you followed it? Have you done

14  any scientific study? And so I went home that night and

15  I said I knew there had been some other failures and so

16  I went through some of my -- just thinking about it, I

17  flipped through my surgery book to kind of look through

18  some of my ones I had done and then her name suddenly

19  came back to me that, yes, she had an implant around

20  that time that had failed. Subsequent to that I revised

21  and I wasn't sure what kind of prosthesis it was because

22  the op note as we looked at before doesn't indicate the

23  prosthesis. So I went to the medical records and I

24  pulled out her sheet from her medical records of what

25  type of prosthesis it was and I found out it was the

Page 85

1   Centralign and so I called -- and once again, I don't
2   know if it was her or the husband, but I said there have
3   been some other problems with this prosthesis and there
4   is a class action lawsuit and I gave them the name of
5   Attorney Reardon.
6       Q.   Had you disclosed Mrs. Bogdan's name to
7   anybody from The Reardon Law Firm before you spoke to
8   her on the telephone?
9       A.   No.
10      Q.   Did you ask for her permission to disclose her
11  name to The Reardon Law Firm?
12          MR. REARDON:  It was the other way around.  He
13      didn't have to ask my permission to disclose
14      my name to her.
15          MR. ELVIN:  Should we put you under
16      oath, Bob?  Read the question --
17          MR. REARDON:  But I'll object to the
18      form of the question.  There is no testimony
19      that he disclosed her name to our firm.  It
20      is the other way around.
21          MR. ELVIN:  I'll rephrase.
22  BY MR. ELVIN:
23      Q.   Did you at any time disclose the name of
24  Mrs. Bogdan to any lawyer or other person from
25  The Reardon Law Firm?