UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STACIA S. BOGDAN and FRANK BOGDAN, | : CIVIL ACTION NO: 3:02CV637 (JCH) |
| Plaintiffs, | : |
| v. | : |
| ZIMMER, INC., | : |
| Defendant. | : MARCH 7, 2006 |

### AFFIDAVIT OF ALBERT J. DAHM

1. I am over eighteen years of age and I am competent to make this affidavit. I have personal knowledge of the facts set forth herein.

2. I am one of the attorneys representing Zimmer, Inc. ("Zimmer") in the above-captioned matter.

3. I certify that the medical record attached hereto as Exhibit 1 is a true and correct copy of the medical record obtained from both Plaintiffs' counsel during informal discovery and from Middlesex Hospital directly.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 7, 2006.

_____
Albert J. Dahm

EXHIBIT 1

10/6/94

# MIDDLESEX HOSPITAL
## PROGRESS NOTES
## OPERATIVE RECORD

NAME
21 93 07
BOGDAN, STACIA
6450795  DR MOECKEL
F 071026 68 F PST

DATE: 10/6/94

PRE-OPERATIVE DIAGNOSIS: JA (R) hip

POST-OPERATIVE DIAGNOSIS: same

TITLE OF OPERATION: (R) THR

SURGEON: Moeckel     ASSISTANTS: Burstein

FINDINGS:

WOUND CLASSIFICATION: I  II  III  IV   consent
SPONGE COUNT: Rosso CST Burgener/Henderson   DRAINS: large henovac
ESTIMATED BLOOD LOSS: 100cc
ANESTHESIA: GET
CONDITION: stable

AFFIX TO PATIENT RECORD
LOT 54047000    CAT. NO. 6200-52-02
TRILOGY™ ACETABULAR SYSTEM
SHELL   WITH CLUSTER HOLES   POROUS
52 MM O.D.
TIVANIUM® ALLOY   STERILE   QUANTITY-1

LOT 52714100    CAT. NO. 6110-50-28
TRILOGY™ ACETABULAR SYSTEM
LINER   10 DEG. ELEVATED RIM
28 MM I.D.
FOR USE WITH 50/52/54 MM O.D. SHELLS
UNHIPE   STERILE   QUANTITY-1

AFFIX TO PATIENT RECORD   LOT 56869300
CAT. NO. 6250-65-20
BONE SCREW   SELF-TAPPING
6.5 MM DIA.   20 MM LENGTH
TIVANIUM® ALLOY   STERILE   QUANTITY-1

AFFIX TO PATIENT RECORD   LOT 56869400
CAT. NO. 6250-65-30
BONE SCREW   SELF-TAPPING
6.5 MM DIA.   30 MM LENGTH
AFFIX TO PATIENT RECORD

LOT 53889200    CAT. NO. 9808-02
CENTRALIGN™ PRECOAT HIP PROSTHESIS
FEMORAL STEM   SIZE 2
115 MM STEM LENGTH

LOT 58443200    CAT. NO. 9026-29
ZIMMER® FEMORAL HEAD
28 MM DIA.   MEDIUM
7 MM NECK LENGTH
ZIMALOY® ALLOY
STERILE   QUANTITY-1
Zimmer WARSAW INDIANA 46580-2708 U.S.A.

Surgical Simplex P
RADIOPAQUE BONE CEMENT
Distributed by: Howmedica
Pfizer Hospital Products Group
359 Veterans' Blvd.
Rutherford, NJ 07070
Cat. No. 6191-1-001
Control No. RHB721

Cat. No. 6191-1-001
Control No. RHB721

MH173

ZIM/BOG 00046