UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STACIA S. BOGDAN and FRANK BOGDAN, | : | CIVIL ACTION NO: 3:02CV637 (JCH) |
| Plaintiffs, | : | |
| v. | : | |
| ZIMMER, INC., | : | |
| Defendant. | : | MARCH 8, 2006 |

## STIPULATED MOTION TO REOPEN CASE

The parties jointly bring this Stipulated Motion to Reopen Case. In support of this motion, the parties state:

1. The Bogdans filed their original complaint on April 10, 2002 under Case No. 3:02 CV637, styled Stacia S. Bogdan and Frank Bogdan, Plaintiffs, v. Zimmer, Inc., Defendant.

2. On July 18, 2002, this matter was consolidated with <u>Dolores Dunn and Donald Dunn v. Zimmer, Inc.</u>, Case Number 3:00CV1306; <u>Sonia Fuentes-Weed v. Zimmer, Inc.</u>, Case Number 3:00CV517; <u>James Johannsen v. Zimmer, Inc.</u>, Case Number 3:00CV2270; <u>Joann Lopes v. Zimmer, Inc.</u>, Case Number 3:01CV518; and <u>John Vino and Cynthia Vino v. Zimmer, Inc.</u>, Case Number 3:01CV516; all of which had previously been consolidated for purposes of discovery only.

3. After the consolidation, on June 10, 2004, the Bogdan case was designated closed and the case proceeded under the Master Docket Number 3:00CV1306.

4. On March 29, 2005, this Court granted Zimmer's motion for summary judgment in its entirety in the Bogdan matter. The Bogdans appealed.

5.  In the meantime, Dunn, Fuentes-Weed, Johannsen, Lopes, and Vino were amicably resolved and subsequently dismissed, with prejudice, on November 4, 2005.

6.  On January 6, 2006, the Second Circuit remanded the Bogdan matter back to this Court.

7.  On February 14, 2006, this Court granted the parties' agreed motion to amend the case caption and proceed under the Bogdan case caption and the case number 3:02CV637(JCH).

8.  On March 7, 2006, counsel for Zimmer, Inc. was advised by the clerk's office that the "Case Closed" designation could not be removed from the 3:02CV637(JCH) electronic docket absent an order from this Court specifically reopening the case.

9.  The parties agree that it is appropriate that the docket reflect that the case is reopened.

WHEREFORE, the parties, by agreement, respectfully request that the Court order the case reopened.

Dated: March 8, 2006               /s/     Robert Reardon, Jr.
                                   Robert Reardon, Jr.
                                   THE REARDON LAW FIRM
                                   160 Hempstead Street, P.O. Drawer 1430
                                   New London, CT  06320
                                   Telephone:  (860) 442-0444
                                   Facsimile:  (860) 444-6445

                                   ATTORNEYS FOR PLAINTIFFS,
                                   STACIA BOGDAN and FRANK BOGDAN

| | |
|---|---|
| Dated: March 8, 2006 | /s/     Albert J. Dahm |

Albert J. Dahm (ct21710)
**DAHM & ELVIN, LLP**
9604 Coldwater Road, Suite 201
Fort Wayne, IN 46825
Telephone:  (260) 497-6000
Facsimile:  (260) 497-6019
E-mail:  albert.dahm@dahmelvin.com

Francis H. Morrison, III (ct04200)
Robert E. Koosa (ct26191)
**DAY BERRY & HOWARD, LLP**
CityPlace I
Hartford, CT 06103-3499
Telephone:  (860) 275-0100
Facsimile:  (860) 275-0343
E-mail:   fhmorrison@dbh.com
              rekoosa@dbh.com

Attorneys for Defendant Zimmer, Inc.

## CERTIFICATE OF SERVICE

     I hereby certify that on March 8, 2006, a copy of the foregoing Stipulated Motion to Reopen Case was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                      By:/s Albert J. Dahm  
                                      Albert J. Dahm (ct21710)  
                                      DAHM & ELVIN, LLP  
                                      9604 Coldwater Road, Suite 201  
                                      Fort Wayne, IN 46825  
                                      Telephone: (260) 497-6000  
                                      Facsimile: (260) 497-6019  
                                      E-mail: bert.dahm@dahmelvin.com