## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| STACIA S. BOGDAN and FRANK BOGDAN, | : CIVIL ACTION NO. |
| | : 3:02CV637(JCH) |
| Plaintiff, | : |
| vs. | : |
| | : |
| ZIMMER INC. | : |
| | : |
| Defendant. | : MARCH 22, 2006 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the Local Civil Rules of this Court, the undersigned counsel respectfully moves this Court to withdraw the appearance of **DEBORAH S. RUSSO** in the above-captioned matter on behalf of the defendants. Other counsel from Day, Berry & Howard have entered an appearance for this defendant.

DEFENDANT, ZIMMER, INC.

By   /s/ Deborah S. Russo
   Deborah S. Russo (ct 18818)
   Day, Berry & Howard LLP
   CityPlace I
   Hartford, Connecticut 06103-3499
   (860) 275-0100
   (860) 275-0343 (fax)
   Their Attorneys

   Albert J. Dahm (ct21710)
   Michael S. Elvin (ct21711)
   DAHM & ELVIN, LLP
   9604 Coldwater Road, Suite 201
   Fort Wayne, Indiana  46825
   Telephone:  (260) 497-6000
   Fax:  (260) 497-6019
   E-mail:  *bert.dahm@dahmelvin.com*

-2-

## CERTIFICATION OF SERVICE

      I hereby certify that on March 22, 2006 a copy of foregoing **Motion to Withdraw Appearance** was filed electronically [and served by mail on anyone unable to accept electronic filing.].  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.]  Parties may access this filing through the Court's system.

                                                  /s/ Deborah S. Russo
                                                  Deborah S. Russo