AMENDED CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2006 I electronically filed **Zimmer, Inc.'s Motion for Summary Judgment** with accompanying **Memorandum in Support of Zimmer, Inc.'s Motion for Summary Judgment**, **Defendant Zimmer, Inc.'s Local Rule 56(a)1 Statement on Stacia and Frank Bogdan's Claims** and **Zimmer, Inc.'s Appendix in Support of Its Motion for Summary Judgment** as Docket No. 27 with the Clerk of the Court using the CM/ECF system which sent notification of such filing to CM/ECF participants in this case.

I further certify that on April 25, 2006, I learned for the first time that Plaintiff's counsel had not formally entered an appearance in this matter under this docket number and therefore the above-referenced documents were not electronically served on him.

I further certify that on April 25, 2006 copies of the above-referenced documents were sent by Federal Express Overnight to the following:

> Robert I. Reardon, Jr.
> The Reardon Law Firm, P.C.
> 160 Hempstead Street
> P.O. Drawer 1430
> New London, Connecticut  06320

> /s/    Albert J. Dahm
> Albert J. Dahm (ct21710)
> **DAHM & ELVIN, LLP**
> 9604 Coldwater Road, Suite 201
> Fort Wayne, IN 46825
> Telephone:  (260) 497-6000
> Facsimile:  (260) 497-6019
> E-mail:  albert.dahm@dahmelvin.com