UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STACIA S. BOGDAN and FRANK BOGDAN, | : | |
| Plaintiffs, | : | CIVIL NO. 3:02cv637 (JCH) |
| | : | |
| V. | : | |
| | : | |
| ZIMMER, INC. | : | |
| | : | |
| Defendant. | : | APRIL 25, 2006 |

## NOTICE OF APPEARANCE

TO:  Clerk
United States District Court
915 Lafayette Boulevard
Bridgeport, CT  06604

Please enter my appearance in the above entitled action as attorney for

the plaintiffs, Stacia S. Bogdan and Frank Bogdan.


\s\
Robert I. Reardon, Jr.
Federal Bar No. ct05358
The Reardon Law Firm, P.C.
160 Hempstead Street
New London, CT 06320
Phone:  860.442.0444
Fax:  860.444.6445
Email:  reardonlaw@aol.com

**Certificate of Service**

      I hereby certify that on April 25, 2006, a copy of the foregoing NOTICE OF APPEARANCE was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Albert J. Dahm, Esq.
Dahm & Elvin
9604 Coldwater Rd., Suite 201
Fort Wayne, IN 46825
Phone: 260-497-6000
Fax: 260-497-6019
Email: bert.dahm@dahmelvin.com

Francis H. Morrison, III, Esq.
Day, Berry & Howard
Cityplace
Hartford, CT 06103-3499
Phone: 860-275-0231
Fax: 860-275-0343
Email: fhmorrison@dbh.com

                                          \s\
                                Robert I. Reardon, Jr.