UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STACIA S. BOGDAN and FRANK BOGDAN, | : |
| | : CIVIL NO. 3:02cv637(JCH) |
| Plaintiffs, | : |
| v. | : |
| ZIMMER, INC. | : |
| Defendant. | : MAY 4, 2006 |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE OBJECTION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule of Civil Procedure 7(b), the Plaintiffs in the above captioned matter respectfully request an extension of time until 30 days after the conclusion of the settlement conference with Magistrate Judge Thomas Smith to file their Objection and Memorandum of Law in support of their Objection to Defendant's Motion for Summary Judgment.

Defendant's Motion for Summary Judgment was filed on March 7, 2006, requesting summary judgment as to the two remaining claims of the Plaintiffs. On or about April 25, 2006, counsel for the Defendant learned that, because Plaintiffs' counsel had not formally entered an appearance in this matter under

this docket number, Plaintiffs' counsel had not been electronically served with the Motion for Summary Judgment.  To rectify this situation, Plaintiffs' counsel immediately filed an appearance, and Defendant's counsel filed an amended certificate of service certifying that the Motion for Summary Judgment and the required accompanying documents were sent to Plaintiffs' counsel on April 25, 2006.  As a result, Plaintiffs' Objection to the Defendant's Motion for Summary Judgment is due May 16, 2006.

In the meantime, the parties participated in a settlement conference with Magistrate Judge Thomas Smith on May 2, 2006.  At that time, it was determined that settlement discussions could not be completed until the issue of whether the Plaintiff has a Medicare lien is resolved.  Judge Smith has directed Medicare to contact an Assistant United States Attorney to represent Medicare at the next settlement conference to address any lien claimed by Medicare.  Therefore, the Plaintiffs are requesting an extension of time to file their objection to the Defendant's Motion for Summary Judgment until after the conclusion of the settlement conference.

This is the first request for additional time to file an Objection to Defendant's Motion for Summary Judgment.

Defense counsel has been consulted and he does not object to the additional time requested.

WHEREFORE, the Plaintiffs respectfully request that they be granted an extension of time until 30 days after the conclusion of the settlement conference with Magistrate Judge Thomas Smith to file their Objection and Memorandum of Law in Support of their Objection to Defendant's Motion for Summary Judgment

THE PLAINTIFFS

Robert I. Reardon, Jr., ct05358
Attorney for Plaintiffs
The Reardon Law Firm, P.C.
160 Hempstead Street
New London, CT 06320
Phone: 860.442.0444
Fax: 860.444.6445
Email: reardonlaw@aol.com

## Certificate of Service

  I hereby certify that on May 4, 2006, a copy of the foregoing PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE OBJECTION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Albert J. Dahm, Esq.
Dahm & Elvin
9604 Coldwater Rd., Suite 201
Fort Wayne, IN 46825
Phone: 260-497-6000
Fax: 260-497-6019
Email: bert.dahm@dahmelvin.com

Francis H. Morrison, III, Esq.
Day, Berry & Howard
Cityplace
Hartford, CT 06103-3499
Phone: 860-275-0231
Fax: 860-275-0343
Email: fhmorrison@dbh.com

                _____
                Robert I. Reardon, Jr.