UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STACIA S. BOGDAN and FRANK BOGDAN, | : | CIVIL NO. 3:02cv637(JCH) |
| Plaintiffs, | : | |
| | : | |
| V. | : | |
| | : | |
| ZIMMER, INC. | : | |
| | : | |
| Defendant. | : | MAY 17, 2006 |

### PLAINTIFFS' OBJECTION TO DEFENDANT ZIMMER, INC.'S MOTION FOR SUMMARY JUDGMENT

The plaintiffs in the above captioned matter, **STACIA BOGDAN AND FRANK BOGDAN**, hereby respectfully provide this Objection to the defendant Zimmer, Inc.'s ("Zimmer") April 25, 2006 Motion for Summary Judgment Regarding. In pertinent part, the plaintiffs maintain that there is a question of fact as to whether the plaintiff, Stacia Bogdan, reasonably **should** have known that that she had a cause of action against the defendant Zimmer under the Connecticut Products Liability Act. For this reason, and the reasons more fully detailed in the attached memorandum of law, this Court should deny Zimmer's motion for summary judgment.

                    THE PLAINTIFFS

By_____/s/_____
    Robert I. Reardon, Jr.
    **THE REARDON LAW FIRM, P.C.**
    160 Hempstead Street
    New London, CT  06320
    Phone: 860-442-0444
    Fax: 860-444-6445
    Email: reardonlaw@aol.com
    Federal Bar No. ct05358

## **CERTIFICATION**

I hereby certify that a copy of the foregoing has been mailed on May 17, 2006, to the following counsel of record:

Francis H. Morrison, III, Esq.
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103-3499

Albert J. Dahm, Esq.
Michael S. Elvin, Esq.
Dahm & Elvin, LLP
9604 Coldwater Road, Suite 204
Fort Wayne, IN 46825

          /s/_____
Robert I. Reardon, Jr.
**THE REARDON LAW FIRM, P.C.**
160 Hempstead Street
New London, CT  06320
Phone: 860-442-0444
Fax: 860-444-6445
Email: reardonlaw@aol.com
Federal Bar No. ct05358