## INDEX OF EXHIBITS

Exhibit A    Affidavit of the Plaintiff

Exhibit B    G.M. Sylvain, MD, et al, "Early Failure of a Roughened Surface, Precoated Femoral Component in Total Hip Arthroplasty," The Journal of Arthroplasty, Vol. 16 No.2 (2001)

Exhibit C    Deposition of Dr. Santore

Exhibit D    Deposition Of Roy Crowninshield

Exhibit E    Zimmer product brochure

Exhibit F    Deposition Of Dr. Bruce Moeckel

Exhibit G    Affidavit of Dr. Bruce Moeckel

Exhibit H    Deposition Of Stacia Bogdan