# EXHIBIT A

## AFFIDAVIT IN SUPPORT OF PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

STATE OF CONNECTICUT    )
                        :    AT New London
COUNTY OF NEW LONDON    )

I, Stacia Bogdan, being duly sworn, make this affidavit and say that:

1) I am over the age of eighteen years and I understand the obligations of an oath.

2) I am the plaintiff in the case, Bogdan v. Zimmer, Inc. and the co-plaintiff is my husband, Frank Bogdan.

3) I currently reside at 24 Forest Street in Middletown, Connecticut, with my husband, Frank.

4) Sometime prior to 1994, I began experiencing pain in my right hip and sought medical treatment from Dr. Bruce H. Moeckel. After examining my hip, Dr. Moeckel determined that I had to undergo a total hip arthoplasty. Essentially, my right hip was replaced with a prosthetic hip during a surgery on October 6, 1994.

5) Within one year of having the surgery, I began to again experience pain in my right hip. After several months of being followed by Dr. Moeckel, he advised me that the prosthetic hip had loosened and that I would need to have it replaced. The Centralign was then removed by Dr. Moeckel on July 16, 1996.

6) Although Dr. Moeckel indicated that the loosening occurred sooner than he expected, he did not give me any reason to suspect that it loosened because it was defective or because of the negligence of Zimmer. Indeed, Dr. Moeckel never even told me who the manufacturer of the hip implant was.

7) Quite simply, I concluded that the loosening of the hip implant was a potential complication that sometimes occurs in the aftermath of such procedures, and I had no reason whatsoever to believe that my hip prosthesis was defective.

ATTEST:

_Stacia Bogdan_
Stacia Bogdan

Subscribed and sworn to, before me, this ~~10th~~ 11th day of May, 2006.

*Tracy L. Poppe*
Tracy L. Poppe
Commissioner of the Superior Court