# EXHIBIT B

2/2001 16:37 FAX 860 679 4046   UCONN HEALTH CTR                                @002
Case 3:02-cv-00637-JCH   Document 40-5   Filed 05/17/2006   Page 2 of 9

The Journal of Arthroplasty Vol. 16 No. 2 2001

# Early Failure of a Roughened Surface, Precoated Femoral Component in Total Hip Arthroplasty

G. Mark Sylvain, MD,* Safa Kassab, MD,† Richard Coutts, MD,‡§
and Richard Santore, MD‡§

Abstract: A retrospective study was performed of a consecutive series examining 98 primary hip arthroplasties between March 1992 and December 1995. A second-generation roughened surface (grit-blasted), polymethyl methacrylate–precoated femoral component (Centralign prosthesis, Zimmer, Inc, Warsaw, IN) was used for all cases. Clinical and radiographic data were available for 84 hips (76 patients). The average duration of follow-up was 35.8 months. There were 10 failures by aseptic mechanical loosening of the femoral component (12%) at an average 30.6 months postoperatively, 9 having been revised (11%). Revision was pending in the remaining patient. The average age of patients at primary arthroplasty for the failed group was 48.2 years compared with 63.4 years for the asymptomatic patients ($P = .0008$). In all cases, failures occurred by debonding of the femoral prosthesis from the cement mantle. We are not aware of any series using modern implant components and cementing techniques with an early mechanical failure rate of this magnitude. Key words: hip arthroplasty, precoated, roughened surface, early failure, femoral prosthesis.

A retrospective study was performed of a consecutive series examining 98 primary hip arthroplasties between March 1992 and December 1995. The femoral prosthesis used in this series had proximal and distal zones of factory-applied, barium-free, polymethyl methacrylate (PMMA) on a roughened surface (60–90 μm) chromium-cobalt metal. In addition to the roughened surface metal, the factory-applied PMMA zones had a matte-finished macrotexture. The concept of a roughened surface stem was to enhance the cement bond to the prosthesis by transferring shear stress between stem and cement by mechanical interlock, enhancing the interface strength [1–4]. The concept of a PMMA-precoated region was to improve the prosthesis-cement interface. A factory-applied PMMA-precoated region removed the weak surface layers from the metal to provide the best possible interface of the metal with the acrylic cement [1,5]. It has been shown in finite element analysis studies that the cement–prosthesis interface fails with significantly less stress than the cement–bone interface [3]. This interface represents a *weak link* in the femoral construct in cemented hip arthroplasty. The rough-finished, PMMA-precoated prosthesis was an attempt to improve this weak link. We are unaware of any studies that have established this synergistic advantage *in vivo*. Some authors have been concerned with a mechanical failure pattern consisting of cement–prosthesis debonding followed by relatively rapid catastrophic failure of the femoral component [6,7]. Other authors that have

From the *Joint Reconstruction Division, Orthopaedic Specialists of Nevada, Las Vegas, Nevada; †St. Josephs Hospital, Pontiac, Michigan; ‡Department of Orthopaedics, University of California, San Diego; and §Sharp Memorial Hospital, San Diego, California.
Submitted March 31, 2000; accepted September 19, 2000.
No benefits or funds were received in support of this study.
Reprint requests: G. Mark Sylvain, MD, Orthopaedic Specialists of Nevada, 701 S. Tonopah, Las Vegas, NV 89106.
Copyright © 2001 by Churchill Livingstone®
0883-5403/01/1602-0001$35.00/0
doi:10.1054/arth.2001.20545

The Journal of Arthroplasty Vol. 16 No. 2 February 2001

PMMA-precoated, roughened surface prosthesis ve reported an alarming rate of early femoral component loosening [6–11]. With this in mind, reviewed our experience with a second-generation, roughened surface, PMMA-precoated prosthesis.

