Page 154

1  familiar with was the Precoat and the
2  Precoat Plus, which I believe are trademarked
3  product names.
4 Q. Okay. Would you agree with me that in marketing,
5  the term Harris Precoat was used?
6 A. I can agree it was used on this brochure.
7 Q. I think when we first talked about the very first
8  meeting that occurred on April 21st, 1989, and
9  that would be bate stamp number R2-1, it's
10  entitled Meeting Minutes Next Generation Harris
11  Cemented Stem.
12      Would it be fair for me to say that in
13  describing the Harris Precoat -- or I'll withdraw
14  that; the Zimmer Precoat that you're referring to,
15  that it was often referred to as the
16  Harris Precoat, even in titling the minutes of the
17  meeting the Harris Cemented Stem?
18      MR. DAHM: Form.
19      THE WITNESS: I interpret this as this is a
20  cemented stem of which Dr. Harris has been
21  involved in the design of. I would not suggest
22  that the title of the memo is intended to be a
23  product designation.
24 BY MR. REARDON:
25 Q. Okay. Do you know if Zimmer has ever put out

Page 155

1  brochures before the Centralign came out that
2  promoted what you would call the Zimmer Precoat?
3  Let's withdraw that. Let's understand the context
4  within which this Centralign appears.
5      Am I correct that the Centralign is evolved
6  from the Zimmer Precoat?
7 A. There are, if you would, devices, the
8  Zimmer Precoat, the Zimmer Precoat Plus
9  prosthesis, that are shared design similarities
10  with the Centralign and were previously in the
11  market.
12 Q. Okay. So it's your testimony that there was never
13  a copyright for the name Harris Precoat Plus, that
14  the name was Zimmer Precoat Plus, is that right?
15 A. I have little to nothing to do with the copyright
16  in the company other than I try to use copywritten
17  titles and names correctly to preserve the
18  integrity the copyright's on. I'm not aware of a
19  copywritten of a Harris Precoat.
20 Q. Has Dr. Harris ever advised you, since his
21  deposition, that he questioned whether or not it
22  was appropriate to characterize the Precoat Plus,
23  which was marketed before the Centralign, as a
24  Harris Precoat Plus, using his name?
25 A. I've never had that discussion with Dr. Harris

Page 156

1  before or after his deposition.
2 Q. All right. Let me take you through the process of
3  developing the Centralign, if I could. And I'd
4  like to -- before I do that, I do want to cover
5  one other brief area.
6      Have you ever talked to a Dr. Bruce Moeckel
7  in Connecticut, M-o-e-c-k-e-l, he's an orthopedic
8  surgeon in Middletown, Connecticut?
9 A. Not that I recall. The name's not familiar to me.
10 Q. Have you ever talked to any of the doctors who
11  have placed or removed Centralign implants from
12  any of the four plaintiffs that are in the lawsuit
13  for which this deposition is being held? And I
14  can rattle off their names if it would help you.
15 A. Please.
16 Q. Mr. Vino, Ms. Fuentes-Weed, Miss Lopez.
17      MR. DAHM: He needs the names of the doctors.
18 BY MR. REARDON:
19 Q. Have you ever talked to Dr. Grady-Benson about
20  these patients?
21 A. I may have talked to Dr. Grady-Benson once, but I
22  don't know that I talked to him about these
23  patients.
24      I visited with Dr. Schutzer, who's somebody I
25  do know and have had many conversations over the

Page 157

1  years but, you know, I don't recall talking to
2  Dr. Grady-Benson. I may have talked to him, I
3  don't know.
4 Q. Okay, so you don't know for sure whether you did
5  or you didn't, just so we're clear on your answer?
6 A. Yeah. If I did, it was once. And he's not
7  somebody that I could put a face on today.
8 Q. Okay.
9 A. I'm sorry.
10 Q. That's all right, don't apologize, I'm just trying
11  to determine if you've had a conversation with
12  him. If you don't recall, I understand.
13      And how about you mentioned the name
14  Dr. Moeckel doesn't seem to ring a bell to you,
15  correct?
16 A. That does not ring a bell to me.
17 Q. All right. And give you one more name.
18  Dr. Richard Campbell-Jacobs, have you ever talk to
19  him?
20 A. I don't recall that name.
21 Q. Do you know Dr. Robert Rose of M.I.T.?
22 A. I know of him. I don't know that we've ever met,
23  but I know of him.
24 Q. Do you know Dr. -- or have you spoken to
25  Dr. Ralph LaGuardia? He's an orthopedic surgeon

Page 158

1    in Connecticut.
2 A. I don't recall.
3 Q. How about Dr. Courtland Lewis, who was of the
4    University of Connecticut Health Center but is now
5    with Orthopedics Associates of Hartford, same
6    group that Dr. Schutzer is in?
7 A. I don't recall that name.
8 Q. Okay. Now I would like to take you through the
9    process and the development, and I will be
10   referring to various records that have been
11   provided to me through discovery by bate stamp
12   number. And probably the easiest way, since I
13   only have my one loose-leaf copy, is if you could
14   be so kind as to get a copy. I'm keeping them in
15   the same order.
16       MR. DAHM: Before we get into that, let's
17   take a quick break.
18       MR. REARDON: We can go off the record.
19                      - - -
20   A brief recess was taken from 2:26 to 2:33.
21                      - - -
22 BY MR. REARDON:
23 Q. Now starting with R2-1, I think we already started
24   with that. And I'm going to be following along,
25   Doctor, with many of these meeting minutes and

Page 159

1    other documents in the order that they were
2    provided to us, and I've purposely kept them in
3    the same order, although it may result in some
4    jumping around chronologically. It isn't my
5    intention to do so. I could have reorganized
6    them, but I felt it would be more difficult for
7    you and counsel to follow me if I took them out of
8    the order that they were provided to me.
9        So the first one that I want to talk to you
10   about is the one we already made some reference
11   to, which is the meeting minutes of the Next
12   Generation Harris cemented stem in Chicago on
13   April 21st, 1989.
14       Now you were not in attendance at this
15   meeting, correct, sir?
16 A. I don't believe I was.
17 Q. And at this point in 1989, were you overseeing the
18   planning of the Next Generation's Harris cemented
19   implant?
20 A. No, in 1989 I was vice president of research for
21   the corporation.
22 Q. And that would not have included development of
23   this stem?
24 A. The development engineers reported to an
25   individual vice president in development.

Page 160

1 Q. Who was that?
2 A. His name was Joe Halcomb.
3 Q. And is Mr. Halcomb still with Zimmer?
4 A. No, he's not.
5 Q. Where is he now?
6 A. Last I knew he was in California.
7 Q. Is he still in the field or is he retired?
8 A. Not retired, to my knowledge. I don't believe he
9    works in orthopedics.
10 Q. What was the last information you had with respect
11   to what he was doing?
12 A. That he was working for a biotech company in
13   California.
14 Q. What part of California?
15 A. Santa Barbara area.
16 Q. When did he leave Zimmer?
17 A. I think he would have left early in 1990 when my
18   title changed to vice president of research and
19   development.
20 Q. And his name is spelled?
21 A. H-a-l-c-o-m-b.
22 Q. c-o-m-b?
23 A. m-b.
24 Q. Halcomb?
25 A. Yes.

Page 161

1 Q. According to page 2-1, the proposed stem lengths
2    you see under length, subparagraph two of the
3    first page.
4 A. Yes.
5 Q. Were 120, 130, 140, 150, 160, 170 millimeters, and
6    they were found to be acceptable.
7        Are those, in, fact the stem lengths that
8    were produced for the Centralign when the 9800 was
9    finally marketed in 1992?
10 A. I don't know. I don't know the method of defining
11   what stem length was in this memo. There have
12   been some definitions of stem length, so this is a
13   little imprecise in that regard.
14 Q. Do you know whether the stem lengths during the
15   process of design from 1989 to marketing in 1992
16   were shortened?
17 A. I don't know what the starting point of the
18   discussion was or the ending point was. When we
19   refer to prints, we know what they are.
20 Q. All right. Would you agree with me that the stem
21   lengths that are in Exhibit 13, the brochure,
22   which was in 1991, copyrighted in 1991, are
23   shorter for all six sizes than the stem lengths
24   that are described in R2-1?
25 A. Well, they include a range -- they include, by

162
1  this definition of stem length, a stem that's 105
2  and 115 millimeters, which is shorter than 120
3  that's referred to in the memo.
4 Q. What is the longest stem length that's in the
5    brochure, Exhibit 11?
6 A. 165.
7 Q. Okay. And what is the longest stem length that is
8    in the minutes of the meeting as the acceptable
9    proposed stem length?
10      MR. DAHM: Form.
11      THE WITNESS: The letter refers to 170
12   millimeter stem length.
13 BY MR. REARDON:
14 Q. Okay. With respect to the number 2 on the
15    brochure, number 2, which is the same as this one
16    number 2 and the same, and I'm holding up
17    Exhibit 12, and Exhibit 11, the number 2, you
18    understand, number 2 is the size, right, in the
19    brochure?
20 A. Yes.
21 Q. What is the stem length of the number 2 9800,
22    as noted in the brochure, and the 9825?
23 A. Brochure refers to 115 millimeters is the stem
24    length for a number 2.
25 Q. Okay. And the proposed -- there were six proposed

163
1  stem lengths in 1989, correct?
2 A. There are six proposed in that sentence, there's
3    six proposed stem lengths.
4 Q. And they're described as acceptable.
5       Do you know where those six proposed stem
6    lengths came from that were described as
7    acceptable in the 1989 minutes?
8 A. No, I do not.
9 Q. Would you agree with me that 130 is the second
10   smallest, or the second in size, that was proposed
11   in 1989, and that the length of the number 2 that
12   was manufactured in 1992 is shorter by five
13   millimeters?
14 A. It is shorter.
15 Q. And what is the measurement of number 2 on the
16   brochure?
17 A. 115.
18 Q. I'm sorry, it's shorter by 15 millimeters,
19   correct, 130 to 115?
20 A. The difference between 130 and 115 is 15.
21 Q. Right. Do you know, as you sit here today, why
22   the proposed stem length of the second shortest of
23   the two stem lengths changed from 130 to 115
24   between 1989 and 1992?
25      MR. DAHM: Form.

