# EXHIBIT E

# A Line On Stability



# CENTRALIGN
*Precoat Hip Prosthesis*



# Added Stability Designed To Improve Clinical Outcome

The Zimmer *Centralign* Precoat Hip Prosthesis is designed to achieve unparalleled cemented hip implant stability. Starting with the time-tested design of the **Harris Precoat Plus** Hip Prosthesis, Zimmer engineering has added several important new innovations to help promote long-term implant performance.

## Simplified, Accurate Alignment

- The *Centralign* hip implant incorporates both proximal and distal centralizers* attached directly onto the stem to simplify and help assure optimum stem positioning within the femoral canal.

## Improved Stem Design

- The trapezoidal cross-section of the proximal stem provides improved fit and fill.
- Forged high-strength *ZIMALOY*** Alloy provides favorable load-bearing and reduced probability of fracture by metal fatigue.
- The incremental offsets for the six new stem sizes are designed to help restore natural joint kinematics.

## Increased Precoat Coverage

- Zimmer's exclusive poly methylmethacrylate (PMMA) precoating† is applied to the stem both proximally and distally, the two critical areas where peak stresses occur.



Terms in italics are trademarks of Zimmer, Inc.
*U.S. Patent Pending
**ZIMALOY Cobalt-Chromium-Molybdenum Alloy
†U.S. Patents 4,281,420; 4,336,618; 4,491,987



# Simplified, Accurate Alignment Improves Stress Distribution

The *Centralign* Precoat Hip Prosthesis is designed to assure accurate alignment within the femoral canal in a simple, direct manner. Centralizers, made of PMMA, are preattached to the stem both proximally and distally to optimize proper positioning of the implant.

## Smooth, Even Cement Flow

The aerodynamic shape of the centralizers facilitates smooth, even flow of the cement. Unlike round positioners, the *Centralign* centralizers reduce the possibility for voids or bubbles in the cement mantle. This helps to maintain the integrity of the cement mantle.

## Uniform Cement Mantle With Increased Thickness

The *Centralign* centralizers, combined with the enlarged rasp dimension, increase the cement mantle to a uniform thickness of 2 mm.

## Improved Stress Distribution For Long-Term Implant Stability

The simplified and improved alignment provides a uniform cement mantle with increased thickness. This in turn provides improved stress distribution as a means to enhance long-term implant performance.



Unlike round positioners, the aerodynamic shape of the *Centralign* centralizers facilitates cement flow and reduces the possibility of bubbles in the cement mantle.



# Innovative Design Improves Implant Performance

The design of the *Centralign* hip implant, an extension of the
**Harris Precoat Plus** Hip Prosthesis, adds several new innovations to
further promote implant performance.

## Enhanced Fit

The implant presents a trapezoidal stem cross-section that improves
proximal fill, providing increased resistance to rotational and torsional forces.
In addition, six stem sizes are available to provide more effective
incremental sizing for optimal patient fit.

## Restoration of Natural Joint Kinematics

The *Centralign* hip implant incorporates progressive neck lengths
and offsets designed to allow the patient's abductor muscle group to resume
its original position and restore the natural joint kinematics.

## Enhanced Implant Performance For Improved Clinical Results

The design of the *Centralign* Hip Prosthesis enhances implant
performance through accurate re-creation of joint function, thus providing the
potential to improve both short- and long-term clinical results.





# Increased Fixation Promotes Long-Term Implant Stability

The effectiveness of the Zimmer exclusive PMMA Precoat process is well documented.[1] During the manufacturing process, a thin film of PMMA is applied to the textured implant surface. This provides an intimate PMMA-metal bond formed in a controlled environment. The combination of precoating and texturing* can nearly triple the fatigue strength of the cement/metal interface.[2]

## Additional Precoat Coverage

In addition to being treated proximally, the *Centralign* implant also receives precoating distally for optimum cement/metal bonding at this high stress area.

## Implant Stability For Long-Term Clinical Results

The improved bond, provided by PMMA precoating combined with the thicker, more uniform cement mantle, attacks the most common causes of implant loosening. These innovative advances help promote superior long-term implant performance.



Fig. 1 (40x) Scanning electron microscope (SEM) examination of the bone cement-implant interface without a PMMA precoating. Note the voids present at the interface of the prosthesis and bone cement mantle.



Fig. 2 (40x) Scanning electron microscope examination of the bone cement-implant interface with a PMMA precoated surface. Note the absence of voids at the interface of the prosthesis and bone cement mantle.

[1] PMMA precoating for improved cement fixation, *Current Topics in Orthopaedic Technology*, 1989:2(5), Zimmer, Inc.
[2] Davies JP, Harris WH: Fatigue strength of cement-metal interface: Comparison of metal, metal with precoating and metal with rough surface and precoating. *Trans 16th Soc. For Biomaterials* 1990;35.
*U.S. Patent 4,795,472