

# Instrumentation Designed For Your Technique

The complete *Centralign* Hip Prosthesis instrumentation system is designed to provide for precise, reproducible implantation.

### Calcar Planer

The Calcar Planer has been designed to facilitate cleaner, easier cutting. The end-mill configuration has six cutting teeth. The teeth increase in depth radially for ease of bone removal, providing for a smooth cutting action.

### Rasps

The *Centralign* Rasps have an improved, sharper tooth configuration that provides faster, more accurate canal preparation.

### Tapered Reamer

The optional Tapered Reamers allow the surgeon to more rapidly shape the femoral canal.



*U.S. Patent 4,963,155

# Ordering Information



CENTRALIGN
*Precoat Hip Prosthesis*



**CENTRALIGN PRECOAT HIP PROSTHESIS IMPLANT DIMENSIONS**

B. Neck Length
A. Offset
C. Stem Length

| Cat. No. | Stem Size | A. Offset (mm) When Head/Neck Component Selected Is: | | | B. Neck Length (mm) When Head/Neck Component Selected Is: | | | C. Stem Length (mm) |
|---|---|---|---|---|---|---|---|---|
| | | Short | Medium | Long | Short | Medium | Long | |
| 9800-01 | 1 | 35 | 40 | 45 | 29 | 36 | 43 | 105 |
| 9800-02 | 2 | 37 | 42 | 47 | 32 | 39 | 46 | 115 |
| 9800-03 | 3 | 39 | 44 | 49 | 35 | 42 | 49 | 125 |
| 9800-04 | 4 | 41 | 46 | 51 | 38 | 45 | 52 | 135 |
| 9800-05 | 5 | 43 | 48 | 53 | 41 | 48 | 55 | 150 |
| 9800-06 | 6 | 45 | 50 | 55 | 44 | 51 | 58 | 165 |

*International Standards Organization     **Available through Centralized Service Bank

### CENTRALIGN PRECOAT HIP INSTRUMENTATION
#### GENERAL INSTRUMENT CASE NO. 1

| Cat. No. | Description |
|---|---|
| 6631-24 | General Instrument Case #1 |
| 4033-21 | Taper Reamer |
| 6601-04 | Extractor Hammer |
| 6601-54 | Osteotome, Small, Box |
| 6601-56 | Osteotome, Large, Box |
| 9801-32 | Calcar Planer |
| 9027-01 | Rasp Handle |

*U.S. Patent Pending

### GENERAL INSTRUMENT CASE NO. 2

| Cat. No. | Description |
|---|---|
| 6631-30 | General Instrument Case #2 |
| 6551-01 | Femoral Stem Driver |
| 9027-22 | Provisional Head, 22 mm, Medium Neck |
| 9027-23 | Provisional Head, 22 mm, Long Neck |
| 9027-25 | Provisional Head, 26 mm, Short Neck |
| 9027-26 | Provisional Head, 26 mm, Medium Neck |
| 9027-27 | Provisional Head, 26 mm, Long Neck |
| 9027-28 | Provisional Head, 28 mm, Short Neck |
| 9027-29 | Provisional Head, 28 mm, Medium Neck |
| 9027-30 | Provisional Head, 28 mm, Long Neck |
| 9027-32 | Provisional Head, 32 mm, Short Neck |
| 9027-33 | Provisional Head, 32 mm, Medium Neck |
| 9027-34 | Provisional Head, 32 mm, Long Neck |
| 9027-58 | Femoral Head Driver |
| 9027-80 | Head/Stem Separator, Spoon |
| 9027-81 | Head/Stem Separator, Small Fork |
| 9027-82 | Head/Stem Separator, Large Fork |

## CENTRALIGN PRECOAT FEMORAL INSTRUMENTS

| Cat. No. | Description |
|---|---|
| 9801-90 | Femoral Instrument Case |
| 9801-01 | Femoral Rasp—Size 1* |
| 9801-02 | Femoral Rasp—Size 2* |
| 9801-03 | Femoral Rasp—Size 3* |
| 9801-04 | Femoral Rasp—Size 4* |
| 9801-05 | Femoral Rasp—Size 5* |
| 9801-06 | Femoral Rasp—Size 6* |
| 9801-11 | Cone Collar Provisional—Size 1* |
| 9801-12 | Cone Collar Provisional—Size 2* |
| 9801-13 | Cone Collar Provisional—Size 3* |
| 9801-14 | Cone Collar Provisional—Size 4* |
| 9801-15 | Cone Collar Provisional—Size 5* |
| 9801-16 | Cone Collar Provisional—Size 6* |
| 9801-21 | Osteotomy Guide—Size 1 |
| 9801-22 | Osteotomy Guide—Size 2 |
| 9801-23 | Osteotomy Guide—Size 3 |
| 9801-24 | Osteotomy Guide—Size 4 |
| 9801-25 | Osteotomy Guide—Size 5 |
| 9801-26 | Osteotomy Guide—Size 6 |

