# EXHIBIT G

## AFFIDAVIT OF BRUCE H. MOECKEL, M.D.

STATE OF CONNECTICUT
                          ss. Middletown
COUNTY OF MIDDLESEX

    1. I am over 18 and believe in the obligations of an oath.

    2. I am an orthopedic surgeon in private practice in Middletown, Connecticut, and make this affidavit on behalf of the plaintiffs, Stacia and Frank Bogdan, in opposition to the defendant's Motion for Summary Judgment.

    3. Prior to performing Mrs. Bogdan's total hip arthroplasty (THA) procedure in October of 1994, I reviewed all known risks of the procedure with the patient. One of such risks is the premature loosening of the prosthetic hip.

    4. I used the Zimmer Centralign in my practice before it was removed from the market in 1998 and chose a Centralign for Mrs. Bogdan's THA.

    5. In choosing to use the Centralign, I relied on the representations of Zimmer, Inc., including the promotional and marketing materials for the Centralign, such as the Centralign brochure, which promoted this implant as an improvement in prosthesis design. I also relied on the representations of my Zimmer sales representative, who promoted the Centralign as a better implant relative to other choices on the market, and I relied on Zimmer's representations that Dr. William H. Harris had designed and was using the Centralign in his orthopedic practice.

    6. I did not have any reason to believe that the Zimmer Centralign was a defective product until after I removed the prosthesis when I read publications that were critical of its design and suggested that the design made the prosthesis susceptible to early loosening.

    7. If I had known of this increased risk of or susceptibility to early loosening, I would not have considered using the Centralign and would not have implanted the device during Mrs. Bogdan's THA procedure.

    8. I informed Mrs. Bogdan of this finding for the first time during a telephone conversation in November of 2001. I never informed or even suggested to Mrs. Bogdan that the loosening of the Centralign was caused as a

result of a defect in the product, nor did I inform her as to the identity of the manufacturer of the Centralign device before that date.

ATTEST: _____
Bruce H. Moeckel, M.D.

On May 15th, 2006, before me, Gerard T Hall, the undersigned officer, personally appeared Bruce H. Moeckel, M.D., known to me to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same for the purposes therein contained.

_____
Notary
Commissioner of the Superior Court

GERARD T. HALL
NOTARY PUBLIC
MY COMMISSION EXPIRES AUG. 31, 2009