## Materials and Methods

From March 1992 through December 1995, the senior authors (RC, RS) used a grit-blasted surface, proximally matte-finished, PMMA-precoated prosthesis (Centralign, Zimmer, Inc, Warsaw, IN) component for primary hip arthroplasties. A total of 98 primary hip arthroplasties were performed in 88 patients between March 1992 and December 1995. Follow-up evaluation was completed on 92% of these patients. Four patients (5 hip arthroplasties) died before the completion of this study. Eight patients (8 hip arthroplasties) could not be located for reevaluation after 2 to 37 months. There was 1 patient (1 hip arthroplasty) that failed secondary to sepsis. These 13 patients (14 hip arthroplasties) were excluded from the study. This left 84 hip arthroplasties in 75 patients, with an average 35.8 months (range, 11.4–59.9 months) of clinical follow-up. These patients were evaluated clinically and radiographically.

Of the 84 hip arthroplasties with clinical and radiographic follow-up, 42 femoral stems were implanted in 36 men, and 42 stems were implanted in 39 women. The average patient age at arthroplasty was 61.4 years. The average patient weight was 194 lb, and average height was 67.2 inches. Nine patients had bilateral hip arthroplasties with this prosthesis. The indication for arthroplasty was degenerative arthritis (osteoarthritis) in 69 hips, osteonecrosis in 6 hips, femoral neck fracture in 4 hips, fusion take-down in 3 hips, rheumatoid arthritis in 1 hip, and failed cup arthroplasty in 1 hip. Fourteen hips had undergone previous operations: 3 intertrochanteric osteotomies, 3 fusions, 3 open reduction and internal fixations of femoral neck fractures, 1 open reduction and internal fixation of acetabulum, 1 core decompression, 1 cup arthroplasty, 1 excision of exostosis, and 1 cyst biopsy.

The surgical approach was posterolateral in 51 hips, anterolateral in 28 hips, and lateral transtrochanteric in 5 hips. Acetabular components were a modular porous ingrowth cup in 79 hips. Of these, 54 were a Harris-Galante (Zimmer, Inc) design, 23 were a Duraloc (DePuy, Warsaw, IN) design, 2 were a Reflection (Smith & Nephew, TN) design, and 1 was a Trilogy (Zimmer). Cemented, all-polyethylene cups were used in 4 hips, and a McMinn cup was used in 1 hip. Hylamer (Depuy) polyethylene was used in 83% (19 of 23 Duraloc components) of the Duraloc acetabular components. Femoral heads were chosen to ensure a minimum of 8 mm of polyethylene. Forty-nine 28-mm heads were used, 33 26-mm heads were used, and 2 22-mm heads were used. Chromium-cobalt femoral heads were used in 73% (61 of 84 hips) of the hips with an average diameter of 27.2 mm. Ceramic heads were used in 27% (23 of 84 hips) of the hips. These were all 28 mm in diameter.

All patients had prophylaxis for deep venous thrombosis with thromboembolic disease (TED) hose and intermittent pneumatic compression stockings in combination with aspirin or low-dose warfarin. All patients had routine surveillance for thrombosis with ultrasound before discharge from the hospital.

The postoperative protocol allowed immediate full weight bearing with assistance of a walker or crutches. The assistive device was discontinued on an individual basis depending on the patient's progress with ambulation.

## Surgical Techniques

The femoral canal was prepared to the maximal size possible with a femoral rasp that corresponded in size to that of the femoral component to be used, with added space for cement. Femoral components all were inserted with the so-called third-generation cementing technique. Femoral plugs were inserted 2 to 3 cm past the planned tip of the stem. The canal was debrided with brushes, irrigated, then packed with sponges. Simplex PMMA cement (Howmedica, Rutherford, NJ) was vacuum mixed, the canal was suctioned before retrograde filling, and a cement gun was used with proximal plug for retrograde pressurization.

## Assessment of Outcome

The Harris hip score [12] was used to grade the status of the 84 hips that had clinical follow-up. Standard non-weight-bearing anteroposterior pelvis radiographs and anteroposterior and frog lateral hip radiographs were used as radiographic outcome. Acetabular components were assessed on the anteroposterior hip radiographs for radiolucent lines or any evidence of osteolysis or migration [13]. Femoral components were assessed for initial cement mantle grade using previously published techniques [14,15].