164
1      THE WITNESS: I'm not aware of the logic or
2   the process that got to the finished stem lengths.
3   I'm not familiar with the decision making on the
4   stem length.
5 BY MR. REARDON:
6 Q. Okay. So that's not within your field of
7    competence as a 30(B)(6) deponent, right, as to
8    how the stem lengths were arrived at?
9 A. Yeah, I was not knowledgeable of this meeting, I
10   was not in attendance at the meeting, so I can't
11   tell you the nature of the discussion other than
12   what's in this memo.
13 Q. Okay. Do you know, if we go to the first section,
14   first subsection, where it says offset, on the
15   same page, it indicates that the proposed offset
16   increases of 2, 4, 6, 8, 10, and 12 millimeters
17   are acceptable and that those offset increases are
18   approximately equivalent to those of the HGP Roman
19   Numeral II stem, first of all, what is the HGP
20   Roman Numeral II stem?
21 A. HGP II? I'm not aware of a stem that we ever sold
22   that was an HGP II.
23      HGP II was a cup that we sold. We made an
24   HGP stem, it was followed in time by another
25   product that was trademarked as the MultiLock.

165
1 Q. So I understand what you're saying, you were with
2    the company in 1989, but there is no such thing
3    as an HGP II stem, is that right?
4 A. Not as a trademarked product, no.
5 Q. And you can't understand, from reading this
6    document, what an HGP stem is?
7 A. I believe it makes reference to, if you would, a
8    second generation HGP stem which became to be
9    known as the MultiLock stem.
10 Q. Was that the same as the Harris Precoat or the,
11    you called it, Zimmer Precoat stem?
12 A. No, it was not, it was a cementless device.
13 Q. Okay. So the offset -- let me ask you a different
14    way.
15       The HGP, or a MultiLock, was a cementless
16    device, right?
17 A. The MultiLock was a cementless device.
18 Q. And have you ever heard of the Harris Gallant
19    Precoat?
20 A. No.
21 Q. I'm trying to understand what the HGP stem is,
22    too, sir, you're the one that's knowledgeable, I'm
23    not.
24 A. There was a device known as the Harris Galante
25    Porous Implant HG, sometimes shortened to HGP.

**Page 166**

1 Q. Okay. The offset that is being discussed in this
2    1989 meeting, am I correct, is an offset that is,
3    for the proposed implant that they're planning, is
4    an offset which is equivalent to the offset for a
5    cementless implant, right, that's what they're
6    saying, right?
7 A. I believe it's suggesting a reference to the
8    MultiLock.
9 Q. Which is a cementless implant, correct?
10 A. Yes.
11 Q. So to put this into layman's terms, the offset
12    that was being discussed was an increase over the
13    Harris, or the Zimmer Precoat, and the increase
14    was going to be approximately equivalent to the
15    offset for a cementless implant, the HGP Porous,
16    right, that's what they're saying here?
17 A. An HGP II.
18 Q. II. But you don't know what a II is?
19 A. I suspect that's shorthand for what became
20    MultiLock.
21 Q. The next aspect of the stem that's discussed is
22    the proximal A.P. width.
23       Now could you just point out to me on this,
24    either of these stems, Exhibit 11 or 12, where the
25    proximal A.P. width is?

**Page 167**

1 A. This would be proximal, anterior to posterior
2    would be that dimension.
3 Q. Okay, so actually on Exhibit 11 would be best
4    depicted -- proximal is, of course, the end closer
5    to the acetabular cup, right?
6 A. Right.
7 Q. And on Exhibit 11, it would be depicted better in
8    the diagram which is on the right side as you look
9    at Exhibit 11, right?
10 A. Yes.
11 Q. In fact, you could measure, assuming this is an
12    accurate scaling, you could measure the A.P. width
13    off Exhibit 11, right, that's what it shows, the
14    A.P. width at one point?
15 A. Yes.
16 Q. Do you know if, in fact -- I'll withdraw that.
17       Dr. Harris, according to these minutes,
18    requested that width be changed to make the medium
19    stem a baseline size with the remaining size as
20    gradually incremented from it. And then it goes
21    on to say that he's proposing a trapezoidal cross
22    section flaring out laterally.
23       Was that finally incorporated in the
24    Centralign implant when it was marketed? You can
25    look at either one, either the Exhibit 11 or

**Page 168**

1    Exhibit 12.
2 A. This cross section of the Centralign, by the
3    terminology of this memo, is trapezoidal
4    proximally.
5 Q. Right. And, in fact, did you incorporate
6    Dr. Harris' request so that the proximal A.P.
7    width of the stem be 9 for the smallest, 10.5 for
8    the next, 12, 13, 14, and 15 millimeters? And,
9    again, you can look at Exhibit 11 if that'll help
10    you.
11 A. I can't tell from Exhibit 11 as to what's the
12    dimension.
13 Q. It goes on to say that there was concerns that the
14    proximal shape correspond with the scaling
15    factors.
16       Is that something that you would get involved
17    with or would someone else get involved with?
18 A. That would be the responsibility of the
19    development engineering team.
20 Q. Was Mr. Doolin the one that was really doing most
21    of the work on this?
22       MR. DAHM: Form.
23       THE WITNESS: At that time, I don't know
24    that -- Mr. Doolin is not even at this meeting, so
25    I would not presume that he was principally

**Page 169**

1    responsible for --
2 BY MR. REARDON:
3 Q. Dr. Harris -- I'm sorry, Dr. Harris suggested
4    widening the stem laterally, right, right at the
5    A.P. width, right, to make it trapezoidal?
6 A. He suggested it be trapezoidal, and he mentioned
7    some dimensions for the lateral dimension.
8 Q. And you can't tell me today whether or not those
9    suggestions were incorporated into the final
10    product, is that right?
11       MR. DAHM: Form.
12       THE WITNESS: I don't retain that information
13    in my memory.
14 BY MR. REARDON:
15 Q. Okay. The next page, 2-2, Dr. Harris is
16    interested in lengthening the stem of the
17    centralizer to reduce flaws in the high stretched
18    region of the cement at the femoral stems tip.
19       Do you recall that there was a consideration
20    given to having centralizers, meaning the little
21    spacers, that were long, much longer than the
22    teardrop centralizers that are ultimately
23    incorporated in the final design?
24 A. No, that's not my recollection.
25 Q. Let me show you something, maybe it'll help you.

Page 170

```
 1        Why don't I keep us chronological so I'll
 2   come back to it later to save time rather than
 3   trying to find one document, we'll reach it
 4   eventually.
 5        Your recollection is that they were always
 6   going to be teardrop shaped?
 7 A. No.
 8 Q. What other shapes were considered, as you
 9   recall?
10 A. My understanding of what this paragraph is
11   referring to is the centralizer for a completely
12   different style that was a centralizer that had a
13   stem on it that was of the manner that the
14   Precoat Plus prosthesis had a centralizer, and
15   that it inserted in the bottom of the stem.
16 Q. Similar to the VerSys?
17 A. Similar to the VerSys.
18 Q. Which has a five point centralizer?
19 A. Yes.
20 Q. And the hole in the bottom of the 9825, the distal
21   hole which is shown on Exhibit 12 here, you can
22   see it on there, --
23 A. Yes.
24 Q. -- was that always in the product from the moment
25   it was first marketed in '92?
```

Page 171

```
 1 A. I don't recall.
 2 Q. Do you know if the 9800's had a distal hole in
 3   them?
 4 A. I do not recall.
 5 Q. What's the purpose of the distal hole in the 9825,
 6   which is Exhibit 12?
 7 A. To receive a centralizer that is of the manner
 8   that this paragraph is I think referring to.
 9 Q. Okay, and those particular centralizers are now
10   sold and available to be used with the VerSys hip
11   prosthesis, correct?
12 A. They're similar.
13 Q. Similar. It's a different design, but it's a
14   distal centralizer that mounts at the very tip
15   before the prosthesis goes in, right?
16 A. Yes.
17      MR. REARDON: Why don't we mark the VerSys
18   brochure so we can identify that in a little bit
19   more detail.
20                   - - -
21   Crowninshield Deposition Exhibit 14 marked for
22                identification.
23                   - - -
24 BY MR. REARDON:
25 Q. If you'll just flip you to -- I'm sure you're
```

Page 172

```
 1   familiar with it but just to locate the -- well,
 2   actually I'm not sure. Here it is, it's on
 3   page -- pages are unnumbered but it looks like the
 4   8th page, counting the front cover.
 5        The distal centralizer that is on the left
 6   side of the page that I'm referring to, correct?
 7 A. No.
 8 Q. Okay. That is a distal centralizer, it says it
 9   right on it.
10 A. That is a distal centralizer. It is not the
11   distal centralizer that this paragraph refers to
12   in that that hole in the stem are --
13      MR. REARDON: No, no, I'm sorry --
14      MR. DAHM: Let him finish.
15      MR. REARDON: I was going to apologize, I
16   didn't want to mislead him. No, I didn't suggest
17   that.
18 BY MR. REARDON:
19 Q. What I was asking, sir, and I apologize if I
20   wasn't clear, the distal centralizer that's
21   available on the VerSys is the one that is
22   depicted in this brochure?
23 A. That is correct.
24 Q. And that is a different distal centralizer than
25   the one that was discussed by Dr. Harris in 1989?
```