*U.S. Patent 4,963,155

## INTRAMEDULLARY TAPER REAMER SET

| Cat. No. | Description |
|---|---|
| 9801-95 | Taper Reamer Case |
| 9801-41 | IM Taper Reamer—Size 1 |
| 9801-42 | IM Taper Reamer—Size 2 |
| 9801-43 | IM Taper Reamer—Size 3 |
| 9801-44 | IM Taper Reamer—Size 4 |
| 9801-45 | IM Taper Reamer—Size 5 |
| 9801-46 | IM Taper Reamer—Size 6 |

## ADDITIONAL INSTRUMENTATION

| Cat. No. | Description |
|---|---|
| 155-02 | Mallet, 2 lb. |
| 6521-50 | Harris Leg Length Caliper Set |
| 6551-06 | BIAS Slaphammer |
| 6601-02 | Extractor Hook |
| 9027-13 | Chisel, ¼-inch |
| 9027-14 | Osteotome, 8 mm |
| 9027-15 | Rectus Retractor |
| 9027-16 | Antler Retractor |
| 9027-17 | Double Cobra Retractor |
| 9027-18 | Thin Blade Osteotome |
| 9027-21 | AuFranc Gauge |
| 9027-55 | Stem Extractor Set |
| 9027-60 | Fork Hammer |
| 6631-81 | General Instrument Case, #2 Base |
| 6631-82 | General Instrument Case, #2 Lid |
| 6631-85 | General Instrument Case, #1 Base |
| 6631-86 | General Instrument Case, #1 Lid |
| 9801-91 | Centralign Femoral Instrument Case-Base |
| 9801-92 | Centralign Femoral Instrument Case-Lid |
| 9801-96 | Centralign Hip Taper Reamer Case-Base |
| 9801-97 | Centralign Hip Taper Reamer Case-Lid |
| 6631-10-02 | Rasp Adapter |

## HGP II ACETABULAR COMPONENTS



| O.D. (mm) | I.D. (mm) | HGP II Acetabular Shell* Cat. No. | Standard Rim Acetabular Liner* Cat. No. | Acetabular Liner Letter Code | Elevated Rim Acetabular Liner* Cat. No. |
|---|---|---|---|---|---|
| 42 | 22 | 6610-42-02 | 6722-21 | AA | |
| 44 | 22 | 6610-44-02 | 6722-01 | A | |
| 46 | 22 | 6610-46-02 | 6722-02 | B | 6722-82 |
| 48 | 22 | 6610-48-02 | 6722-03 | C | 6722-83 |
| 50 | 22 | 6610-50-02 | 6722-04 | D | 6722-84 |
| 52 | 22 | 6610-52-02 | 6722-05 | E | 6722-85 |
| 54 | 22 | 6610-54-02 | 6722-06 | F | 6722-86 |
| 56 | 22 | 6610-56-02 | 6722-07 | G | 6722-87 |
| 58 | 22 | 6610-58-02 | 6722-08 | H | 6722-88 |
| 60 | 22 | 6610-60-02 | 6722-09 | I | 6722-89 |
| 62 | 22 | 6610-62-02 | 6722-10 | K | 6722-90 |