Radiolucent lines at the bone–cement and cement–prosthesis interfaces were recorded and localized according to the system of Gruen et al [16]. Radiographic loosening was defined according to the criteria of Harris et al [17]. Definite loosening was indicated by subsidence, a new radiolucent line at the cement–prosthesis interface, a radiolucent line around the entire cement mantle, or a fracture of the cement or stem. A new radiolucent line occupying 50% to 99% of the bone–cement interface indicated possible loosening. All areas of femoral endosteal lysis were noted.

Heterotopic ossification was graded according to the classification system of Brooker et al [18]. All femoral components that were revised were inspected at time of revision surgery with attention to the areas of debonding of the prosthesis–cement mantle.

### Statistical Analysis

A 2-tailed Student's $t$-test assuming equal variance was used to perform statistical analysis. Analysis was performed to determine significant independent variables for loosening of the femoral component. The level of significance was $P < .05$.

## Results

### Clinical Results

The average preoperative Harris hip score for the 84 hips was 37.7. The average postoperative score at final follow-up was 86. Excluding the failure group, the average postoperative score was 90.8 at final follow-up. The 8 patients who could not be located had an average hip score of 93 at last follow-up. The results were excellent (90–100 points) in 58% of the hips (49 hips), good (80–89 points) in 17% of hips (14 hips), fair (70–79 points) in 7% of hips (6 hips), and poor (<70 points) in 18% of hips (15 hips). The 15 poor results included 10 mechanical failures (12%), 1 clinical failure (painful hip), 1 patient with trochanteric bursitis, 1 patient whose function was limited by heart disease, and 2 patients whose function was limited by the contralateral hip.

Clinical and radiographic failure by aseptic loosening of the femoral component occurred in 10 hips (12%). Nine hips had undergone revision, and a revision is planned for the remaining hip. The average Harris hip score in this failure group at initial postoperative evaluation was 91 but diminished to 59.7 at most recent follow-up or just before revision. The 10 hips with clinical and radio‑ graphic evidence of failure all showed debonding of the prosthesis at the cement–prosthesis interface. In comparison with the initial postoperative radiographs, this debonding appeared to originate proximally in the PMMA-precoated region. Of the 9 hips that were revised, debonding of the cement–prosthesis interface, gross component loosening, and proximal osteolysis were confirmed at the revision surgery in all cases.

Clinically, patients with mechanical failure typically presented without history of major trauma and with onset of thigh or groin pain within the first 6 to 12 months of surgery. Pain often would subside for a period only to recur and worsen. Typically, initial radiographs soon after the onset of pain were negative. Within a short time, a radiolucent line would be recognized in zone 1 of Gruen on the anteroposterior radiograph. Rapid progression of radiolucency and subsequent osteolysis would follow, which was associated clinically with marked pain and limping or crutch dependency.

The hips in the mechanical failure group had an average patient age of 48.2 years at implantation, whereas the hips in the nonfailed group had an average patient age of 63.5 years at time of implantation ($P = .0008$). The mechanical failure group of 10 hips had 7 acetabular polyethylene components of the Hylamer type ($P = .00008$) as well as 5 ceramic head components ($P = .013$). In the remaining 75 hips, 13 Hylamer polyethylene inserts and 18 ceramic heads were used.

There were 8 hips in 7 men and 2 hips in 1 woman in the failure group. There were 34 hips in 29 men and 40 hips in 38 women in the nonfailure group. Male gender reached statistical significance for failure ($P = .047$). The average height in the mechanical failure group was 69.5 inches and in the nonfailure group, 66.9 inches. Taller height reached statistical significance ($P = .04$). The average weight was 178.4 lb in the failure group as compared with 173.8 lb in the nonfailure group ($P = .7$).

In the mechanical failure group, 3 of 10 hips had had prior surgery. Eleven of the remaining 74 hips had had prior surgery (no statistical significance). There were 6 size 2 stems in the failure group, and the largest size in the failure group was a size 4. The average prosthesis size in the nonfailure group was 3.3 (range, 1–6). There was a trend toward failure in the smaller prosthesis sizes, but it did not reach statistical significance ($P = .09$).