Page 173

```
 1 A. That is correct.
 2 Q. Do you know, is there a distal centralizer
 3   available with the Centralign as is shown in
 4   Exhibit 13? And maybe you could look through it.
 5        Is there one available in the 9800 series of
 6   the Centralign?
 7      MR. DAHM: Was there one available, is that
 8   what you said?
 9      MR. REARDON: Yeah, was there one available;
10   obviously they're not on the market any longer.
11      MR. DAHM: I didn't hear what you said, Bob,
12   I was just asking what the question was.
13      THE WITNESS: I believe that there is a
14   distal centralizer that is compatible with the
15   insertion hole on that stem.
16 BY MR. REARDON:
17 Q. That's a 9825, correct?
18 A. That stem is a 9825 (pointing).
19 Q. I'm asking about the 9800's.
20 A. Okay. If it has a hole in it, which you
21   previously asked me about, and I don't recall
22   whether the holes are in the 9800's, it would be
23   compatible with the same centralizer that that
24   stem would be.
25 Q. We'll get there, we'll get to the hole, it's in
```



174
1  here. I don't mean to be facetious, but we'll
2  save a little bit of time if we don't debate it as
3  to when the hole was discussed, and put in, and
4  all of that.
5       But you don't know right now as you sit here,
6  whether or not when this device, which is depicted
7  in Exhibit Number 11, was marketed in 1992, it had
8  a distal hole to accommodate a centralizer?
9 A. No, I do not.
10 Q. When Dr. Harris, again, on 2-2 of the minutes that
11  we refer to, when he said he was interested in
12  lengthening the stem of the centralizer to reduce
13  flaws in the high stress region of the cement at
14  the femoral stems tip, he was speaking of the
15  area, the narrowest area of the femoral stem at
16  the tip and making it longer so that there could
17  be a hole put in it and there could be a distal
18  centralizer used with it that's similar in some
19  respects to the one I showed you in the VerSys
20  system?
21      MR. DAHM: Bob, I'm sorry, I think your
22  question got garbled because you said centralizer.
23  You meant to say Centralign, I think.
24      MR. REARDON: I'm sorry, I apologize,
25  that's what I meant. I'll withdraw it and reword

175
1  it.
2 BY MR. REARDON:
3 Q. All I'm trying to understand, Doctor, is back in
4  1989 when this comment was made at a meeting that
5  Dr. Harris was interested in lengthening the stem
6  of the centralizer, they actually might have meant
7  the stem of the Centralign, is that correct, or
8  was it the centralizer?
9 A. I read it as the centralizer. All I know about
10  this meeting is these minutes, I was not at it. I
11  read this as being correct, and they were
12  discussing the stem of the centralizer, not of the
13  Centralign.
14 Q. Okay, which would be a separate device?
15 A. Yes, it is a plastic device that has a stem that
16  engages in that hole.
17 Q. Okay. But you would agree with me there was no
18  such centralizer that's depicted in Exhibit 13,
19  the brochure that came out in 1991?
20 A. I do not see one in that brochure.
21 Q. If you would go to the next page, which would be
22  2-3. I don't know if it's been provided to you or
23  not.
24      MR. DAHM: Yeah.
25      MR. REARDON: Okay.

176
1 BY MR. REARDON:
2 Q. The timetable is discussed at that time. And the
3  product introduction was to be at the 1991 AAOS
4  meeting and release in March of 1991.
5       Now, let me ask you about -- do you see that,
6  Doctor?
7 A. Yes.
8 Q. Let me ask you about that.
9       Now obviously the product was not released in
10  March of 1991, correct?
11 A. That's my knowledge, it was not.
12 Q. And when Zimmer speaks of releasing a product, I
13  assume that means selling it to, distributing it,
14  and making it available to orthopedic surgeons,
15  correct?
16 A. Yes.
17 Q. And also I would assume that when you talk about,
18  and I find this in a number of locations in the
19  minutes and in the discussions of this product,
20  talking about it being on the shelf, that means
21  the same thing, which is when it's available to
22  orthopedic surgeons for use in their practice,
23  correct?
24 A. I believe so.
25 Q. Okay. And so we can agree that the release did

177
1  not occur until some time in '92, almost a year
2  after it was originally to be intended to be
3  released, right?
4 A. A year after what was discussed in --
5 Q. '89.
6 A. Appeared to be the first meeting of any discussion
7  of this implant.
8 Q. Right, so the time line for completion of this and
9  release was from April of '89 to March of '91,
10  which would be just short of two years originally
11  back in '89, correct?
12 A. That appeared to be the expectation from this
13  memo.
14 Q. Okay. And do you know as you sit here today, what
15  caused any changes or delays in that time line?
16 A. No, I do not.
17 Q. Now let me go to the very next page, which is 2-4.
18      MR. REARDON: Just go off the record for a
19  second.
20              - - -
21        Off-the-record discussion.
22              - - -
23 BY MR. REARDON:
24 Q. That's a table, do you see it?
25 A. Yes, I do.

Page 178

1 Q. And it has six sizes indicated, and it compares an
2    existing to the new in various dimensions and
3    specifications.
4        Now let's take the existing. Can you tell me
5    when they write at the bottom existing equals
6    Precoat Plus, does that mean what you would
7    describe as the Zimmer Precoat Plus or the
8    Harris Precoat Plus as described in the brochure?
9 A. That's what I would describe as the Zimmer Precoat
10   Plus.
11 Q. All right. And the new is what was to eventually
12   become the Centralign model, right?
13 A. The new was apparently just a starting point
14   discussion of dimensions at the first meeting.
15 Q. For what ultimately became, in 1992, the
16   Centralign?
17 A. I believe so, yes.
18 Q. Okay. Let's go to the number 2, small, do you see
19   that?
20 A. Yes.
21 Q. And you would agree that the number 2 is the one
22   that is depicted in Exhibit 11, that's a number 2
23   in Exhibit 11, right?
24 A. Yes.
25 Q. And the Exemplar that's here, the 9825, is also a

Page 179

1    number 2?
2 A. Yes.
3 Q. Let's take number 2.
4        Would you agree with me that at least in 1989
5    at the preliminary stages that the plan was for
6    the number 2 at the A.P. width, which was the
7    width you described to me just a few moments ago,
8    would be wider than the Precoat Plus by point five
9    millimeters?
10 A. Yes.
11 Q. Would you agree with me also that the new was to
12   be ten millimeters longer than the Precoat Plus?
13 A. Yes.
14 Q. And would you also agree with me that the collar
15   length was to be longer by two millimeters than
16   the Precoat Plus?
17 A. Yes.
18 Q. Okay. Now, when you go to Exhibit 13 and you
19   would take number 2, would you agree with me that
20   the stem length is, in fact, shorter than the
21   Precoat Plus?
22 A. The number 2 as depicted here I believe is shorter
23   than the Precoat Plus.
24 Q. And instead of it being 130 millimeters as
25   indicated on April 21st of 1989 and the dimensions

Page 180

1    that were proposed, the proposed dimensional
2    criteria, it became shorter, rather than longer
3    it became shorter, is that correct?
4 A. Yes, given that the reference frame of the
5    dimensions were always the same.
6 Q. Okay. Let's go to the VerSys, which is Exhibit
7    Number 10, the product dimensions on the VerSys,
8    do you see those?
9 A. Yes.
10 Q. Would you agree with me that the number 2 VerSys
11   stem length is 130 millimeters?
12 A. Well, there's the size 13, which is the second
13   from the smallest. The nomenclature here is
14   different. That's 130 millimeters with a
15   different definition of stem length.
16 Q. Would you agree with me that the VerSys is longer,
17   uniformally is longer in all of its models than
18   the Centralign?
19     MR. DAHM: Form.
20     THE WITNESS: Well, I'm not sure that I can
21   say in all of its forms. We have to sit down --
22   they have different reference frames for stem
23   length, and the VerSys also has a different
24   mechanism of centralizer with the reduced distal
25   stem that receives the centralizer where the stem

Page 181

1    is made smaller in terms of its functional length.
2        Its physical length and its functional
3    length may be a little different because of the
4    way the centralizer utilizes the distal stem.
5 BY MR. REARDON:
6 Q. I understand all of that, Doctor, but let me show
7    you Exhibit 8.
8        Exhibit 8 is a letter that you said you
9    drafted, correct?
10 A. Uh-huh.
11 Q. That's the Dear Distributor letter?
12 A. Yes.
13 Q. And attached to that letter, if you would look in
14   the back, was a depiction of the Zimmer Centralign
15   as compared to every other model of a hip femoral
16   component that was available at that time,
17   correct, by Zimmer?
18     MR. DAHM: Wait. You're asking every other
19   model that Zimmer sold is a --
20 BY MR. REARDON:
21 Q. Well, let me just ask him, let's save time: what
22   are all those depictions?
23 A. These depictions are of a size 1 Centralign
24   compared to other cemented hip stems. Some other,
25   I don't know that it's inclusively all, but some



182

1  of the other cemented implants    Zimmer sold as
2  the date of the letter, showing an overview and
3  size comparison.
4 Q. And in the case of every one of the other cemented
5  implants that Zimmer sold at the time the Dear
6  Distributor letter was written, was every cemented
7  implant longer for the same size than the
8  Centralign?
9 A. For the size 1 Centralign and for stems, that you
10  say, for the same size, they're different in
11  different ways.
12       But the purpose of this comparison was to
13  talk about the stem sizes, including stem length
14  of stems that were approximately, or depending on
15  femoral preparation, perhaps interchangeable in
16  function with the Centralign.
17 Q. Well, obviously if you compared with each, your
18  intent, I assume, in writing that letter was to
19  contrast the differences in the dimensions of the
20  two particular implants, right, two particular
21  components?
22 A. Yes.
23 Q. And in each case am I correct that you compared
24  the two, the Centralign was shorter than the one
25  you were comparing it to?