continued

## HGP II ACETABULAR COMPONENTS, cont'd

| O.D. (mm) | I.D. (mm) | HGP II Acetabular Shell* Cat. No. | Standard Rim Acetabular Liner* Cat. No. | Acetabular Liner Letter Code | Elevated Rim Acetabular Liner* Cat. No. |
|---|---|---|---|---|---|
| 64 | 22 | 6610-64-02 | 6722-11 | L | 6722-91 |
| 66 | 22 | 6610-66-02 | 6722-12 | M | 6722-92 |
| 68 | 22 | 6610-68-02 | 6722-13 | N | 6722-93 |
| 70 | 22 | 6610-70-02 | 6722-14 | P | 6722-94 |
| 46 | 26 | 6610-46-02 | 6726-02 | B | |
| 48 | 26 | 6610-48-02 | 6726-03 | C | |
| 50 | 26 | 6610-50-02 | 6726-04 | D | 6726-84 |
| 52 | 26 | 6610-52-02 | 6726-05 | E | 6726-85 |
| 54 | 26 | 6610-54-02 | 6726-06 | F | 6726-86 |
| 56 | 26 | 6610-56-02 | 6726-07 | G | 6726-87 |
| 58 | 26 | 6610-58-02 | 6726-08 | H | 6726-88 |
| 60 | 26 | 6610-60-02 | 6726-09 | J | 6726-89 |
| 62 | 26 | 6610-62-02 | 6726-10 | K | 6726-90 |
| 64 | 26 | 6610-64-02 | 6726-11 | L | 6726-91 |
| 66 | 26 | 6610-66-02 | 6726-12 | M | 6726-92 |
| 68 | 26 | 6610-68-02 | 6726-13 | N | 6726-93 |
| 70 | 26 | 6610-70-02 | 6726-14 | P | 6726-94 |
| 48 | 28 | 6610-48-02 | 6728-03 | C | |
| 50 | 28 | 6610-50-02 | 6728-04 | D | |
| 52 | 28 | 6610-52-02 | 6728-05 | E | 6728-85 |
| 54 | 28 | 6610-54-02 | 6728-06 | F | 6728-86 |
| 56 | 28 | 6610-56-02 | 6728-07 | G | 6728-87 |
| 58 | 28 | 6610-58-02 | 6728-08 | H | 6728-88 |
| 60 | 28 | 6610-60-02 | 6728-09 | J | 6728-89 |
| 62 | 28 | 6610-62-02 | 6728-10 | K | 6728-90 |
| 64 | 28 | 6610-64-02 | 6728-11 | L | 6728-91 |
| 66 | 28 | 6610-66-02 | 6728-12 | M | 6728-92 |
| 68 | 28 | 6610-68-02 | 6728-13 | N | 6728-93 |
| 70 | 28 | 6610-70-02 | 6728-14 | P | 6728-94 |
| 52 | 32 | 6610-52-02 | 6732-05 | E | |
| 54 | 32 | 6610-54-02 | 6732-06 | F | |
| 56 | 32 | 6610-56-02 | 6732-07 | G | 6732-87 |
| 58 | 32 | 6610-58-02 | 6732-08 | H | 6732-88 |
| 60 | 32 | 6610-60-02 | 6732-09 | J | 6732-89 |
| 62 | 32 | 6610-62-02 | 6732-10 | K | 6732-90 |
| 64 | 32 | 6610-64-02 | 6732-11 | L | 6732-91 |
| 66 | 32 | 6610-66-02 | 6732-12 | M | 6732-92 |
| 68 | 32 | 6610-68-02 | 6732-13 | N | 6732-93 |
| 70 | 32 | 6610-70-02 | 6732-14 | P | 6732-94 |

*Both the appropriate shell and liner numbers must be specified to complete the cup assembly.
Alphabetical liner code references appropriate cup O.D.
Marketed for use with bone cement in the United States.

## HGP II ACETABULAR BONE SCREWS

| Cortical Bone Screws* Cat. No. | 4.5 mm Diameter Length (mm) | Cancellous Bone Screws* Cat. No. | 6.5 mm Diameter Length (mm) |
|---|---|---|---|
| 6624-45-15 | 15 | 6624-65-15 | 15 |
| 6624-45-20 | 20 | 6624-65-20 | 20 |
| 6624-45-25 | 25 | 6624-65-25 | 25 |
| 6624-45-30 | 30 | 6624-65-30 | 30 |
| 6624-45-35 | 35 | 6624-65-35 | 35 |
| 6624-45-40 | 40 | 6624-65-40 | 40 |
| 6624-45-50 | 50 | 6624-65-50 | 50 |
| 6624-45-60 | 60 | 6624-65-60 | 60 |

*Self-tapping bone screws packaged sterile individually.