There were no failures of the acetabular component. Other than mechanical failure of the femoral component, there were 6 postoperative complications consisting of 3 dislocations, 2 trochanteric nonunions, and 1 deep venous thrombosis (1 in-




Journal of Arthroplasty Vol. 16 No. 2 February 2001

ip arthroplasty in the original group was
d from the study).

raphic Analysis

ral Component. On initial postoperative
he cement mantle was grade A in 42 hips
, grade B in 22 hips (26%), grade C1 in 19
%), grade C2 in 1 hip (1%), and grade D in
. In the nonfailure group, the cement grades
 in 35 hips (48%), B in 20 hips (27%), C1 in
 (24%), and C2 in 1 hip (1%), with no D.
chanical failure group grades consisted of 7
(70%), 2 B hips (20%), and 1 C1 hip (10%).
was no statistical difference in the cement
etween the failure group and the nonfailure
($P = .46$).

patients showed new radiolucent lines at the
esis–cement interface. In all cases, these lines
d proximally, most commonly noted in zone
he anteroposterior hip radiograph in the area
 proximal precoat. The proximal radiolucent
rogressed to an increasing radiolucent line in
es (Figs. 1 and 2) or progressed to fracture of
ment mantle (Fig. 3) at an area near the end
 precoated region. After cement fracture or
ferential loosening, moderate osteolysis be-
 evident on radiographs.

 patient in the nonfailure group showed a
rogressive new radiolucent line that occupied
 of the bone–cement interface. This radiolu-
ine did not progress. Six hips had class I or II

heterotopic ossification, whereas 1 hip had class III heterotopic ossification, all in the nonfailure group.

Acetabular Component. At latest follow-up, there was no migration in any of the 84 acetabular components placed. One acetabular component (in the femoral failure group) had an area of osteolysis in 1 zone as described by DeLee and Charnley [13]. One component showed a radiolucent line at the prosthesis–bone interface in 1 zone. One cemented all-polyethylene component showed a complete 1-mm radiolucent line.

## Discussion

This is not the first series to examine critically a roughened surface, precoated prosthesis. Two stems of other hip prosthesis systems have been noted to have a higher failure rate with a roughened surface when compared with the same geometry with a polished surface [19–21]. Mohler et al [6] noted a "unique pattern of loosening" remarkably similar to that in the present series. They observed 20 mechanical failures out of 988 proximally precoated and roughened stems (Iowa hip, Zimmer, Inc) at an average of 5 years. Mohler et al [6] observed a cement-prosthesis lucency in the superolateral zone 1 of Gruen followed by further debonding and osteolysis, as has been described in this series. These investigators believed that the smooth finish and cylindric shape of the distal portion of the stem allowed cement-prosthesis debonding. Once stem



Fig. 1. Radiographs of a 38-year-old man immediately postoperatively (A) and at 17 months after arthroplasty (B). Cement debonding has progressed circumferentially.

lo
ti
rc
tu
to
fe
pr

(I
av
n(
pr
ch




Fig. 2. Immediate postoperative radiographs (A and B) of a 36-year-old man who presented with a similar pattern of failure at 36 months (C).

loosening occurred, a large amount of cement particulate debris would be generated owing to the roughened proximal portion of the stem, which, in turn, would lead to a rapid failure. These investigators went on to report a 7% (9 of 131) incidence of femoral loosening at 8 to 9 years of the same prosthesis [8].

Traku and Rubash [10] noted a disturbing 8% (13 of 170) failure rate of precoated stems at an average of 45 months. Woolson and Haber [7] noted that 6 of 121 femoral Precoat (Zimmer, Inc) prostheses resulted in revision for loosening or showed definite radiographic loosening. One additional patient had a possible loose stem at 55 months. Of concern was the increased femoral side failure seen with the precoated prosthesis in their series when compared with other series with the same prosthesis but no PMMA-precoated region [7,14]. These investigators expressed surprise at the fact that 2 of the forged chromium-cobalt stems fractured. Woolson et al [11] shared their concern with 10 stem fractures seen in 564 patients with the same Precoat prosthesis.