183

1 A. In these comparisons they were shorter.
2 Q. Now, is the Centralign, are those being marketed
3  today, the ones that are being compared in your
4  Dear Distributor letter? The VerSys is, is it
5  not, sir?
6 A. The Heritage prostheses is not. In the form
7  that's described here there is --
8 Q. You have a Heritage now?
9      MR. DAHM: Bob, Bob, let him finish.
10      THE WITNESS: There is a VerSys Heritage,
11  which is another generation after this device.
12  But the device as depicted here I don't believe is
13  marketed today.
14         The VerSys stem is. The Precoat
15  prostheses is not, and the CPT device is. So I
16  think two of these four are marketed today and two
17  of the four are not marketed today.
18 BY MR. REARDON:
19 Q. According to the interrogatory answers that were
20  provided to us, the Centralign was phased out and
21  replaced with the VerSys system, is that correct?
22 A. It may be a little simplistic to say replaced by.
23         There are cemented hip stems, VerSys cemented
24  hip stems within the VerSys implant system that
25  many of the previous people who utilized

184

1  Centraligns have      ed.
2 Q. At the time you sent the Dear Distributor letter,
3  was every cemented femoral stem manufactured and
4  distributed by Zimmer longer for size 1, or the
5  same comparable size than the Centralign implant
6  as depicted in Exhibit 8, the distributor letter?
7      MR. DAHM: Form.
8      THE WITNESS: These three were. I'm trying
9  to remember whether there are other systems
10  marketed, but there were three here that were
11  marketed at the time; one which was a predecessor
12  device, which was the Precoat.
13 BY MR. REARDON:
14 Q. The Harris or the Zimmer Precoat?
15 A. Which I don't know was marketed at that time. But
16  the other three were, and they're depicted as
17  longer than the Centralign device in size 1.
18 Q. And the Harris Precoat was longer than the
19  Centralign device in size 1, correct?
20 A. Yes.
21 Q. The Harris Precoat came before the Centralign,
22  correct?
23 A. Yes, it did.
24 Q. I think that was fairly evident from the last
25  exhibit we looked at, the table of the existing

185

1  versus the new and the existing of the, we'll call
2  it, the Zimmer Precoat, you seem to prefer that,
3  that's apparently the trademark name or the
4  copyrighted name.
5      The Zimmer Precoat was the precursor, or just
6  before the Centralign, and am I correct that the
7  VerSys stem followed the Centralign, is that fair
8  to say?
9      MR. DAHM: Form.
10 BY MR. REARDON:
11 Q. Was that the Harris was before and the VerSys was
12  after?
13 A. The Precoat Plus came before.
14 Q. Let's not use the word Harris, that troubles you
15  apparently; I'll withdraw that.
16      The Precoat Plus was before the Centralign
17  and then the VerSys followed the Centralign, and
18  they were all cemented implants, correct?
19      MR. DAHM: Form.
20      THE WITNESS: Yes, with the understanding
21  that the VerSys included more than a cemented
22  implant.
23 BY MR. REARDON:
24 Q. And so did the Centralign, correct, the option
25  was -- excuse me, I'll withdraw that, that was a

186

1  non-precoated one.
2      But you still had other uncemented implants
3  besides the Centralign on the market when you were
4  selling the Centralign as well, right?
5 A.  Yes.
6 Q.  Okay. Let me do the same question again so we
7  make the record perfectly clear.
8      With respect to cemented implants, the
9  Precoat, the Zimmer Precoat, was phased out and
10  the Centralign was phased in, and then the
11  Centralign was phased out and the cemented VerSys
12  was phased in, and that's the progress that took
13  place through the 1980's and 1990's to present
14  with respect to cemented implants in the Zimmer
15  company, correct?
16      MR. DAHM:  Form.
17      THE WITNESS:  That is the chronology of
18  product introductions in utilizations.
19 BY MR. REARDON:
20 Q.  Okay. But at this time, the Centralign is not
21  being sold and the VerSys is being sold, correct?
22 A.  This time being today?
23 Q.  Yes.
24 A.  Yes.
25 Q.  And in 1989 when the discussions were taking place

187

1  that we're talking about, the Precoat was being
2  sold and the Centralign had not yet been finally
3  developed and been marketed, right?
4 A.  That is correct.
5 Q.  Okay. Let me mark these documents.
6           - - -
7  Crowninshield Deposition Exhibit 15 marked for
8              identification.
9           - - -
10      MR. REARDON:  I took these off the Internet a
11  couple days ago.
12      Is that the line that is presently being
13  marketed of cemented and uncemented implants by
14  Zimmer?
15      MR. DAHM:  What's the exhibit number?
16      COURT REPORTER:  15.
17      THE WITNESS:  These pages refer to the VerSys
18  implant system to include the VerSys cemented
19  implants.
20 BY MR. REARDON:
21 Q.  Are there any other cemented implants other than
22  those used for revision, the second replacement,
23  so to speak, just so we define for the layman
24  operation, other than the VerSys that Zimmer
25  markets at this time?

188

1 A.  Yes.
2 Q.  What else?
3 A.  CPT implant.
4 Q.  What's the CPT used for?
5 A.  Primary cemented total hip replacement.
6 Q.  How is it different than the VerSys?
7      MR. DAHM:  Form.
8      THE WITNESS:  It has a different
9  instrumentation system, it's a different shape,
10  it's a different product --
11      MR. REARDON:  Was that intended to offer --
12  to be used for the same patient profile as the
13  Centralign and the VerSys?
14      MR. DAHM:  Form.
15      THE WITNESS:  It is a primary cemented total
16  hip replacement, it's for cemented hips.
17      MR. REARDON:  How long has that been
18  marketing?
19      MR. DAHM:  Form and foundation. That's also,
20  Bob, way outside the scope of the notice.
21      MR. REARDON:  It may or may not be, I don't
22  know. He says that it's somehow --
23      MR. DAHM:  No, he didn't say that. This is
24  the last question.
25      MR. REARDON:  Let's just go off the record

189

1  for a second to save time on this.
2           - - -
3       Off-the-record discussion.
4           - - -
5      MR. DAHM:  For the record, while we were
6  off, counsel engaged in what I call very
7  inappropriate sarcastic comments. I don't
8  appreciate it; and if you're going to continue,
9  we'll terminate the deposition.
10      MR. REARDON:  Well, I think that your
11  constant interruption and telling me what I can
12  and cannot ask, after we agreed at the outset that
13  we would following the Federal Rules, is
14  distracting to me and difficult for me to pursue
15  my line of questioning. To constantly obstruct
16  me, you've done this at least two times, perhaps
17  three, the transcript will speak for itself, to
18  tell me that you will not allow the deposition to
19  continue if I ask another question in a certain
20  area is not appropriate.
21      If you wish to terminate the deposition
22  at any time, we'll have to deal with it, I have no
23  control over your behavior, sir. But I don't
24  think it's appropriate if I ask a question and you
25  don't like it, for you to threaten to end the



190

1  deposition at that time.
2  BY MR. REARDON:
3  Q. Sir, we've gone through a good amount of
4     questioning on the subject of the VerSys and the
5     Centralign.
6        Am I correct, sir, that the VerSys was the
7     next generation after the Centralign of cemented
8     implants that was phased in when the Centralign
9     was phased out?
10 A. It followed the Centralign in its introduction.
11 Q. Okay. So I take it you would agree with the
12    interrogatory answer that's provided by Zimmer,
13    answer number 4, Zimmer Centralign Precoat hip
14    prosthesis catalog number 9800 was initially sold
15    in January of 1992 when the Centralign prosthesis
16    catalog number 9825 was introduced in 1995.
17    Zimmer discontinued sale of these stems in the
18    United States in 1998 as part of the planned
19    phase-out of the Centralign with the introduction
20    of VerSys several years earlier.
21       You would agree with that, correct?
22 A. Yes.
23 Q. And I take it you would also agree with the
24    statement: other reasons for the discontinuance of
25    Centralign sales in 1998 included, A, the decline

191

1  in sales that resulted from the market acceptance
2  of VerSys; and, B, to minimize competitive
3  business disadvantage resulting from reports of a
4  few disappointing clinical outcomes, is that
5  right?
6  A. Yes.
7  Q. Okay. Let's move on to R2-5, which was a meeting
8     of November 1st.
9        MR. DAHM: What number, Bob?
10       MR. REARDON: 2-5, meeting of November 1st,
11    1989.
12 BY MR. REARDON:
13 Q. At this meeting, under the subsection development,
14    there was a discussion of the centralizer ribs
15    being made of PMMA with barium sulfate.
16       Do you know why barium sulfate was chosen to
17    be used with the PMMA?
18 A. Yes.
19 Q. Why?
20 A. Barium sulfate is a radio opacifier, it shows up
21    on x-ray. And both bone cement and the bone
22    cement spacers incorporated the barium sulfate so
23    it would appear on x-ray.
24 Q. Okay. Now, as of 1989, well, through 1992 when
25    this product was finally marketed, had Zimmer ever

192

1  manufactured a femoral component that had
2  centralizers affixed to the proximal stem?
3  A. If you'd define the word affixed.
4  Q. Well, these teardrop -- I'm using actually what's
5     in here, these teardrop shaped devices are
6     affixed, there was a lot of discussion --
7  A. Attached.
8  Q. Okay, attached. And there was talk of welding and
9     all different theories thrown about in the course
10    of development about how to do it.
11       Prior to that, prior to, and we'll go through
12    the process of deciding how to do it, buying the
13    equipment to do it and so on, prior to that, had
14    Zimmer any experience whatsoever with attaching
15    spacers to the femoral component itself
16    proximally?
17 A. No.
18 Q. There had been some distal spacers, correct?
19 A. They were not affixed, that's why I went to the
20    word affixed.
21 Q. Right.
22 A. And if you're talking attached, no, they weren't
23    either. They utilized a hole insertion, they were
24    mechanical capture.
25 Q. Which is in the 9825 which is before us,