## HGP II ACETABULAR CUP INSTRUMENTATION

| Cat. No. | Description |
|---|---|
| 6611-42 | Harris/Galante Porous II Face Plate, 42 mm |
| 6611-44 | Harris/Galante Porous II Face Plate, 44 mm |
| 6611-46 | Harris/Galante Porous II Face Plate, 46 mm |
| 6611-48 | Harris/Galante Porous II Face Plate, 48 mm |
| 6611-50 | Harris/Galante Porous II Face Plate, 50 mm |
| 6611-52 | Harris/Galante Porous II Face Plate, 52 mm |
| 6611-54 | Harris/Galante Porous II Face Plate, 54 mm |
| 6611-56 | Harris/Galante Porous II Face Plate, 56 mm |
| 6611-58 | Harris/Galante Porous II Face Plate, 58 mm |
| 6611-60 | Harris/Galante Porous II Face Plate, 60 mm |
| 6611-62 | Harris/Galante Porous II Face Plate, 62 mm |
| 6611-64 | Harris/Galante Porous II Face Plate, 64 mm |
| 6611-66 | Harris/Galante Porous II Face Plate, 66 mm |
| 6611-68 | Harris/Galante Porous II Face Plate, 68 mm |
| 6611-70 | Harris/Galante Porous II Face Plate, 70 mm |
| 6611-09-42 | Harris/Galante Porous II Impaction Plates, Standard, Size AA |
| 6611-09-44 | Harris/Galante Porous II Impaction Plates, Standard, Size A |
| 6611-09-46 | Harris/Galante Porous II Impaction Plates, Standard, Size B |
| 6611-09-48 | Harris/Galante Porous II Impaction Plates, Standard, Size C |
| 6611-09-50 | Harris/Galante Porous II Impaction Plates, Standard, Size D |
| 6611-09-52 | Harris/Galante Porous II Impaction Plates, Standard, Size E |
| 6611-09-54 | Harris/Galante Porous II Impaction Plates, Standard, Size F |

continued

## HGP II ACETABULAR CUP INSTRUMENTATION, cont'd

| Cat. No. | Description |
|---|---|
| 6611-09-56 | **Harris/Galante** Porous II Impaction Plates, Standard, Size G |
| 6611-09-58 | **Harris/Galante** Porous II Impaction Plates, Standard, Size H |
| 6611-09-60 | **Harris/Galante** Porous II Impaction Plates, Standard, Size J |
| 6611-09-62 | **Harris/Galante** Porous II Impaction Plates, Standard, Size K |
| 6611-09-64 | **Harris/Galante** Porous II Impaction Plates, Standard, Size L |
| 6611-09-66 | **Harris/Galante** Porous II Impaction Plates, Standard, Size M |
| 6611-09-68 | **Harris/Galante** Porous II Impaction Plates, Standard, Size N |
| 6611-09-70 | **Harris/Galante** Porous II Impaction Plates, Standard, Size P |
| 6611-10 | **Harris/Galante** Porous II Cup Pusher Shaft |
| 6611-08 | **Harris/Galante** Porous II Lock Nut |
| 9027-37-01 | Cup Positioner Head, 22 mm |
| 9027-37-02 | Cup Positioner Head, 26 mm |
| 9027-37-03 | Cup Positioner Head, 28 mm |
| 9027-37-04 | Cup Positioner Head, 32 mm |
| 6611-05 | **Harris/Galante** Porous II Drill Guide, 140° |
| 6611-06 | **Harris/Galante** Porous II Drill Guide, 160° |
| 6611-13 | **Harris/Galante** Porous II Screw Forceps, 15° |
| 6611-14 | **Harris/Galante** Porous II Screw Forceps, 45° |
| 6611-03-01 | **Harris/Galante** Porous II Flexible Drill, 15 mm |
| 6611-03-02 | **Harris/Galante** Porous II Flexible Drill, 30 mm |
| 6611-03-03 | **Harris/Galante** Porous II Flexible Drill, 45 mm |
| 6611-15 | Flexible Depth Gauge |
| 2910-04 | Periosteal Elevator |
| 6523-31 | Craniad Cup Positioner, Right |
| 6523-32 | Craniad Cup Positioner, Left |
| 6611-07-01 | **Harris/Galante** Porous II Tap, 4.5 mm |
| 6611-07-02 | **Harris/Galante** Porous II Tap, 6.5 mm |
| 6611-16 | **Harris/Galante** Porous II Tap Handle |
| 6611-12-01 | **Harris/Galante** Porous II Tap Guide, 4.5 mm |
| 6611-12-02 | **Harris/Galante** Porous II Tap Guide, 6.5 mm |
| 11-1806 | Hex Key Allen Wrench |
| 88-1821 | Set Screw |
| 2305-25 | Straight Screwdriver, 3.5 mm Hex |
| 6611-25 | **Harris/Galante** Porous II Universal Screwdriver, 3.5 mm Hex |
| 6611-23 | **Harris/Galante** Porous II Universal Screwdriver, Modified 3.5 mm Hex |
| 6611-11-02 | **Harris/Galante** Porous II Impaction Plate, Elevated Rim, Size B |
| 6611-11-03 | **Harris/Galante** Porous II Impaction Plate, Elevated Rim, Size C |