Ong et al [9] compared 522 PMMA-precoated stems with 267 monoblock stems of similar design. They found 26 precoated failures (5%) at a shorter



e Journal of Arthroplasty Vol. 16 No. 2 February 2001



. A 76-year-old man who presented at 21 months rthroplasty with failure that originated as debond-zone 1 of Gruen and progressed to cement mantle re.

w-up of 6.2 years compared with 7 monoblock :es (2%) at 11.2 years.

veral series report success of roughened ice, precoated prostheses. Schmalzried and is [22] noted no failures at 6.5-year follow-up l femoral Precoat prostheses, although in this s they had 2 femoral loosenings of 9 CDH rm prostheses, 7 that were precoated. Oishi et 3] noted 1 failure in 81 femoral Precoat pros-es with radiographic follow-up at an average 7 s. The 1 failure was at 34 months with a similar hanism of early loosening by cement–prosthesis nding followed by relatively rapid osteolysis. d et al [23] noted a 6% rate of endosteal oste-is.

erdonschot and Huiskes [3,4,24] used a finite nent model to examine the cement debonding :ess. In their studies using a tapered stem model, onding at the stem–cement interface progressed rly without increase in cement stress until con-rable debonding occurred. The probability of her debonding remained constant over time : debonding process does not accelerate). Ver-ischot and Huiskes [3,4,24] theorized that al-ugh a lasting bond between stem and cement y be ideal for preventing cement failure, a pol-ed stem might be more desirable for the cement-e interface mechanics. They tested this theory b an in vitro model, confirming the greater

amount of cement debris as well as cement mantle cracks when comparing a roughened surface stem with a polished stem of the same geometry [25,26].

Several authors have confirmed that the bond between prosthesis and cement is weaker than the cement–bone interface [1–5]. Some authors have reported movement of the stem within the cement mantle without failure of the femoral construct for extended periods after this subsidence. Ling [27] believed that the prosthesis–cement ultimately would fail, whether the stem is polished or not, and that a polished prosthesis would reduce wear. This theoretic concept was shared by Fowler et al [19], who reasoned that a polished stem would produce fewer wear particles and decrease the bone–cement stress. Cemented, polished prostheses have produced results comparable, if not superior, to published results of roughened surface stems [28,29].

Mohler et al [6,20], in the previously cited series, discussed concern about implanting the Iowa precoated stem in younger, higher-demand patients. We share this concern because the failure group patients had a statistically significant lower age. Male gender and probable higher physical activity level may have played a role in the loosening. The failure group patients were taller ($P = .04$). There was a trend toward failure in patients with a smaller stem size ($P = .09$). These findings may reflect on inadequate length of the stem in the design of the prosthesis, particularly in the smaller stem sizes. The increased height of the patients may put in-creased demand on the femoral arthroplasty con-struct. Further investigation is needed to under-stand these findings better.

Hip arthroplasties that used Hylamer polyethyl-ene ($P = .00008$) or ceramic heads ($P = .013$) reached statistical significance. Hylamer polyethyl-ene and ceramic heads were used more frequently in the younger patients in this study because of the presumed superior wear characteristics based on in vitro studies [30,31]. These present confounding variables because they reach statistical significance in the failure group. Because these components often were chosen with the younger patients, it is hypothesized that it may be the age or greater demand of the patient that is the most likely vari-able to contribute to the mechanical failure of the femoral component. Although associated with fail-ure cases, these elements may not have proximate cause of failure. This pattern of failure when using Hylamer polyethylene or ceramic heads has not been found with other femoral prostheses, al-though there have been reports of early osteolysis associated with Hylamer polyethylene [32–33]. This

election bias represents an obvious confounder in his study.