193

1  Exhibit 12, right?
2  A. Yes.
3  Q. And it's in the VerSys system, that we've also
4     shown, with a five point centralizer that's
5     affixed to the distal end, right?
6  A. Okay, if that's what affixed means.
7  Q. Well, you know, I don't know, I'm trying to --
8     let's decide on a term.
9        Attached is -- I thought you didn't like
10    affixed when I used it for the teardrops. The
11    teardrop system of attaching, to use your word
12    these spacers, that was the first time that Zimmer
13    had ever come up with that way of designing a
14    femoral component by attaching spacers to the
15    femoral component, correct?
16 A. Yes.
17 Q. On other occasions, for example, with the Precoat,
18    Zimmer Precoat, there was a distal spacer that
19    could be, I don't know what you want to use,
20    attached, affixed, to the end, to the distal end,
21    right?
22 A. Yes, there was.
23 Q. How would you like to describe it so that we're
24    using the right terminology here? Inserted?
25 A. I would say that the distal centralizer of the

194

1  Precoat, Precoat Plus, was attached to the
2  prostheses, those centralizers were bonded to the
3  prostheses.
4 Q. Bonded, thank you, that's a better term, I agree.
5     And when you say attached, the hole is there,
6  it's designed in such a manner that something
7  slips into the hole, a pin of some kind slips into
8  the hole to hold it in place before it's placed
9  into the bone, right?
10 A. Yes.
11 Q. And I assume that if you were to remove it from
12  the bone, there's nothing, other than perhaps any
13  cement mantle, that may permanently affix or bond
14  the distal centralizer to the metal component,
15  right?
16    MR. DAHM: Form.
17    THE WITNESS: I'm not sure what you're asking
18  me.
19 BY MR. REARDON:
20 Q. When the distal centralizer is placed in the hole
21  on the Zimmer Precoat, when it's placed in the
22  hole on the 9825, when it's placed in the hole on
23  the VerSys, it can be pulled right back out of the
24  hole, right?
25 A. Prior to its insertion in the femur.

195

1 Q. Yeah, and afterwards the only thing that would
2  hold it would be any cement that might have gotten
3  into the area, the cement mantle that's placed in
4  there, right?
5 A. That's held very securely within the cement.
6 Q. Right, of course. When the cement dries, it's
7  secure.
8     But what I'm saying is before you place it
9  in, there's nothing that permanently attaches it
10  to the metal component, right?
11 A. That's correct.
12 Q. Okay. Whereas with the Centralign model, they are
13  permanently attached to the metal component
14  spacers, right?
15    MR. DAHM: Form.
16    THE WITNESS: They are bonded to the
17  prostheses.
18 BY MR. REARDON:
19 Q. Right. And there has been -- before the
20  centralizers were bonded to the prosthesis, that
21  is the 9800 and then subsequently the 9825 and
22  after, Zimmer has never, never manufactured
23  another prosthesis that has permanently bonded
24  spacers, right?
25 A. No, that's not correct.

196

1 Q. Okay, what else?
2 A. You said prosthesis this time, before you said
3  femoral implants.
4 Q. Hip prosthesis, femoral components.
5 A. That's the only femoral component that I'm aware
6  that that method of bonding a centralizer to.
7 Q. I think you know what I'm getting at, but I've
8  got to make it clear for the record, and I
9  apologize.
10    Before 1992 when the Centralign model came
11  out, Zimmer had never sold a femoral component for
12  cementing that had permanently bonded spacers
13  attached to the component.
14 A. That is correct.
15 Q. After 1998, when the Zimmer Centralign was no
16  longer marketed, and to date, from 1998 to date,
17  likewise, Zimmer has never sold a femoral
18  component for cementing that has permanently
19  bonded spacers attached to it?
20 A. That is correct.
21 Q. Okay. Can you explain why they are no longer
22  marketing a femoral component with permanently
23  bonded spacers attached to it?
24 A. The bone cement spacing methodology of the
25  implants that followed the introduction of this

197

1  have utilized a different surgical technique, a
2  different procedure that has been developed since
3  then that people found to facilitate
4  centralization in a predictable way. Once it had
5  high level clinical acceptability, they're
6  instrumented differently.
7 Q. Are you finished?
8 A. Yes.
9 Q. Dr. Crowninshield, I think you indicated that
10  before this particular prosthesis, the Centralign
11  was sold, there was a distal centralizer on the
12  Harris Precoat that slipped into a hole in the end
13  on the Zimmer Precoat. And I think you indicated
14  that this particular one, which is 9825, has a
15  hole in it for a distal centralizer, and that you
16  also indicated that there was a distal centralizer
17  available in the VerSys model, correct?
18 A. Yes.
19 Q. But I think you also indicated that other than
20  this 9800 and 9825, none have a permanently bonded
21  spacer to the femoral component, right?
22 A. Yes.
23 Q. If there was the technology available for the
24  distal centralizer in 1989 that attached to the
25  bottom, to the end of the femoral component, and

198

1 if, in fact, that technology is  use with the
2 VerSys today, why did you go to the spacers that
3 are permanently affixed and then remove them from
4 the market?
5    MR. DAHM:  Form.
6    THE WITNESS:  My understanding of the
7 rationale for those spacers was to produce an
8 implant that had, as you described, spaces
9 attached as it came out of the box that didn't
10 require any assembly on the part of the surgeon
11 and could be inserted directly in the femur to
12 facilitate centralization of the implant without
13 having to attach other devices to the implant.
14 And it was viewed as one of surgical convenience
15 and would be attractive to the surgeons to achieve
16 a more central position of the stem.
17 BY MR. REARDON:
18 Q.  And would you agree that since 1998 that the
19 benefits of the spacers as particularly proximally
20 were determined to not be sufficient that a
21 surgical convenience is the one you described to
22 justify continuing to market surgical — to the
23 surgeons the centralizer spacers proximally, the
24 permanently affixed centralizer spacers
25 proximally?

199

1 A.  I believe it's correct that every cemented implant
2 that we sold from 1998 has a facility to
3 centralize proximally.  It uses a different design
4 and concept than the one in front of you but there
5 is an option, a method of centralizing proximally
6 if the surgeon wishes to do so.
7 Q.  And that option, Doctor, am I correct, is an
8 option that allows for the spacer to be placed at
9 the level of the collar, right?
10 A.  That is one such option.
11 Q.  Are there any that place permanently affixed
12 spacers below the collar in the lateral proximal
13 area with what's called the shoulder?
14 A.  No.
15 Q.  Now, we know from your earlier testimony that the
16 teardrop spacer was at one point proximal on the
17 shoulder and then moved down more distal on the
18 shoulder, you agreed on that.
19    Why has it been entirely removed now from the
20 shoulder of all of the models that are not being
21 marketed by Zimmer?
22    MR. DAHM:  Form.
23    THE WITNESS:  As I described earlier, the
24 bone in that region of the femur, centralizers
25 work by positioning themself relative to a surface

200

1 that they can be o   ed to, they can stand off
2 from.  The bone in the proximal lateral region of
3 the femur is the bone in the intratrochanteric
4 region of the femur, it's a soft cancellous bone,
5 it's commonly removed by surgeons during the
6 surgical technique, it's a poorly defined bony
7 boundary, there isn't much to centralize against
8 in that area.  It's low density bone that tends to
9 fill up with bone cement.
10    I think it's widely not viewed as a
11 problematic area of centralization and that
12 centralizers are not particularly useful in
13 positioning the stem in that region.  And the
14 format of the centralizer that is incorporated in
15 the VerSys, for example, was thought to be more
16 functional in centralizing the proximal stem than
17 the stand off, particularly the spacer, on the
18 proximal lateral region of that implant.
19 BY MR. REARDON:
20 Q.  Doctor, am I correct that the, and I'll look at
21 the VerSys brochure here, that the centralizer on
22 the VerSys that's proximal would be — let me
23 locate it for you, would be mounted, and I'm going
24 to, just for the record, Exhibit Number 14, page
25 6, would be depicted proximally — centralizer

201

1 would be depicted upper left corner of Exhibit 6,
2 right?
3 A.  Yes.
4 Q.  And that slips into a groove that's shown right on
5 the femoral component, right?
6 A.  It fits into a notch in the collar and is
7 generally referred to as a V fin centralizer.
8 Q.  Right.  And that centralizer would be above the
9 roughened surface very close to the collar?
10 A.  One of those is actually on the collar.
11 Q.  Right.  Well, yeah, you mean the one — well, they
12 speak for themself, the one that's all the way to
13 the left, right?  Excuse me, on your side to the
14 right, it's upside down.
15 A.  That engages the collar of the prostheses, not the
16 stem.
17 Q.  The other two are just slightly below the collar,
18 right, that's the groove we're referring to that
19 holds the centralizer?
20 A.  This centralizer —
21 Q.  Yes.
22 A.  — would position itself on the medial and anterior
23 and posterior surfaces of the proximal stem.
24 Q.  And that slips on and slips off, right?
25 A.  Yes, it may be inserted or removed.