## HGP II ACETABULAR CUP INSTRUMENTATION, cont'd

| Cat. No. | Description |
|---|---|
| 6611-11-04 | **Harris/Galante** Porous II Impaction Plate, Elevated Rim, Size D |
| 6611-11-05 | **Harris/Galante** Porous II Impaction Plate, Elevated Rim, Size E |
| 6611-11-06 | **Harris/Galante** Porous II Impaction Plate, Elevated Rim, Size F |
| 6611-11-07 | **Harris/Galante** Porous II Impaction Plate, Elevated Rim, Size G |
| 6611-11-08 | **Harris/Galante** Porous II Impaction Plate, Elevated Rim, Size H |
| 6611-11-09 | **Harris/Galante** Porous II Impaction Plate, Elevated Rim, Size J |
| 6611-11-10 | **Harris/Galante** Porous II Impaction Plate, Elevated Rim, Size K |
| 6611-11-11 | **Harris/Galante** Porous II Impaction Plate, Elevated Rim, Size L |
| 6611-11-12 | **Harris/Galante** Porous II Impaction Plate, Elevated Rim, Size M |
| 6611-11-13 | **Harris/Galante** Porous II Impaction Plate, Elevated Rim, Size N |
| 6611-11-14 | **Harris/Galante** Porous II Impaction Plate, Elevated Rim, Size P |
| 6611-45 | Cup Pusher |
| 6611-90 | **Harris/Galante** Porous II Case with Trays |
| 6611-91 | Top Tray |
| 6611-92 | Bottom Tray |

## *MULTIPOLAR* BIPOLAR CUP*



| Cat. No. | Description |
|---|---|
| 5000-40-22 | 40 mm O.D., 22 mm I.D. |
| 5000-41-22 | 41 mm O.D., 22 mm I.D. |
| 5000-42-22 | 42 mm O.D., 22 mm I.D. |
| 5000-43-22 | 43 mm O.D., 22 mm I.D. |
| 5000-44-28 | 44 mm O.D., 28 mm I.D. |
| 5000-45-28 | 45 mm O.D., 28 mm I.D. |
| 5000-46-28 | 46 mm O.D., 28 mm I.D. |
| 5000-47-28 | 47 mm O.D., 28 mm I.D. |
| 5000-48-28 | 48 mm O.D., 28 mm I.D. |

continued

## COBALT-CHROME FEMORAL HEADS

| Cat. No. | I.D. (mm) | Description |
|---|---|---|
| 9026-22 | 22 | Medium Neck |
| 9026-23 | 22 | Long Neck |
| 9026-25 | 26 | Short Neck |
| 9026-26 | 26 | Medium Neck |
| 9026-27 | 26 | Long Neck |
| 9026-28 | 28 | Short Neck |
| 9026-29 | 28 | Medium Neck |
| 9026-30 | 28 | Long Neck |
| 32-9026-28-35 | 28 | Short Neck Plus 3.5 mm |
| 32-9026-29-35* | 28 | Medium Neck Plus 3.5 mm |
| 32-9026-30-35 | 28 | Long Neck Plus 3.5 mm |
| 9026-32 | 32 | Short Neck |
| 9026-33 | 32 | Medium Neck |
| 9026-34 | 32 | Long Neck |
| 32-9026-34-35 | 32 | Long Neck Plus 3.5 mm |