It is not possible for the authors to identify a particular causal factor for the high failure rate seen in this series. Specifically, it is difficult to condemn the separate concepts—that of a roughened surface and that of a PMMA-precoated prosthesis—based on a series with a single prosthesis. The purpose of a roughenened finish and a PMMA precoat is to enhance the strength of the mechanical bond of the prosthesis to the cement because this is typically the initial site of mechanical loosening in the femoral construct. The strength of this bond may be enhanced with this prosthesis, and it may be a combination of multiple variables that lead to failure. This stem design, particularly in the smaller sizes implanted in younger, presumably higher-demand patients, had an unacceptably high early failure rate in this series. It has not been proved *in vivo* whether a roughened surface with a PMMA precoat can strengthen the cement–prosthesis interface greater than the cement–bone interface. Stage of curing of the cement (liquid vs doughy) at time of cement and prosthesis insertion, presence of an open hole on the tip of the stem to accept a modular distal centralizer, stem design or surface type causing cement bubbles, broach design, and stem position in space within the canal versus shape created by the broach are several other possible variables that may have contributed to early failure and extent of osteolysis [1,35]. Many variables can alter the interface strength of the precoated region [2,5]. It is difficult to make generalizations regarding surface factors alone when comparing different prosthesis designs with multiple variables. We are not aware of any series, however, in which the theoretic advantages of roughened prosthetic surface with PMMA precoat have provided superior results to conventional cemented smooth or highly polished stems.

It is important not to generalize, without justification, about the lack of value of PMMA precoating. It may be shown ultimately that other circumferential matted or roughened surface, precoated stems of different designs or precoat processing may prove to be clinically useful *in vivo*. This study points out the difficulty involved in elucidating the factors of significance contributing to mechanical failure in a retrospective review of a new prosthesis in combination with multiple uncontrolled variables.

This series, with a 12% mechanical failure rate at <3-year average follow-up, raises serious concerns about the utility of this femoral prosthesis, particularly in high-demand patients. The failure rate reported here at 3 years would be considered unacceptable at 10-year follow-up. Caution must be exercised when deciding on a roughened surface, PMMA-precoated prosthesis until the mechanisms of failure seen in these series are understood better.

## References

1. Noble PC: Contributions of basic and applied sciences to hip replacement in the older patient. Instr Course Lect 43:381, 1994.
2. Ahmed AM, Raab S, Miller JE: Metal/cement interface strength in cemented stem fixation. J Orthop Res 2:105, 1984
3. Verdonschot N, Huiskes R: Cement debonding process of total hip arthroplasty stems. Clin Orthop 336:297, 1997
4. Verdonschot N, Huiskes R: Mechanical effects of stem cement interface characteristics in total hip replacement. Clin Orthop 329:326, 1996
5. Raab S, Ahmed AM, Provan JW: Thin film PMMA precoating for improved implant bone-cement fixation. J Biomed Mater Res 16:679, 1982
6. Mohler CG, Callaghan JJ, Collis DK, Johnston RC: Early loosening of the femoral component at the cement-prosthesis interface after total hip replacement. J Bone Joint Surg Am 77:1315, 1995
7. Woolson ST, Haber DF: Primary total hip replacement with insertion of an acetabular component without cement and a femoral component with cement. J Bone Joint Surg Am 78:698, 1996
8. Callaghan JJ, Tooma GS, Olejniczak JP, Goetz DD, Johnston RC: Primary hybrid total hip arthroplasty: an interim follow-up. Clin Orthop 333:118, 1996
9. Ong A, Wong KL, Lai MC, Garino JP, Steinberg ME: Early failure of precoated components in primary total hip arthroplasty: one surgeon's experience. Annual Meeting of the American Academy of Orthopaedic Surgeons, New Orleans, 1998
10. Traku S, Rubash HE: Early aseptic loosening of precoated femoral components in hybrid total hip arthroplasty. Annual Meeting of the American Academy of Orthopaedic Surgeons, Atlanta, 1996
11. Woolson ST, Maloney WJ, Milbauer JP, Bobyn JD, Yue S: Fatigue fractures of a modern forged chrome-cobalt alloy femoral component. Annual Meeting of the American Academy of Orthopaedic Surgeons, San Francisco, 1997
12. Harris WH: Traumatic arthritis of the hip after dislocation and acetabular fractures: treatment by mold arthroplasty: an end-result study using a new method of result evaluation. J Bone Joint Surg Am 51:737, 1969
13. DeLee JG, Charnley J: Radiological demarcation of cemented sockets in total hip replacement. Clin Orthop 121:20, 1976
14. Barrack RL, Mulroy RD Jr, Harris WH: Improved cementing techniques and femoral component loosening in young patients with hip arthroplasty: a