202

1 Q. Okay. And is it removed before the surgical
2    procedure is concluded, or is it left on?
3 A. If one utilizes it, it's left on and it's
4    incorporated within the bone cement.
5 Q. It's made of PMMA?
6 A. Yes, it is.
7 Q. That is right at the collar; and the collar, of
8    course, am I correct, Doctor, is right where the
9    cement mantle ends?
10      MR. DAHM: Form.
11      MR. REARDON: You understand that, right?
12      MR. DAHM: Form.
13 BY MR. REARDON:
14 Q. In other words, when you insert this device into
15    the reamed out opening, the collar is designed to
16    be an end point, so to speak, for insertion, the
17    cement mantle shouldn't go over the top of the
18    collar, should it?
19 A. It should not go superior of the collar.
20 Q. Okay, so that the cement mantle should end just
21    below the collar, right?
22 A. About at the level of the collar.
23 Q. Right, that's what I asked.
24      So that when you describe these proximal
25    centralizers that are used now in the VerSys,

203

1    those are not within the cement mantle, they're
2    right at the surface of the cement mantle,
3    correct, once the procedure is finished and the
4    mantle is cleaned off of excess cement?
5 A. This brochure describes two different centralizers
6    that are not used together.
7      One is not on the stem of the prostheses at
8    all but rather resides under the collar and
9    engages in the calcar region of the femur.
10      The other, if it's utilized, is on the
11    anterior-posterior and medial surface of the
12    implant and resides within the bone cement in the
13    proximal femur.
14 Q. Okay, I understand that and I certainly can see
15    where they go in the diagram.
16      What I'm asking you is in simple terms: do
17    any of these have a spacer that resides in the
18    cement mantle once the surgical procedure is
19    completed to the extent that 9825 and 9800 did?
20      MR. DAHM: Objection, form, argumentative,
21    and also interruption of the witness.
22      MR. REARDON: I didn't mean to interrupt him,
23    I thought he was finished. If he wasn't, go
24    ahead, finish, Doctor.
25      THE WITNESS: Both of these become part of

204

1    the cement mantle. One of them becomes part of
2    the cement mantle that surrounds the proximal
3    stem. One of them becomes part of the cement
4    mantle as the cement mantle meets the calcar
5    region of the femur.
6 BY MR. REARDON:
7 Q. I understood that, you've said that repeatedly.
8      What I'm trying to get at, Doctor, and if you
9    can't answer the question, I guess we'll just have
10    to leave it to the diagram, but would you agree
11    with me -- let's put it this way and see if we can
12    get an agreement on this: that the 9825's and the
13    9800's have spacers that are closer to the distal
14    end than either of the so-called proximal spacers
15    in the VerSys system?
16      MR. DAHM: Form.
17      THE WITNESS: They are further down the stem,
18    more distal.
19      MR. REARDON: Thank you.
20 BY MR. REARDON:
21 Q. And, therefore, if they're more distal, they would
22    be more into the cement mantle than those in the
23    VerSys system, is that correct, more deeply
24    imbedded in the cement mantle?
25 A. They'd be further distal in the cement mantle.

205

1 Q. And the cement mantle ends where the collar
2    appears?
3 A. In that vicinity.
4 Q. Okay.
5           - - -
6    A brief recess was taken from 3:44 to 3:47.
7           - - -
8 BY MR. REARDON:
9 Q. The November 1st meeting that we referred to a
10    moment ago, or a while ago, had as attendees
11    Tim Doolin, if you look at R2-11, the third page
12    of that, of the minutes of that meeting. Actually
13    it's right at the top too under distribution, it
14    says Doolin, Dock, Evans, and Hawkins, but there
15    are other attendees that are listed. Actually
16    it's -- I'm sorry, that's actually November 30th,
17    it's the next page but it's R2-11.
18      In any event it appears that in November of
19    1989 Mr. Doolin started to become involved in the
20    product development --
21 A. I'm sorry, I don't have a document that's R2-11.
22 Q. If you could give him that.
23      MR. DAHM: I will. What number are you on?
24      MR. REARDON: R2-11, it's just a list of
25    people.



206

BY MR. REARDON:
Q. And I just wanted to establish that at that point Mr. Doolin was involved in the development process along with the other names listed there. But, again, your name does not appear.
    Now, you were not directly involved at this point in the development process, correct, sir?
A. That's correct. As I previously said, I think it was fourth month of 1990 that the development function began to report to me.
Q. Okay. Let me write that down.
    R2-14 and 15, which would be the December 19th, 1989 notes.
    MR. DAHM: Through, actually, I think, 16; 14, 15, and 16.
    MR. REARDON: All right.
BY MR. REARDON:
Q. This appears to be a meeting at Massachusetts General Hospital between Leda -- boy, you're going to have to help me again, Doctor.
A. Hewka.
Q. Hewka, and Dr. Harris, which she's reporting some issues that were discussed. One of them is the cross section, trapezoidal cross section in the superior lateral shoulder.

207

Now that's the area that you pointed out earlier, right, that would be at the proximal end of the device, correct?
A. I believe so, yes.
Q. Okay. And, Doctor, Dr. Harris commented that the angles greater than 13 degrees produced lateral sides that were too wide. Do you see that?
A. Yes.
Q. Do you know what the final angle was that was arrived at for the 9800 when it was finally marketed?
A. No, I don't.
Q. As far as the stem sizing, which is down at the bottom of the page, there apparently was shown to him overlays of all stem sizes of the new stems showing the proposed cement mantle as compared to the Precoat stem overlays. And it says here it was evident from this comparison that the new stems will need to be downsized to take thicker cement mantles into account. Each sides will need to be smaller relative to the dimensions originally agreed upon. The new prototypes will incorporate this design refinement.
    And if you go to the next page it talks about

208

stem lengths, do you see that?
A. Yes.
Q. Now, again, there's a discussion that the previously agreed upon ranges of 120 millimeters to 170 is more desirable than the range of 140 to 157 that can be derived from Noble's work. However, this may change in light of the new sizing of the stems.
    So, first of all, Doctor, you would agree with me that the sizing of the stems and the stem length must correlate to one another from an engineering point of view?
A. I'm not sure what you mean by correlate.
Q. Well, I mean as you change a stem size, you must change the stem length in order for the device to function properly?
    MR. DAHM: Form.
    THE WITNESS: This implant system was proposed to have proportional stem lengths so that the stem lengths would vary as a function of cross sectional size of the implant.
BY MR. REARDON:
Q. If you shorten for the very same stem size, take two for example, the second smallest one, that's what we've been using all along, if you decide in

209

the design of the product that the size of the stem is to be shortened, that would affect the -- if the length is to be shortened, that would affect the size of it as well, for purposes of structural strength?
    MR. DAHM: Vague.
    THE WITNESS: I'm not sure I can follow you and agree with you on that.
BY MR. REARDON:
Q. Okay. All right, let's move on then.
    Tell me about Noble's work, what is Noble's work, do you know?
A. I'm not sure what work this is referring to.
Q. Are you familiar with Dr. Noble?
A. I know Dr. Noble from Houston, Texas.
Q. Do you know what work that was discussed in these minutes regarding the stem length of the planned implant?
A. No, I do not.
Q. So you are not familiar with any work that Dr. Noble has done regarding any studies that you've done that were incorporated or used to arrive at the length of the stems for the Centralign model?
    MR. DAHM: Form.

Page 210

1 BY MR. REARDON:
2 Q. Is that correct?
3 A. I'm not aware of work specifically done by
4    Dr. Noble that was utilized in stem length
5    determination.
6 Q. Okay. Have you heard of a formula used that
7    involves basing stem size on the -- I'll withdraw
8    that for now. It's too late in the day to get
9    into that now, I'll save that for tomorrow.
10       Let me continue on with these minutes. The
11    last section deals with the centralizer and it
12    says the research group findings were relayed to
13    Dr. Harris, in particular the barium sulfate
14    that you discussed earlier. And there was concern
15    raised by the development group, or research
16    group, that it will result in opaque and brittle
17    ribs and that the gamma irradiation will cause the
18    ribs to yellow.
19       Do you know if any studies were actually done
20    to determine what the effect of gamma irradiation
21    would be on the PMMA centralizers and the PMMA
22    precoat?
23       MR. DAHM: Vague.
24       THE WITNESS: This is referring to a concern,
25    I don't know that there was any specific work

Page 211

1    prior to that.
2 BY MR. REARDON:
3 Q. Let me ask you about -- I don't mean to interrupt,
4    are you finished?
5 A. Yes.
6 Q. Okay. When this product, such as this 9825,
7    Exhibit 12, is finally sent out to be used by a
8    physician, I take it there's an irradiation
9    sterilization process that is undertaken, correct?
10 A. Yes.
11 Q. And it is a gamma irradiation process, right?
12 A. Yes.
13 Q. And that's done after the teardrop centralizers
14    are affixed or bonded to the surface and after the
15    PMMA clear precoat is applied, correct?
16 A. Yes.
17 Q. Has there ever been a study done to determine what
18    the effect of the irradiation process is on the
19    PMMA precoat or the PMMA teardrop spacers that are
20    bonded to that device, to the best of your
21    knowledge?
22 A. Well, we have done studies of precoating of
23    sterile implants so they would have been
24    post-sterilization, post-irradiation, precoating,
25    precoat implants, and centralized implants and the

Page 212

1    bone cement itself also subject to gamma
2    irradiation. And we've routinely investigated
3    the effect of gamma irradiation on PMMA whether
4    it's in bone cement itself or the precoat spacers,
5    it's all the same material and it all gets gamma
6    irradiation sterilization prior to implantation.
7 Q. Is that the only sterilization process that is
8    undertaken after the manufacturing is complete?
9 A. Yes.
10 Q. And I understand that you've done testing of the
11    cement itself, as long as it's been cemented
12    implants that have been -- well, I shouldn't say
13    that, I'll withdraw that.
14       Certainly for a number of years before the
15    Centralign implant was produced by Zimmer they
16    were using a PMMA cement mantle, right?
17 A. Yes.
18 Q. In the Zimmer Precoat there was a cement mantle
19    made of PMMA, correct?
20 A. Yes.
21 Q. And that PMMA cement dates back to the early
22    eighties and even perhaps before that, correct, it
23    had been in use for a number of years before the
24    Centralign model was introduced, right?
25 A. Yes.