*Available Through Specialty Orthopaedic Products

## CERAMIC FEMORAL HEADS

| Cat. No. | I.D. (mm) | Description |
|---|---|---|
| 9029-30 | 32 | Short Neck |
| 9029-31 | 32 | Short Neck Plus |
| 9029-32 | 32 | Medium Neck |
| 9029-20* | 28 | Short Neck |
| 9029-21* | 28 | Short Neck Plus |
| 9029-22* | 28 | Medium Neck |

*Available 4th Quarter, 1991

## ZIMMER MODULAR CALCAR SYSTEM†

| Cat. No. | Description |
|---|---|
| 32-9029-20-15 | Medium—150 mm Stem |
| 32-9029-20-20 | Medium—200 mm Stem |
| 32-9029-30-15 | Large—150 mm Stem |
| 32-9029-30-20 | Large—200 mm Stem |
| 32-9029-35-15 | X-Large—150 mm Stem |
| 32-9029-35-20 | X-Large—200 mm Stem |
| 32-9029-10 | 10 mm Buildup Block |
| 32-9029-20 | 20 mm Buildup Block |
| 32-9029-30 | 30 mm Buildup Block |



## PRECOAT CALCAR REPLACEMENT HIP PROSTHESIS†

| Cat. No. | Description |
|---|---|
| 32-9026-84-00 | Medium Stem Short Block 150 mm Length |
| 32-9026-84-18 | Medium Stem Short Block 180 mm Length |
| 32-9026-84-22 | Medium Stem Short Block 220 mm Length |
| 32-9026-85-00 | Medium Stem Long Block 150 mm Length |
| 32-9026-85-18 | Medium Stem Long Block 180 mm Length |
| 32-9026-85-22 | Medium Stem Long Block 220 mm Length |

†Available through Specialty Orthopaedic Products

## CDH PRECOAT PLUS HIP PROSTHESIS†



| Cat. No. | Description |
|---|---|
| 9028-76 | Short 160 mm |
| 9028-77 | Medium 150 mm |
| 9028-78 | Large 200 mm |

†Available through Specialty Orthopaedic Products

## MULTIPOLAR BIPOLAR CUP, cont'd

| Cat. No. | Description |
|---|---|
| 5000-49-28 | 49 mm O.D., 28 mm I.D. |
| 5000-50-28 | 50 mm O.D., 28 mm I.D. |
| 5000-51-28 | 51 mm O.D., 28 mm I.D. |
| 5000-52-28 | 52 mm O.D., 28 mm I.D. |
| 5000-53-28 | 53 mm O.D., 28 mm I.D. |
| 5000-54-28 | 54 mm O.D., 28 mm I.D. |
| 5000-55-28 | 55 mm O.D., 28 mm I.D. |
| 5000-57-28 | 57 mm O.D., 28 mm I.D. |
| 5000-58-28 | 58 mm O.D., 28 mm I.D. |
| 5000-60-28 | 60 mm O.D., 28 mm I.D. |
| 5000-62-28 | 62 mm O.D., 28 mm I.D. |
| 5000-64-28 | 64 mm O.D., 28 mm I.D. |
| 5000-66-28 | 66 mm O.D., 28 mm I.D. |
| 5000-68-28 | 68 mm O.D., 28 mm I.D. |
| 5000-70-28 | 70 mm O.D., 28 mm I.D. |
| 5000-72-28 | 72 mm O.D., 28 mm I.D. |
| 5000-47-32 | 47 mm O.D., 32 mm I.D. |
| 5000-48-32 | 48 mm O.D., 32 mm I.D. |
| 5000-49-32 | 49 mm O.D., 32 mm I.D. |
| 5000-50-32 | 50 mm O.D., 32 mm I.D. |
| 5000-51-32 | 51 mm O.D., 32 mm I.D. |
| 5000-52-32 | 52 mm O.D., 32 mm I.D. |
| 5000-53-32 | 53 mm O.D., 32 mm I.D. |
| 5000-54-32 | 54 mm O.D., 32 mm I.D. |
| 5000-55-32 | 55 mm O.D., 32 mm I.D. |
| 5000-57-32 | 57 mm O.D., 32 mm I.D. |
| 5000-58-32 | 58 mm O.D., 32 mm I.D. |
| 5000-60-32 | 60 mm O.D., 32 mm I.D. |
| 5000-62-32 | 62 mm O.D., 32 mm I.D. |
| 5000-64-32 | 64 mm O.D., 32 mm I.D. |
| 5000-66-32 | 66 mm O.D., 32 mm I.D. |
| 5000-68-32 | 68 mm O.D., 32 mm I.D. |
| 5000-70-32 | 70 mm O.D., 32 mm I.D. |
| 5000-72-32 | 72 mm O.D., 32 mm I.D. |