12-year radiographic review. J Bone Joint Surg Br 74:385, 1992
15. Mulroy WF, Estok DM, Harris WH: Total hip arthroplasty with use of so-called second-generation cementing techniques: a fifteen-year-average follow-up study. J Bone Joint Surg Am 77:1845, 1995
16. Gruen TA, Mcneice GM, Amstutz HC: "Modes of failure" of cemented stem-type femoral components: a radiographic analysis of loosening. Clin Orthop 141:17, 1979
17. Harris WH, McCarthy JC, O'Neill DA: Femoral component loosening using contemporary techniques of femoral cement fixation. J Bone Joint Surg Am 64:1063, 1982
18. Brooker AF, Bowerman JW, Robinson RA, Riley LH Jr: Ectopic ossification following total hip replacement: incidence and method of classification. J Bone Joint Surg Am 55:1629, 1973
19. Fowler JL, Gie GA, Lee AJC, Ling RSM: Experience with the Exeter total hip replacement since 1970. Orthop Clin North Am 19:477, 1988
20. Mohler CG, Callaghan JJ, Collis DK, Johnston RC: Correspondence to the editor. J Bone Joint Surg Am 79:313, 1997
21. Middleton RG, Howie DW, Costi K, Sharpe P: Effects of design changes on cemented tapered femoral stem fixation. Clin Orthop 355:47, 1998
22. Schmalzried TP, Harris WH: Hybrid total hip replacement. J Bone Joint Surg Br 75:608, 1993
23. Oishi CS, Walker RH, Colwell CW Jr: The femoral component in total hip arthroplasty: six to eight-year follow-up of one hundred consecutive patients after use of a third-generation cementing technique. J Bone Joint Surg Am 73:257, 1991
24. Verdonschot N, Huiskes R: Mechanical effects of stem cement interface characteristics in total hip replacement. Clin Orthop 329:326, 1996
25. Verdonschot N, Huiskes R: Surface roughness of debonded straight-tapered stems in cemented THA reduces subsidence but not cement damage. Biomaterials 19:1773, 1998
26. Verdonschot N, Tanck E, Huiskes R: Effects of prosthesis surface roughness on the failure process of cemented hip implants after stem-cement debonding. J Biomed Mater Res 42:554, 1998
27. Ling RSM: The use of a collar and precoating on cemented femoral stems is unnecessary and detrimental. Clin Orthop 285:73, 1992
28. Schulte KR, Callaghan JJ, Kelley SS, Johnston RC: The outcome of Charnley total hip arthroplasty with cement after a minimum twenty-year follow up: the results of one surgeon. J Bone Joint Surg Am 75:961, 1993
29. Sullivan PM, MacKenzie JR, Callaghan JJ, Johnston RC: Total hip arthroplasty with cement in patients who are less than fifty years old: a sixteen to twenty-two year follow up study. J Bone Joint Surg Am 76:863, 1994
30. Li S, Burstein AH: Current concepts review: ultra-high molecular weight polyethylene: the material and its use in total joint implants. J Bone Joint Surg Am 76:1080, 1994
31. Schmidt RH: Osteolysis: new polymers and new solutions. Orthopedics 17:817, 1994
32. Graeter JH, Nevins R: Early osteolysis with Hylamer acetabular liners. J Arthroplasty 13:464, 1998
33. Chmell MJ, Poss R, Thomas WH, Sledge LB: Early failure of Hylamer acetabular inserts due to eccentric wear. J Arthroplasty 11:351, 1996
34. Collier JP, Bargman LS, Currier BH, Mayor MB, Currier JH, Bargman BC: An analysis of hylamer and polyethylene bearings from retrieved acetabular components. Orthopedics 21:865, 1998
35. Noble PC, Collier MB, Maltry JA, Karoaric E, Tullon HS: Pressurization and centralization enhance the quality and of cement mantles. Clin Orthop 355:77, 1998