Page 213

1 Q. But has there been a study done, my question is
2    specific, to the PMMA clear coat that it was
3    applied to the Centralign and the PMMA spacers
4    that were affixed to the Centralign to determine
5    what the effect of the gamma irradiation is on
6    those particular applications of PMMA?
7       MR. DAHM: Form.
8       THE WITNESS: We have investigated
9    post-sterilization treated implants, we've put
10    them in animals, we've looked at them in a
11    biologic environment, as sterilized and as used in
12    an envivo circumstance, and they would have been
13    post-sterilization treated implants as they would
14    be used clinically.
15 BY MR. REARDON:
16 Q. Have you done it with the Centralign implant?
17 A. We have done it on the materials that go into
18    the -- we didn't do a biological experiment with
19    the Centralign. We've done it in animal implants
20    and on the methodology that's incorporated in the
21    Centralign implant.
22 Q. I'm asking you specifically, sir, if you have
23    conducted any tests on the Centralign implant,
24    which is unique, we've agreed, in that it has
25    affixed spacers, or bonded spacers to use the term

214

1  that you chose, that are made of PMMA, and it has
2  a precoat, a clear precoat of PMMA on both
3  proximally and distally, have you done a study
4  specific to this implant to determine what effect,
5  if any, gamma irradiation has on those particular
6  aspects of the femoral component, that is the
7  precoat on the roughened surface, proximally and
8  distally, and the bonded teardrop spacers?
9       MR. DAHM: Form.
10      THE WITNESS: We have done testing on the
11 materials in the process that are utilized on the
12 implant, they are not unique to the implant, those
13 materials in prostheses other than the bonding
14 which we established was unique to this implant,
15 but the materials, the effect of irradiation on
16 those materials is not unique to these implants.
17 These are acrylics that are used in other
18 applications, as we've talked about today, and
19 that we have done characterization of those and in
20 the presence of a sterilized condition.
21      MR. REARDON: I don't mean to repeat the
22 question but I'm asking you a specific question to
23 this implant.
24      I understand you've said, at least
25 twice, that you've done studies on, you know,

215

1  PMMA, and irradiation, and its effect. It might
2  have been in the context, for all I know, of knee
3  implants or perhaps some other type of device,
4  or it might be in general just a study of PMMA and
5  irradiation.
6       I'm asking specific to the application
7  here, that is a clear coat on a roughened surface
8  distally and proximally and a bonded teardrop of
9  PMMA.
10      MR. DAHM: Form.
11 BY MR. REARDON:
12 Q. And if you can just answer yes or no.
13 A. I don't know, in the sense that you've described
14    it, as doing a test on that configuration
15    whether -- I don't have a recollection of it --
16 Q. I couldn't find anything in the material.
17      MR. DAHM: Let him finish.
18      THE WITNESS: We have certainly extensively
19 tested and characterized in a variety of
20 applications the materials in the prostheses
21 in the application. I think we have a good
22 understanding of the effect of exposure to gamma
23 irradiation on those materials.
24      MR. REARDON: Well, is the barium sulfate
25 added to the clear coat that's applied here?

216

1       MR. DAHM: Fo...
2       THE WITNESS: No, it is not.
3  BY MR. REARDON:
4  Q. Okay. But the barium sulfate is incorporated into
5     the teardrops that are affixed, right?
6  A. Yes.
7  Q. Okay. Do you know what effect the barium sulfate
8     had on the irradiation process?
9  A. Or conversely the irradiation process on the
10    barium sulfate?
11 Q. I apologize.
12 A. We know the effect of radiation on barium sulfate
13    containing PMMA bone cement. And we have 20 plus
14    years of experience with that material and have
15    looked extensively at the effect of radiation on
16    the materials.
17 Q. Well, according to this, back in 1989, at least
18    Leda Hewka was commenting there that it would
19    cause the ribs to yellow, would you agree with
20    that?
21 A. I don't know if it would cause the ribs to yellow.
22 Q. Okay, so you don't know if it would or would not,
23    you never tested for that, right?
24 A. I've not seen the yellow rib. The ones I've seen
25    have been white ribs that look very much like

217

1  bone cement.
2  Q. Well, typically when these femoral components
3     come out of the human body, they don't have these
4     spacers on them anymore, right?
5  A. They're typically well incorporated within the
6     bone cement, which is their intention.
7  Q. Yes, cement mantle. They leave this metal device
8     and they're part of the cement mantle, right?
9       MR. DAHM: Form.
10 BY MR. REARDON:
11 Q. When you see these, as you've seen the Vino one,
12    you've seen photographs of the Vino implant, sir?
13 A. I believe I've seen the Vino implant.
14 Q. Okay, it's probably made its way back here
15    already.
16      None of those implants have the spacers on
17    them anymore, right?
18 A. Yes.
19 Q. And that's typically what you see after they've
20    been explanted, right?
21 A. That's what we expect to see.
22 Q. Okay. And so you wouldn't be able to tell us
23    whether or not they really do yellow by looking at
24    the Vino one, or the Dunn one, or any of the other
25    ones that were explanted because typically you

218

1 don't see them with the teardrops bonded to them
2 after explantation, right?
3     MR. DAHM: Form.
4     MR. REARDON: Let me just withdraw the
5 question to save time.
6         You don't have any way of knowing, sir,
7 whether or not the opaques and brittle -- the
8 spacers are going to yellow and the ribs are going
9 to turn brittle as Leda apparently expressed to
10 Dr. Harris on December 19th, 1998, do you?
11    MR. DAHM: Form, argumentative.
12    THE WITNESS: I have reason to believe that
13 they do not.
14         You opened the box here today and took
15 one out that has been radiation sterilized; and to
16 my observation, I would describe those as being
17 white spacers and not yellow ones. So they did
18 not yellow.
19    MR. REARDON: All right.
20    MR. DAHM: Let the record reflect that
21 counsel, I don't think that was done on the
22 record, that, indeed, he did open a sterilized
23 Exemplar.
24    MR. REARDON: I assume it's sterilized, I
25 have no way of knowing.

219

1 BY MR. REARDON:
2 Q. This is R2-18, which is January 29th, 1990 dated
3    minutes of a January 16th, 1990 meeting, which I
4    think is actually -- I stand corrected, that is
5    January of 1990. I think when we get to '91 we
6    realize that they dated one incorrectly by the
7    year.
8         There was discussed downsizing in the very
9    first paragraph under developed to achieve a two
10   to three millimeter cement mantle.
11        Would you agree with me that in order for
12   this femoral component to be -- to have adequate
13   cement mantle, it should have a two to three
14   millimeter mantle?
15 A. The memo would be suggesting that a two to three
16   millimeter cement mantle was what was desired for
17   this implant.
18 Q. Right, and you would agree with that, I would
19   assume?
20 A. I agree that that's what this memo is saying.
21 Q. Well, what do you believe to be an adequate mantle
22   for the finally designed 9800 implant?
23 A. The 9825 implant, as described there with the two
24   and a half millimeter spacers, was intended to
25   have a cement mantle of two and a half

220

1   millimeters.
2 Q. We talked about earlier the 9800. That doesn't
3   have a 2.5 millimeter spacer, right?
4 A. Right.
5 Q. It has a 1.5 millimeter spacer, correct?
6 A. Yes.
7 Q. What is considered to be an adequate cement mantle
8   for the 9800 with the 1.5 millimeter spacer?
9 A. Well, there you're assured of, in the vicinity of
10   the spacers, of at least a millimeter and a half.
11   And the relationship of the implant geometry
12   to the rasp geometry would, I think, imply about a
13   two and a half millimeter space for bone cement if
14   one rasp were line to line and then put an implant
15   in correspondingly.
16 Q. So whether it's a 1.5 millimeter spacer or a 2.5
17   millimeter spacer, you still attempt to achieve
18   more than two millimeters of mantle, is that
19   correct?
20 A. If you use that rasp and you rasp a line to line
21   and do no other femoral preparation or adjustment
22   in implant size.
23 Q. So I assume that when there was a discussion of
24   downsizing to achieve a two to three millimeter
25   cement mantle, that was because it was intended to

221

1   achieve that mantle as an adequate mantle, right?
2     MR. DAHM: Form.
3 BY MR. REARDON:
4 Q. Right?
5 A. I understand that they were trying to achieve the
6   two to three millimeter cement mantle.
7 Q. Because that was an adequate mantle, right?
8     MR. DAHM: Form.
9     THE WITNESS: That was what was being
10   designed into the implant at this time.
11 BY MR. REARDON:
12 Q. Sir, why were they trying to achieve a two to
13   three millimeter cement mantle if it wasn't
14   intended to be adequate?
15 A. It was viewed to be desirable.
16 Q. Okay. So the opposite of that, I assume, is a
17   less than two millimeter mantle would not be
18   desirable, is that right?
19 A. Well, that's a subject of some academic debate and
20   has been for 20 years of total drug replacement as
21   to what constitutes bone cement mantle thickness.
22   And there are people who have argued all sides of
23   that discussion.
24 Q. Would you agree that by January of 1990, some
25   three months after the development committee

222
1  started its process, they were considering
2  downsizing in order to achieve a thicker mantle,
3  isn't that what that says?
4 A. They apparently were considering. And it refers
5  to the same change in angle that I think the
6  previous memo did, which I interpret to be a
7  change in the lateral proximal dimension to
8  accommodate a two to three millimeter cement
9  mantle.
10 Q. Well, sir, I'm not going to debate this with you,
11  but if we're downsizing the femoral component, we
12  are doing so so that the mantle is thicker, right?
13    MR. DAHM: Form, and you are debating it.
14    MR. REARDON: I'm not trying to debate it.
15  I'm trying to understand what he's saying.
16    It's pretty simple that we talk here
17  about downsizing to achieve a certain mantle
18  thickness, right, that's what they're talking
19  about --
20    MR. DAHM: Form.
21    MR. REARDON: -- at the meeting?
22    MR. DAHM: Form.
23    MR. REARDON: Is that right?
24    MR. DAHM: Form.
25    THE WITNESS: They refer to a downsizing. I

223
1  had connected the downsizing to be the change in
2  angle, which would result in a smaller A.P.
3  dimension on the lateral aspect of the stem.
4 BY MR. REARDON:
5 Q. Okay. And if you go to the next page, 19, I
6  believe you're cc'd in this particular document,
7  right?
8 A. Yes.
9 Q. So you became involved in January of 1990?
10 A. I was copied on this memo, yes.
11 Q. Okay, but were you involved at that point in
12  planning the development of this product?
13 A. I was -- at this time, still, the development
14  process didn't report to me. Some of the people
15  who are involved in it reported to me, on this
16  memo, Wang would have reported to my organization,
17  he's a polymer chemist, was on the product team
18  because of the issues of polymer science, not of
19  implant geometry.
20 Q. Doctor, with respect to marketing, I know this is
21  not something I'm going to be asking you about,
22  but --
23    MR. DAHM: But you will anyway.
24 BY MR. REARDON:
25 Q. No, I'm not going to ask him about the marketing,

224
1  but I'm going to a. him simply did you have any
2  involvement at all in determination of the name of
3  the product?
4 A. No.
5 Q. Okay. And I know we've already talked about
6  Harris, versus Zimmer, versus that, versus this,
7  this is something that's outside of your field
8  completely: choosing the name?
9 A. When a name is chosen, I try to use it correctly.
10 Q. Okay. March 1st, 1990, 2-24, letter to
11  Dr. Harris.
12    Now this is coming pretty close to when you
13  say you became involved in April of 1990, this is
14  a month before and at least you were cc'd in on
15  the minutes.
16    Do you have that letter?
17    MR. DAHM: I do. But to the extent that
18  that's a question, form.
19    Which one, 2-24 to 25?
20    MR. REARDON: It's just two pages. And
21  there's actually attached some diagrams that are
22  three more pages. Or at least I believe they were
23  attached, it says they are enclosed. Got them?
24    MR. DAHM: Yes.
25    MR. REARDON: Thank you.