U.S. Patent Pending

## Ti-BAC II ACETABULAR COMPONENTS**

| Standard Cups Cat. No | Elevated Rim Cups Cat. No | I.D. (mm) | Shell O.D. + Pegs = (mm) | Total Cup O.D. (mm) |
|---|---|---|---|---|
| 4522-40 | | 22 | 40 + 6 = | 46 |
| 4522-42 | | 22 | 42 + 6 = | 48 |
| 4522-44 | | 22 | 44 + 6 = | 50 |
| 4522-46 | | 22 | 46 + 6 = | 52 |
| 4522-48 | | 22 | 48 + 6 = | 54 |
| 4522-50 | | 22 | 50 + 6 = | 56 |
| 4522-52 | | 22 | 52 + 6 = | 58 |
| 4522-54 | | 22 | 54 + 6 = | 60 |
| 4522-56 | | 22 | 56 + 6 = | 62 |
| 4522-58 | | 22 | 58 + 6 = | 64 |
| 4526-40 | | 26 | 40 + 6 = | 46 |
| 4526-42 | | 26 | 42 + 6 = | 48 |
| 4526-44 | | 26 | 44 + 6 = | 50 |
| 4526-46 | | 26 | 46 + 6 = | 52 |
| 4526-48 | | 26 | 48 + 6 = | 54 |
| 4526-50 | | 26 | 50 + 6 = | 56 |
| 4526-52 | | 26 | 52 + 6 = | 58 |
| 4526-54 | | 26 | 54 + 6 = | 60 |
| 4526-56 | | 26 | 56 + 6 = | 62 |
| 4526-58 | | 26 | 58 + 6 = | 64 |
| 4528-40 | | 28 | 40 + 6 = | 46 |
| 4528-42 | | 28 | 42 + 6 = | 48 |
| 4528-44 | 4328-44 | 28 | 44 + 6 = | 50 |
| 4528-46 | 4328-46 | 28 | 46 + 6 = | 52 |
| 4528-48 | 4328-48 | 28 | 48 + 6 = | 54 |
| 4528-50 | 4328-50 | 28 | 50 + 6 = | 56 |
| 4528-52 | 4328-52 | 28 | 52 + 6 = | 58 |
| 4528-54 | 4328-54 | 28 | 54 + 6 = | 60 |
| 4528-56 | 4328-56 | 28 | 56 + 6 = | 62 |
| 4528-58 | 4328-58 | 28 | 58 + 6 = | 64 |
| 4532-44 | | 32 | 44 + 6 = | 50 |
| 4532-46 | | 32 | 46 + 6 = | 52 |
| 4532-48 | 4332-48 | 32 | 48 + 6 = | 54 |
| 4532-50 | 4332-50 | 32 | 50 + 6 = | 56 |
| 4532-52 | 4332-52 | 32 | 52 + 6 = | 58 |
| 4532-54 | 4332-54 | 32 | 54 + 6 = | 60 |
| 4532-56 | 4332-56 | 32 | 56 + 6 = | 62 |
| 4532-58 | 4332-58 | 32 | 58 + 6 = | 64 |

**U.S. Patent 4,566,138
9027-040 Positioner Adapter for Ti-BAC II Provisional Prostheses.
4004-001 Curved Gauge Handle for Ti-BAC II Provisional Prostheses.
9027-011-10 Straight Gauge Handle for Ti-BAC II Provisional Prostheses.

# Zimmer Total Support

Zimmer provides a wide range of stems, heads and cups to provide maximum flexibility in meeting patient requirements and surgeon preferences. Zimmer also provides total service through our knowledgeable representatives. Orders are fully automated, assuring accuracy and speed. Zimmer maintains an extensive inventory and provides local distribution for rapid product delivery.

Zimmer continues its support as your orthopaedic resource through bioskills workshops and materials such as videotapes, surgical techniques, and clinical support data.

For more information on the *Centralign* Precoat Hip Prosthesis, talk with your Zimmer Representative, or call 1-800-348-2759.