225
1 BY MR. REARDON:
2 Q. Have you seen this letter before?
3 A. Don't know that I have, I'm not copied on it. It
4  was more than ten years ago so I don't trust my
5  judgement here, memory.
6 Q. Do you recall at all -- call your attention to
7  paragraph three of the letter where it says: Our
8  strength calculations indicate a need to shorten
9  the stem slightly. And then it goes on to say: as
10  you and I discussed in Boston, this may not come
11  as a surprise since we have increased the offsets
12  across the board and downsized the body of the
13  stem.
14    Do you recall at all, Doctor, the shortening
15  of the stems and downsizing of the body of the
16  stems in the course of planning during the period
17  of the first six months that this device was in
18  development?
19 A. You asked me that earlier. I mean, my knowledge
20  of that process is in the documents here. I was
21  not at any of those meetings, I'm not part of
22  those discussions.
23    MR. REARDON: I just would comment at this
24  point that since we're getting into April of this
25  point, I would hope that -- I'm probably going to

226

1   need Leda Hewka's deposition in Toronto, we had
2   mentioned that on the telephone on Friday; that we
3   will proceed with that, if you can get some dates,
4   given the early stages here and her involvement
5   and lack of involvement on the part of
6   Dr. Crowninshield.
7 BY MR. REARDON:
8 Q. On the second page the indication is, in the last
9   paragraph, that Dr. Harris' approval is being
10  sought so that they can or we can freeze the
11  design, is the expression being used, by Leda.
12      Can you explain to me what freeze the design
13  means?
14 A. That typically means freeze the geometry so that
15  the designers can commit to tooling for the
16  production, at least prototype production, or
17  early production of the stem.
18 Q. So I know you hadn't seen this letter before but
19  based upon your understanding of the Zimmer
20  process and the development process in biomedical
21  engineering, the goal that is being sought here
22  was to arrive at a shape and length of this
23  femoral component, or the stem, which would be
24  fixed and then forging could be done of
25  prototypes, so to speak?

227

1 A. Yes.
2 Q. Okay. And there are, then, three sheets of
3   enclosures that you see, which depict, it's six
4   sizes and it's called the Ultra at that point.
5   And they're dated February 28th, 1990. Do you see
6   those?
7 A. Yes, I do.
8 Q. And do you know, Doctor, whether or not, and you
9   can go to R2-28, the last of the three pages, do
10  you know whether or not those lengths that are
11  shown are the lengths that were finally produced
12  in the 9800 series as shown in Exhibit Number 13?
13  You can compare them.
14 A. I can't quite read the last one but size 6 says
15  165, which I'm not sure it does; but, if it does,
16  then, yes, they would seem to agree with the
17  brochure.
18 Q. Okay. And size 2 would be 115 and that's what is
19  in the brochure, copyrighted in 1991, correct?
20 A. Yes, it is.
21 Q. So by, at least according to the letter, by March
22  of 1990, the sizes that were decided upon were
23  ranged from 105 millimeters in stem length to 165
24  millimeters in stem length, and I agree with you
25  it's hard to tell what the last digit is, it's

228

1   one sixty something, right?
2 A. Appears to be.
3 Q. Pardon?
4 A. It appears to be.
5 Q. And the numbers that are underneath those, 120,
6   130, 140, 150, 160, and 170, do you know what
7   those numbers represent on that same specification
8   sheet?
9 A. It doesn't specify what they are.
10 Q. Would you, in reading the letter, the paragraph
11  that I called your attention to earlier, would you
12  agree with me that those are the lengths for each
13  of the six sizes before the decision, or the
14  proposed decision, was made to reduce or shorten
15  the stems slightly based upon strength
16  calculations?
17 A. I do not know that that's the case.
18 Q. Okay.
19 A. They may be the length of the Precoat prostheses,
20  I don't know.
21 Q. Okay, why don't you go to the top of the next
22  page, page 2 of the letter, the first sentence:
23  The proposed changes to the collar length and stem
24  length are physically marked on the aluminum
25  prototypes.

229

1       Would you agree with me that what she's
2   calling to Dr. Harris' attention is that they are
3   shortening the stem lengths for each of the six
4   sizes and asking for his opinions on that?
5 A. In fact, going back to your previous question, the
6   previous paragraph does say that the overlay show
7   the Precoat Plus sizes, so I suspect that's what
8   those lengths are.
9 Q. Okay. Which are longer, in all six sizes that's
10  depicted, than the Centralign, or what became the
11  Centralign, then called the Ultra, correct?
12 A. Yes.
13 Q. The March 2nd, 1990 meeting, which would be R2-29
14  through 32, four pages, includes some notes,
15  handwritten notes that are behind it.
16      That would be R2-31 and R2-32.
17      MR. DAHM: Well, the reason I stopped was
18  there's different dates on R-31 than the date of
19  the memo, they're later. So I don't know
20  whether --
21      MR. REARDON: Yeah, I understand but --
22      MR. DAHM: If you want to ask him all
23  together.
24      MR. REARDON: Just to save time, they're ten
25  days later.

230

1  First of all, the design refinements
2  are discussed, this is after the -- apparently
3  after the meeting with Dr. Harris at the AAOS, and
4  they were agreed upon, the first one that I'd like
5  to call your attention to was the proximal and
6  medial centralizer ribs will be shortened, or may
7  be shortened.
8     MR. DAHM: Give him a chance to read that
9  entire document.
10    MR. REARDON: Sure, take your time, Doctor,
11 take all the time you need to read it.
12    THE WITNESS: Okay.
13 BY MR. REARDON:
14 Q. I believe you were cc'd on this particular set of
15    minutes, do you see that?
16 A. Yes.
17 Q. Do you have a recollection of the proximal,
18    medial, and lateral centralizer stems being longer
19    than they are in the final product that was
20    marketed?
21    MR. DAHM: Form.
22    THE WITNESS: They refer to stems. I think
23 this refers to centralizers.
24 BY MR. REARDON:
25 Q. I apologize. If I said stems, I didn't mean to.

231

1  I'll reword the question or withdraw it.
2     Do you recall the proximal, medial, and
3  lateral centralizer ribs being in a different --
4  of a different length than was ultimately
5  marketed?
6 A. No, I do not.
7 Q. Would you agree with me that when the names were
8  changed from mini, small, medium, large, and extra
9  large to one, two, three, four, five, and six,
10 they intended to represent the same sizes just
11 using a different method of identifying the sizes?
12    MR. DAHM: Form.
13    THE WITNESS: It looks like it's a change in
14 nomenclature.
15 BY MR. REARDON:
16 Q. Okay. And if you could go to the handwritten
17    notes that are right before you, dated March 12th,
18    1990, first of all, do you know who wrote these
19    notes?
20 A. No, I do not. The second page of notes is not
21    very legible, at least on this copy.
22 Q. Okay. Going about halfway down the page you'll
23    find a paragraph that says, the stem will be
24    smaller in section to, I believe that word is
25    section, to increase cement mantle six times body

232

1  weight.
2     Were you aware that in March there was a
3  discussion of reducing the length of the stem and
4  making it smaller to increase the cement mantle?
5     MR. DAHM: Form.
6     THE WITNESS: I don't see any discussion of
7  length. Do you want to bring my attention to it?
8     MR. REARDON: Okay, it's the size, cement
9  mantle will be smaller.
10    MR. DAHM: Cement mantle will be smaller?
11 BY MR. REARDON:
12 Q. Excuse me, the stem will be smaller in section to
13    increase the mantle. That's what the note says,
14    all I know is what the note says.
15       Can you tell me anything about that
16    note?
17 A. All I know is what the note says.
18 Q. Okay, you can't tell me about that?
19 A. I've not seen these notes before, and I don't know
20    who wrote them.
21 Q. What about six times body weight, do you know
22    the significance of the six times body weight?
23 A. I believe it refers to fatigue strength
24    requirement of the stem which is commonly
25    expressed as an assumption of body weight and a

233

1  multiple of it.
2 Q. Do you know if Noble, P. Noble, proposed that
3    measurement for fatigue strength?
4 A. No, I do not.
5 Q. How about the ASHTO Standards, do you know if
6    there are any ASHTO Standards on that?
7     MR. DAHM: Who, Bob?
8     MR. REARDON: I'll withdraw that, I'll wait
9  till I get to it.
10    MR. DAHM: I didn't understand what you said.
11    MR. REARDON: ASHTO.
12    MR. DAHM: How do you spell that, is that an
13 acronym?
14    MR. REARDON: A-A -- yes, it is. A-A-S -- I
15 don't know until I get to it, it's in the
16 materials.
17 BY MR. REARDON:
18 Q. March 13th, the next meeting, just so we're clear,
19    you're, as far as you know, not involved until
20    April but, again, we'll try to ask you about this,
21    it says the stem design is frozen on March 13th,
22    1990, that's 2-34, I don't know if you have that
23    in front of you or not.
24    MR. DAHM: 2-34?
25    MR. REARDON: Right.