# EXHIBIT H

Page 1

```
 1              UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT
 2

 3

 4

 5   ------------------------------------x

     DOLORES DUNN and DONALD DUNN      : CIVIL ACTION NO.
 6                                     : 3:00CV1306 (DJS)

     VS.                               : "ALL CASES"
 7                                     :

     ZIMMER, INC., ET AL.              :
 8   ------------------------------------x

 9

10

11

12        DEPOSITION OF:  STACIA BOGDAN
          DATE:  OCTOBER 30, 2002
13        HELD AT:  THE REARDON LAW FIRM, P.C.
                    160 HEMPSTEAD STREET
14                  NEW LONDON, CONNECTICUT

15

16

17

18

19

20

21

22

23

          Reporter:  MARY Z. ARMANDO, LSR # 00222
24             BRANDON SMITH REPORTING SERVICE
                  11-A Capitol Avenue
25           Hartford, Connecticut  06106
                  (860) 549-1850
```

d08dccf8-82dd-4eec-9f29-33522a20ed4d

Dunn vs Zimmer

10/30/2002                                                          Stacia Bogdan

---

Page 2

1   APPEARANCES:
2   FOR THE PLAINTIFFS:
3   THE REARDON LAW FIRM, P.C.
    160 HEMPSTEAD STREET
4   P.O. DRAWER 1430
    NEW LONDON, CONNECTICUT 06320
5   By:  SCOTT CAMASSAR, ESQ.
6
    FOR THE DEFENDANTS:
7
    BAKER & DANIELS
8   111 EAST WAYNE STREET
    SUITE 800
9   FORT WAYNE, INDIANA 46802
    By:  MICHAEL S. ELVIN, ESQ.
10
11
    In Attendance:
12
    Frank Bogdan
13
14
15
16
17
18
19
20
21
22
23
24
25

---

Page 3

1              INDEX
2
3   WITNESS          DIRECT CROSS REDIRECT RECROSS
4   STACIA BOGDAN        5    73    74      -
5
6
7   EXHIBITS                     Page
8   No exhibits entered.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

Page 4

1                STIPULATIONS
2
3        It is stipulated by the attorneys for the
4   Plaintiffs and the Defendants that each party reserves
5   the right to make specific objections in open court to
6   each and every question asked and the answers given
7   thereto by the witness, reserving the right to move to
8   strike out where applicable, except as to such
9   objections as are directed to the form of the question.
10
11       It is stipulated and agreed between counsel for the
12  parties that the proof of the authority of the Notary
13  Public before whom this deposition is taken is waived.
14
15       It is further stipulated that any defects in the
16  Notice are waived.
17
18       It is further stipulated that the reading and
19  signing of the deposition transcript by the witness is
20  waived.
21
22
23
24
25

---

Page 5

1        (The deposition commenced at 9:00 a.m.)
2
3        STACIA BOGDAN, Deponent, having first been duly
4   sworn, deposes and states as follows:
5
6        DIRECT EXAMINATION BY MR. ELVIN:
7
8        Q.  Could you state your name and spell it,
9   please.
10       A.  Stacia Bogdan, S-t-a-c-i-a B-o-g-d-a-n.
11       Q.  And you're here today with your husband,
12  correct, Mrs. Bogdan?
13       A.  Pardon me.
14       Q.  You're here with your husband today; correct?
15       A.  Yes.
16       Q.  My name is Michael Elvin.  I'm with a law firm
17  in Indiana.  We represent Zimmer.  You know that you're
18  here today to give your deposition in a lawsuit?
19       A.  Right.
20       Q.  I'm going to start with some instructions.
21  Have you ever had your deposition taken before?
22       A.  No.
23       Q.  I'll be asking you questions, and to the best
24  of your ability, you will be giving me answers.  Now,
25  you've had an opportunity to confer with Mr. Camassar

---

2 (Pages 2 to 5)

Dunn vs Zimmer

10/30/2002                                                            Stacia Bogdan

Page 6

1   before your deposition; correct?
2       A.   Yes.
3       Q.   He is sitting right beside you. He from time
4   to time will object or use words to that effect. That
5   is a thing that lawyers do during these depositions and
6   other than in very rare circumstances, which I doubt
7   that we will get to, you simply will answer that
8   question after he objects. The court reporter is taking
9   down every word that is said here, my questions and your
10  answers. In order to make her job as easy as possible,
11  you need to give me a chance to finish my question
12  before you answer it. And in conversation, it is
13  interesting how many times people begin to give a
14  response before the other person has finished speaking.
15  This exercise is a different one. I will give you time
16  to answer or try to and you should give me time to
17  finish my question.
18      A.   Okay.
19      Q.   If you don't understand any of my questions,
20  just ask me. I'll try to keep my questions as simple as
21  possible. I won't always succeed in that, and if you
22  don't understand, just ask and I'll be happy to give it
23  another shot.
24      A.   Sure.
25      Q.   You can take a break whenever you want. Get

Page 7

1   up, use the rest room, take a walk any time you wish,
2   simply say so. This isn't an endurance contest. We
3   have plenty of time and we'll get through this pretty
4   quickly, I think.
5       A.   Okay.
6       Q.   Any questions before we start?
7       A.   No, I don't think so.
8       Q.   What is your home address, Mrs. Bogdan?
9       A.   24 Forest Street, Middletown, Connecticut.
10      Q.   The first thing I would like to talk with you
11  about is you've had three operations on your hip;
12  correct?
13      A.   Yes, I have.
14      Q.   And that is your right hip?
15      A.   Right.
16      Q.   How are you doing today as you sit here -- as
17  you sit here today, is your hip hurting you at all?
18      A.   It is not hurting me, but there's a lot of
19  things that I can't do.
20      Q.   Today?
21      A.   Today.
22      Q.   What are those things?
23      A.   Well, my balance is very off, balance. Things
24  that I used to be able to do hang my own curtains, wash
25  my floors, I can't do that anymore.

Page 8

1       Q.   You currently treat with Dr. Grady-Benson;
2   correct?
3       A.   For the third surgery, yes.
4       Q.   Dr. Grady-Benson is your orthopedic doctor
5   today?
6       A.   Now, yes.
7       Q.   Have you asked Dr. Grady-Benson why you
8   experience a feeling that your balance is off?
9       A.   Not really, no.
10      Q.   Has he ever told you that your legs are a
11  slightly different length and that that may be --
12      A.   Yes.
13      Q.   In terms of washing your own floors or hanging
14  your own curtains, have you asked Dr. Grady-Benson
15  whether there is a medical reason why you shouldn't do
16  those things?
17      A.   No. Another thing, I used to walk three miles
18  every morning. I can't even go for ten minutes. I get
19  too tired.
20      Q.   In what way do you get too tired, Mrs. Bogdan?
21      A.   My legs just don't want to go. They just
22  refuse to go.
23      Q.   One leg or both legs?
24      A.   One leg wants to go, the other one says no.
25      Q.   Which one wants to go?

Page 9

1       A.   The left one.
2       Q.   Have you asked Dr. Grady-Benson about that
3   phenomenon?
4       A.   I have, yes. And of course he says it is
5   muscles -- I need to walk if I could. He stressed that
6   very much, but how can you do it when you can't.
7       Q.   Did he tell you trying to get that exercise
8   would help you ultimately overcome --
9       A.   Yeah, he did. He did.
10      Q.   You were born in 1926; correct?
11      A.   Right.
12      Q.   So have you had your 76th birthday yet?
13      A.   Yes, I have.
14      Q.   Do you believe that some of the things that
15  we've talked about, washing your own floors and hanging
16  your own curtains and walking three miles a day, in your
17  mind some part of your lack of ability to do those
18  things, do you attribute any part of that to simply
19  advancing age?
20           MR. CAMASSAR: Objection to form.
21      A.   No.
22  BY MR. ELVIN:
23      Q.   You feel at 76 you ought to be able to wash
24  your own floors?
25      A.   Yes.

Brandon Smith Reporting Service

d08dccf8-82dd-4eec-9f29-33522a20ed4d

Dunn vs Zimmer

10/30/2002                                                                      Stacia Bogdan

---

Page 10

1    Q.  And walk three miles every morning?
2    A.  I should, yes.
3    Q.  Other than washing your own floors and hanging
4  your curtains and walking, what other things, if any,
5  are you unable to do?
6    A.  The stairs, the stairs is a problem, not so
7  much going down as it is coming up.
8    Q.  Have you asked Dr. Grady-Benson about that?
9    A.  Not specifically, no.
10    Q.  In your mind, is this another one of the
11  effects of the muscle being --
12    A.  I think so.
13    Q.  We're starting to talk over one another.  I
14  didn't quite have a chance to finish that question.
15  That's fine.  I just will point that out from time to
16  time when I see it happening.
17    A.  Okay.
18    Q.  Are you talking about stairs in your home?
19    A.  Yes.
20    Q.  Do you live in a one-story or two-story house?
21    A.  Two.
22    Q.  Is your bedroom on the first or second floor?
23    A.  First.
24    Q.  What is on the second floor of your house that
25  would cause you to walk up the stairs?

---

Page 11

1    A.  Two empty bedrooms.
2    Q.  So during the day -- at least today do you
3  have much reason to go up to the second floor?
4    A.  Not really.
5    Q.  For how many years have you lived in this
6  house, the one you live in today?
7    A.  Over 50 years.
8    Q.  Has your bedroom always been on the first
9  floor?
10    A.  No.
11    Q.  When did you make that switch to have your
12  bedroom on the first floor?
13    A.  After the children grew up and went on their
14  own.
15    Q.  And sometime before or after your first hip
16  surgery?
17    A.  Yeah.
18    Q.  Before or after your first hip surgery?
19    A.  Before.
20    Q.  So that was 1994?
21    A.  Pretty much.
22    Q.  Let's just make sure we have an understanding
23  of dates because we're going be talking about first,
24  second, and third surgeries.
25        Do you recall that your first hip surgery was

---

Page 12

1  in 1994?
2    A.  Yes, I do.
3    Q.  October of 1994?
4    A.  Absolutely.
5    Q.  You have that firmly in your mind?
6    A.  Yes.
7    Q.  When was your second surgery?
8    A.  July.  A year and a half, maybe a little over
9  a year and a half.
10    Q.  1996?
11    A.  Right.
12    Q.  So October 1994 was the first and July of 1996
13  was the second?
14    A.  Yes.
15    Q.  And then the third surgery, do you recall when
16  that was?
17    A.  March of 2000.
18    Q.  We as lawyers tend to remember dates, they're
19  more relevant to us than people who have lived the
20  events, so it is October of '94, July of '96, and March
21  of 2000?
22    A.  Yes.
23    Q.  The first two were with Dr. Moeckel?
24    A.  Yes.
25    Q.  The last one was with Dr. Grady-Benson?

---

Page 13

1    A.  Yes.
2    Q.  You told me things that are difficult for you
3  to do today, washing your own floors, hanging your own
4  curtains, and walking and climbing stairs; anything else
5  come to mind?
6    A.  Well, we own a van because it is that much
7  easier for me to get into the van than it is in a car.
8  I would not own a car anymore because of that.
9    Q.  Anything else?
10    A.  No, not offhand.
11    Q.  Now, instead of talking about the less than
12  pleasant things, let's skip years now and talk about
13  activities you enjoy doing today.
14        How do you spend your time?
15    A.  Not doing too many activities, that's for
16  sure.  It is just things around the house.
17    Q.  Housework?
18    A.  Yes.
19    Q.  Do you keep your own house?
20    A.  Yes.
21    Q.  Do you enjoy cooking?
22    A.  Yes, I do.
23    Q.  You enjoy activities with your husband?
24    A.  Yes.
25    Q.  What kinds of things do the two of you like to

---

4 (Pages 10 to 13)

d08dccf8-82dd-4eec-9f29-33522a20ed4d

Dunn vs Zimmer

10/30/2002                                                          Stacia Bogdan

Page 14

1  do together?
2      A.  We play cards a lot.  We don't dance anymore,
3  that's for sure.  And just every day of the mill things,
4  that's all.  Nothing out of the ordinary.
5      Q.  Keeping your house; correct?
6      A.  Yeah.
7      Q.  Cooking?
8      A.  Cooking.
9      Q.  Playing cards?
10     A.  Yeah, we do that quite a bit.
11     Q.  I take it if you've lived in the same house
12 for 50 years that you probably have a circle of friends
13 in the Middletown area?
14     A.  Yes, we do.
15     Q.  So you visit with friends?
16     A.  Oh, yeah.
17     Q.  Do you go out to dinner?
18     A.  Once a week, maybe.
19     Q.  Do you have a set date night with your husband
20 that you go out for dinner, Saturday night?
21     A.  Just Saturday.
22     Q.  Do you go to see movies, do you enjoy that?
23     A.  Not too much.
24     Q.  How about traveling?
25     A.  Some to a point.  Yeah, we travel.

Page 15

1      Q.  I noticed in your medical records that at
2  least one period in time you were spending you winters
3  in Florida; do you still do that?
4      A.  Yes, still do that.
5      Q.  So you must be getting ready to make that trip
6  now with the weather getting --
7      A.  Well, we think about it, but that's about it
8  right now.
9      Q.  What time do you usually do that?
10     A.  New Year's Day.
11     Q.  And then when do you come back?
12     A.  April 1.
13     Q.  And how many years approximately has that been
14 your schedule?
15     A.  Fifteen, sixteen years maybe.
16     Q.  Was there a period in your lives where you
17 started to have that as your practice to go to Florida
18 over the winter?
19     A.  When my husband retired, that's when we were
20 able to go.
21     Q.  Do you own a home in Florida?
22     A.  No.
23     Q.  Do you go to the same place every year or a
24 different place?
25     A.  Not really.  The same place for the last three

Page 16

1  years.  It will be four years now.
2      Q.  And how about before that?
3      A.  Before that we were on the west coast for
4  about six or seven years maybe, and then we transferred
5  to the east coast.
6      Q.  So you've moved around and stayed at
7  condominiums or hotels or?
8      A.  Retirement complex, yeah.
9      Q.  Do you fly or drive?
10     A.  We drive.
11     Q.  Any other travel you do besides going to
12 Florida for the wintertime?
13     A.  Not too much anymore, no.  That seems to be
14 our thing right now.
15     Q.  What is the last trip other than going to
16 Florida that you can remember?
17         MR. CAMASSAR:  You mean out-of-state trip?
18         MR. ELVIN:  Yeah, we'll break it down.
19 Out-of-state trip.
20     A.  Well, we did drive to Indiana several years
21 back and stayed for a few days and came back because we
22 have relatives there.
23 BY MR. ELVIN:
24     Q.  You had mentioned children before, how many
25 children do you have?

Page 17

1      A.  Three, two girls and a boy.
2      Q.  And what are their ages?
3      A.  52, 47, and 41.
4      Q.  Where do they live?
5      A.  In Connecticut, all in Connecticut.  No, I'm
6  sorry, one daughter lives in Massachusetts.
7      Q.  And do you visit them from time to time?
8      A.  A few times a year, yeah.
9      Q.  Do you drive when you go to visit them?
10     A.  Yeah.
11     Q.  I also saw in your medical records that you
12 were caring for a grandchild at one point in time.  I
13 take it you do have grandchildren?
14     A.  Oh, yes, four.  Two boys and two girls.
15     Q.  And how old are they?
16     A.  27, 22, 18, and 9, big drop.
17     Q.  Any great-grandchildren yet?
18     A.  No.
19     Q.  Was there a time when you were regularly
20 caring for any of your grandchildren because of work
21 schedules of their parents or anything of that nature?
22     A.  Well, we do now for the little guy.  We get
23 him off the bus from school and baby-sit for a couple of
24 hours until he gets picked up.
25     Q.  I take it that that's probably something that

5 (Pages 14 to 17)

Dunn vs Zimmer

10/30/2002                                                                                          Stacia Bogdan

Page 18

1  you enjoy?
2      A.  Yes, he's our little pride and joy.
3      Q.  You walk down to the bus stop and you wait for
4  him and he gets off the bus?
5      A.  No.  We ride up and they're only a few minutes
6  away.
7      Q.  And you, yourself, do that?
8      A.  The two of us do it.  We do everything
9  together.
10     Q.  Is he in athletic events yet?
11     A.  No, he's not that type of youngster.  He's not
12  very athletic at all, no.
13     Q.  What things does he enjoy that you participate
14  in with him?
15     A.  He loves animals.  He can tell you all about
16  the animals.
17     Q.  Have you been to a zoo with him?
18     A.  To a what?
19     Q.  To a zoo.
20     A.  Not really.  The parents have, but we haven't.
21     Q.  I want to ask you a few questions about
22  Zimmer, the company that I represent.
23        Have you ever spoken in your life to anybody
24  from Zimmer?
25     A.  No.

Page 19

1      Q.  Have you ever read any publications written by
2  Zimmer or seen any brochures?
3      A.  Not really.
4      Q.  No memory of having done that?
5      A.  No.
6      Q.  Do you know for which of your three surgeries
7  you had a medical device implanted by Zimmer?
8      A.  No, I didn't.  I didn't know until last
9  November.
10     Q.  So I take it that you relied on your doctors
11  to pick the device that they thought was best for you?
12     A.  Yes.
13     Q.  What happened last November?
14     A.  I had a telephone call from Dr. Moeckel and
15  that was the first I was aware of having a faulty
16  prosthesis.
17     Q.  What did Dr. Moeckel say to you?
18     A.  He said, I know you're not aware of it, but
19  your first surgery was a faulty one.
20     Q.  Are you talking about November of 2001?
21     A.  Yeah.
22     Q.  When was the last time prior to that telephone
23  call that you had spoken to Dr. Moeckel?
24     A.  I can't really recall exact, but after my
25  second surgery I was going to him periodically.  But

Page 20

1  then after my third surgery I had nothing to do with
2  Dr. Moeckel.
3      Q.  At some point you switched from Dr. Moeckel to
4  Dr. Grady-Benson?
5      A.  Only on recommendation.
6      Q.  After you made that switch in terms of who was
7  treating you, do you remember seeing or talking to
8  Dr. Moeckel after you made the switch to
9  Dr. Grady-Benson?
10     A.  No.
11     Q.  So your last office visit with Dr. Moeckel in
12  all likelihood is the last time you had seen him or
13  spoken to him prior to the telephone call in November?
14     A.  Right.
15     Q.  So in November your telephone rings, were you
16  home when the telephone rang?
17     A.  Yes, it was early morning.
18     Q.  And did you answer the telephone?
19     A.  I happened to, yes.
20     Q.  And Dr. Moeckel said to you, Good morning,
21  this is Dr. Moeckel, words to that effect?
22     A.  Right.  Yes.
23     Q.  What is your best recollection of what he said
24  to you after that?
25     A.  He said, I just want you to be aware that your

Page 21

1  first surgery was a faulty one and you may be hearing
2  from Reardon, Attorney Reardon's office.
3      Q.  Did he give you the Reardon office telephone
4  number?
5      A.  No.
6      Q.  Did he suggest that you call them?
7      A.  No, he didn't.
8      Q.  He said you may be hearing from them?
9      A.  Right.
10     Q.  What else do you remember him saying to you?
11     A.  It was very brief.  That was, you know, pretty
12  much it.
13     Q.  Did you ask him any questions?
14     A.  No, I didn't.
15     Q.  Did you say anything to him during the
16  conversation that you remember?
17     A.  Just that I actually was not aware of what had
18  transpired.
19     Q.  Well, you knew that your stem had loosened;
20  correct?
21     A.  Yes.
22     Q.  And you hadn't expected for your stem to
23  loosen in the short period of time that it did; correct,
24  the first surgery?  You didn't expect for it to only
25  last a year and a half?

6 (Pages 18 to 21)

d08dccf8-82dd-4eec-9f29-33522a20ed4d

Dunn vs Zimmer

10/30/2002                                                    Stacia Bogdan

Page 22

1    A.  No.
2    Q.  How long after the conversation with
3  Dr. Moeckel was it that you heard from The Reardon Law
4  Firm?
5        MR. CAMASSAR:  Objection as to form.
6    A.  The same morning, shortly after.
7  BY MR. ELVIN:
8    Q.  Did Dr. Moeckel ask you for your permission to
9  have The Reardon Law Firm contact you?
10    A.  I don't remember that part of it.  I really
11  don't.
12    Q.  Did you ever give Dr. Moeckel the
13  authorization to disclose your name to The Reardon Law
14  Firm?
15    A.  No.
16    Q.  But as far as you know, he must have because
17  that is the only way that The Reardon Law Firm could
18  have known about you?
19    A.  Right.
20    Q.  Did you discuss with Dr. Moeckel during that
21  November telephone conversation the name of the
22  manufacturer of the implant?
23    A.  No.
24    Q.  Did you discuss with Dr. Moeckel the idea of
25  suing whoever had made the implant?

Page 23

1    A.  No.
2    Q.  Have you spoken to Dr. Moeckel since -- I may
3  have already asked you this, I don't remember -- have
4  you spoken to him since that November 2001 conversation?
5    A.  No, I haven't.
6    Q.  Have you seen him since then?
7    A.  No.
8    Q.  Have you discussed with Dr. Grady-Benson the
9  idea of suing the manufacturer of your device used in
10  your first surgery?
11    A.  I haven't discussed that with him at all.
12    Q.  Have you discussed anything about this lawsuit
13  with Dr. Grady-Benson?
14    A.  No.
15    Q.  Have you discussed with Dr. Grady-Benson the
16  first implant that was used in your hip surgery or the
17  manufacturer of the implant?
18    A.  The only thing I discussed with
19  Dr. Grady-Benson was when I had my appointment to see
20  him, which was in April a year after my surgery.  I just
21  -- we heard about this in Florida that there was a
22  faulty prosthesis, and we just kiddingly said to him, I
23  hope you didn't use that prosthesis in my surgery.  And
24  he says, No, I didn't.  And that's as far as it went.
25    Q.  What did you hear in Florida?

Page 24

1    A.  On TV.  Like I say, I don't remember if they
2  spelled out Zimmer or not, but they did specify that
3  there were faulty prostheses and even just then we both
4  looked at one another and said, Gee, I hope I never have
5  one of those.
6    Q.  That was on the television?
7    A.  That was on TV in Florida, yes.
8    Q.  And do you remember anything about the type of
9  hip implant that the news broadcast was about?
10    A.  No.
11    Q.  Does the name Sulzer mean anything to you?
12    A.  I can't be sure.
13    Q.  So you don't know whether this was a story
14  about a Zimmer implant or some other manufacturer's
15  implant?
16    A.  No.
17    Q.  So there was just some story about some
18  problem with some hip implant?
19    A.  Right.
20    Q.  We talked about Dr. Moeckel and
21  Dr. Grady-Benson.  Have you discussed your lawsuit with
22  any physicians other than either of those two gentleman?
23    A.  No, I haven't.
24    Q.  Have you discussed what could have been the
25  problem with the device that was used with any doctor

Page 25

1  other than those two doctors?
2    A.  No.
3    Q.  Have you talked with anybody -- now I'm
4  broadening the question beyond doctors -- have you
5  talked with anybody other than your lawyers about your
6  lawsuit?
7    A.  No.
8    Q.  Have you talked with any of the other
9  individuals who are suing Zimmer in the District of
10  Connecticut?
11    A.  No.  At that time I didn't know who was
12  involved.
13    Q.  At what time are you talking about,
14  Mrs. Bogdan?
15    A.  The only time I met the other patients was in
16  Hartford at the first --
17    Q.  The conference?
18    A.  The first time we met there, yeah.
19    Q.  Was that at the courthouse?
20    A.  Yes.  That was in July, I believe.
21    Q.  Since that time, have you spoken to any of the
22  other folks?
23    A.  No.
24    Q.  Are any of your children or grandchildren
25  engineers or people who work with things like medical

7 (Pages 22 to 25)

Dunn vs Zimmer

10/30/2002                                                                                    Stacia Bogdan

Page 26

1    devices?
2        A.  Well, our daughter is a nurse, but, you know,
3    she's not a nurse that works in a regular general
4    hospital.  She does psych treatments.
5        Q.  Have you discussed your lawsuit or the device
6    that was used in your first surgery with any of your
7    children?
8        A.  Well, yes, I did, yeah.
9        Q.  Just give me a general sense of those
10   conversations.
11       A.  All I did was tell them that I never knew
12   until now that I had a faulty prosthesis.  That is as
13   far as it went.
14       Q.  As you sit here today, Mrs. Bogdan, what is
15   your understanding of -- you've used the word faulty
16   with respect to the prosthesis.  Do you have an
17   understanding as to why in your mind you believe it to
18   be faulty?
19       A.  Well, because it was so soon afterwards.
20       Q.  Because it loosened and needed to be replaced
21   so quickly?
22       A.  Yeah.
23       Q.  Anything else other than that?
24       A.  No.
25       Q.  When was the last time that you were employed

Page 27

1    either full or part time?
2        A.  Fifty-two years ago.  After our first child
3    was born.  That was it.
4        Q.  And I'll explain the reason why I asked that
5    question.  One of the things I need to find out from you
6    in this deposition is whether you're making a claim of
7    whether Zimmer cost you wages of some type.  I take it
8    from your last answer that the answer to that question
9    is, no, that you're not claiming that you lost wages
10   because of anything that my client did?
11       A.  No.
12       Q.  Out of curiosity, what did you do 52 years ago
13   that you stopped doing when your first child was born?
14       A.  I was putting telescopes together.
15       Q.  Recreational telescopes or?
16       A.  No, the regular scopes.
17       Q.  What do you mean by regular?
18       A.  I mean what they use on hunting or whatever.
19       Q.  And that was here in Connecticut?
20       A.  Yes.
21       Q.  Were you born in Connecticut?
22       A.  Yes, I was.
23       Q.  So you've lived your whole life in
24   Connecticut?
25       A.  Right.

Page 28

1        Q.  For how many years have you been married to
2    Mr. Bogdan?
3        A.  Fifty-four.
4        Q.  Congratulations.  I take it that your marriage
5    is something that you value tremendously?
6        A.  Very much.
7        Q.  And you're not claiming as part of this
8    lawsuit that there are problems today in your marriage
9    because of your hip in any way?
10       A.  No.
11       Q.  Let's go back in time now prior to 1994 before
12   you had your first operation.
13           I take it that you started having problems
14   with your right hip?
15       A.  Right.
16       Q.  Describe for me in your own words how you
17   remember these symptoms sort of progressed over time.
18       A.  Well, I had to -- I had a lot of discomfort,
19   pain where I thought that I had a knee problem instead
20   of a hip problem because my knee had a lot of pain, my
21   back until I was x-rayed to find out it was neither one
22   but the hip.  I was having bone on bone starting to rub
23   and that's what gave me a lot of discomfort.
24       Q.  A lot of pain?
25       A.  Yes.

Page 29

1        Q.  And restrictions in your ability to walk,
2    correct, it became difficult for you to walk?
3        A.  Well, even though it hurt, I went out walking.
4        Q.  But it hurt?
5        A.  But it hurt.
6        Q.  And then over time in the period leading up to
7    your first hip surgery, you began to have difficulty
8    sleeping because of the pain; correct?
9        A.  Oh, yeah.
10       Q.  The pain was with you all the time?
11       A.  Well, a good part of the time.
12       Q.  And you were taking various medications;
13   correct?
14       A.  Yes.
15       Q.  Did you understand that some of them were for
16   the pain, some of your medications were to help the
17   pain?
18       A.  Well, mostly for arthritis.
19       Q.  Trying to keep the inflammation down?
20       A.  Right.
21       Q.  Trying to help you with the pain?
22       A.  Yes.
23       Q.  And you were trying to go about your daily
24   routine as you otherwise did?
25       A.  Yes, I did.

d08dccf8-82dd-4eec-9f29-33522a20ed4d

Dunn vs Zimmer

10/30/2002                                                          Stacia Bogdan

Page 30

1    Q.   But it hurt to do that?
2    A.   It hurt.
3    Q.   So I've got a pretty good idea of the picture
4  of what was happening?
5    A.   Right.
6    Q.   And you were having trouble sleeping?
7    A.   I did, yes.
8    Q.   The pain would wake you during the night?
9    A.   Oh, yes.
10   Q.   On a scale of one to ten with ten being
11 extremely severe pain, the worst imaginable, one being
12 no pain whatsoever, immediately before you had your
13 operation when you decided to have your hip replaced,
14 where on that scale were you in terms of pain that you
15 were in?
16   A.   Probably six or seven in that.
17   Q.   Have you ever experienced pain in your life
18 that was higher on that scale than the 6 or the 7 that
19 you've just described?
20   A.   No.
21   Q.   So it hurt a lot; correct?
22   A.   Yes.
23   Q.   You mentioned the bone on bone condition, did
24 any of your doctors show you on x-ray what your hip
25 looked like?

Page 31

1    A.   Yes, they did.
2    Q.   So you could see that the hip was literally
3  rubbing right up against --
4    A.   Right.
5    Q.   The socket was rubbing and the ball was right
6  next to one another?
7    A.   Yes.
8    Q.   Right before your surgery were you using a
9  cane or any type of device to assist you in your
10 walking?
11   A.   Not before, but after surgery I did.
12   Q.   Before your first surgery, would you limp?
13   A.   No.
14   Q.   So as far as you were concerned, your gait was
15 normal but it hurt a lot; correct?
16   A.   Yes.
17   Q.   Before you had your 1994 surgery, did there
18 come a time when you weren't able to walk up the steps
19 in your house?
20   A.   I managed but with pain, with pain.
21   Q.   Dr. Moeckel was the physician who did your
22 first surgery; correct?
23   A.   Right.
24   Q.   And there came a time when you decided to go
25 forward with your hip replacement surgery; correct?

Page 32

1    A.   Yes.
2    Q.   Tell me what you remember about your
3  conversations with Dr. Moeckel in that decision-making
4  process; what do you remember him telling you about the
5  surgery?
6    A.   Well, he did say it was necessary to do
7  otherwise I would continue to be in a lot of pain.  And
8  I told him, I said, The sooner the better.  And that's
9  how we did it.
10   Q.   Do you remember him telling you about the
11 risks of the surgery, the things that could go wrong
12 with the operation?
13   A.   No.
14   Q.   If he says that he did have that kind of
15 conversation with you, would you have any reason to
16 disagree with that?
17   A.   I guess, yes.
18   Q.   You would disagree or you would not?  Let me
19 tell you whey.  When you said -- there are two reasons
20 why people can answer a question that they don't
21 remember.  And that's either simply as I sit here today
22 I don't remember.  It could have been, might not have
23 been, or I don't remember means, no, no that did not
24 happen.
25      So what I'm trying to get at is if you don't

Page 33

1  remember the conversation is it because it didn't happen
2  or you just may not remember as you sit here today?
3    A.   I don't remember.
4    Q.   So it is possible that he could have told you
5  about certain risks?
6    A.   He could have had, yes.
7    Q.   Do you remember him telling you anything about
8  how long the operation would last before you would need
9  a reoperation?
10   A.   No, I don't recall.
11   Q.   Do you remember having in your own mind an
12 idea of how long you expected your device to last?
13   A.   At least ten years.
14   Q.   Had you known people who had had hip
15 replacement surgery in 1994 when you underwent yours?
16   A.   Yes.  I knew of a few people that had it done.
17   Q.   Some of your friends?
18   A.   Not friends but neighbors.
19   Q.   Neighbors and acquaintances?
20   A.   Yeah.
21   Q.   And did you have an idea of how long theirs
22 had been implanted without any trouble?
23   A.   Well, this one in particular pretty much had
24 it around the same time I did.
25   Q.   And you were expecting for yours to last

9 (Pages 30 to 33)

d08dccf8-82dd-4eec-9f29-33522a20ed4d

Dunn vs Zimmer

10/30/2002                                                                     Stacia Bogdan

Page 34

1   around at least ten years; right?
2       A.  Hopefully.
3       Q.  And hopefully more?
4       A.  Right.
5       Q.  It is not an easy operation, is it?
6       A.  No.
7       Q.  Do you remember Dr. Moeckel telling you
8   anything about things that could go wrong like loosening
9   of the device or fracture of the device or wear of the
10  device?
11      A.  No, he didn't.
12      Q.  I'll ask you the same question.  Is it
13  possible that he did, but you don't remember as you sit
14  here today?
15      A.  Possibly.
16          MR. ELVIN:  Let's take a short break.
17
18      (A recess was taken from 9:46 a.m. to 9:52 a.m.)
19
20          MR. ELVIN:  Back on the record.
21  BY MR. ELVIN:
22      Q.  Mrs. Bogdan, have you ever brought a lawsuit
23  before?
24      A.  No.
25      Q.  First time?

Page 35

1       A.  Yes.
2       Q.  You had mentioned when I was asking you about
3   things that you can't do today you said you don't dance
4   very much anymore.  You weren't dancing in the period of
5   time right before your first hip surgery, were you?
6       A.  Not much, but I went to try.
7       Q.  Even with the pain in your hip?
8       A.  Uh-huh.
9       Q.  Did there come a time when you weren't even
10  able to try anymore before your first surgery because of
11  how much it hurt?
12      A.  No.
13      Q.  You still kept trying?
14      A.  I kept trying because I liked it.
15      Q.  Was dancing something that you and your
16  husband have done together over the years?
17      A.  Yes.
18      Q.  Did you have a favorite place where you used
19  to go to dance?
20      A.  No.  Just if there was a function of some
21  sort, but not that we went out, you know.
22      Q.  As you sit here today, do you belong to any
23  social clubs or groups or places where you play the
24  cards that you had mentioned?
25      A.  No.  We only play cards, you know, with

Page 36

1   friends, family, whatever, but we just belong to a
2   senior club.  That's all.
3       Q.  People of a similar rough age category who get
4   together and do things with one another?
5       A.  Yes.
6       Q.  What kind of things does the senior club do?
7       A.  Well, we meet just once a month and it's just
8   a night out.  We have coffee and a short brief meeting
9   and we discuss different things.  It is just really a
10  night out.
11      Q.  Is politics one of the things that you
12  discuss?
13      A.  No.
14      Q.  What kind of things do you folks talk about
15  when you get together?
16      A.  Just things that would better the club and
17  whatnot.
18      Q.  When Dr. Moeckel did the first surgery, do you
19  remember him before the surgery discussing with you that
20  you had a choice of different types of implants to have?
21      A.  No.
22      Q.  If I use the term cemented implant, does that
23  mean anything to you as you sit here today?
24      A.  Well, that he did say.  Yes, it would be
25  cemented.

Page 37

1       Q.  And you recall him telling you that before the
2   first operation?
3       A.  Yes.
4       Q.  Do you recall him telling you that you had a
5   choice to have a cementless device implant?
6       A.  No, that I don't recall.
7       Q.  Do you ever recall him saying that you had a
8   choice to have a cemented implant?
9       A.  No, I don't.
10      Q.  Has Dr. Grady-Benson discussed with you the
11  fact that the one that you have in today is a cementless
12  implant?
13      A.  I do not have a cement implant.
14      Q.  I'm sorry, I must not have been clear.  You
15  have a cementless one without cement in today; right?
16      A.  Yeah, I have it bone grafted and wired.
17      Q.  And you understand that the bone is growing
18  into the implant that you've got?
19      A.  Hopefully.
20      Q.  Right.  That's what it is supposed to do?
21      A.  Yes.
22      Q.  From which of your doctors did you acquire the
23  knowledge that you've got of how your current implant is
24  designed to operate?  Who told you that?
25      A.  I don't follow you.

10 (Pages 34 to 37)

d08dccf8-82dd-4eec-9f29-33522a20ed4d

Dunn vs Zimmer

10/30/2002                                                                        Stacia Bogdan

Page 38

1    Q.  As you sit here today, you understand that the
2  bone is supposed to be growing into your implant;
3  correct?
4    A.  Dr. Grady-Benson.
5    Q.  It was Dr. Grady-Benson who explained that to
6  you?
7    A.  Yes.
8    Q.  When Dr. Grady-Benson explained that to you,
9  was that the first time that you had heard about an
10 implant that had operated in that way?
11   A.  Yes.
12   Q.  Did Dr. Grady-Benson discuss with you what the
13 advantages are to having an implant that doesn't have
14 cement and that bone grows into?
15   A.  He did explain that part of it, yes.
16   Q.  And what are those advantages?
17   A.  Hopefully that this will last longer than the
18 other procedure.
19   Q.  Do you remember Dr. Grady-Benson saying
20 anything to you like this type of implant is better for
21 people who are active as opposed to people who are less
22 active or words to that effect?
23   A.  Yes, he did, yes.
24   Q.  Do you remember Dr. Grady-Benson telling you
25 that a cementless implant, one without cement, has

Page 39

1  advantages for people who are younger or relatively
2  younger?
3    A.  Yes, he did.
4    Q.  You consider yourself to be a fairly active
5  person, correct, or at least you were when you were
6  walking three miles a day?
7    A.  Pretty much.
8    Q.  And you appear to consider yourself still to
9  be relatively young; correct?
10   A.  Yes, I do.
11   Q.  Have you asked Dr. Grady-Benson, Why didn't I
12 get this cementless implant back in 1994?
13   A.  No, I didn't.
14   Q.  Have you ever thought about that in your own
15 mind?
16   A.  No.
17   Q.  Do you remember Dr. Grady-Benson telling you
18 that one of the disadvantages of having an implant with
19 cement for people who are active is that they can wear
20 out faster, ones that are used with cement?
21   A.  I don't recall.
22   Q.  I want to talk now about the period of time
23 after your first operation and that was an inpatient
24 procedure, correct, you were in the hospital?
25   A.  Yes.

Page 40

1    Q.  For a number of days?
2    A.  Five maybe.
3    Q.  And then you were discharged from the
4  hospital; right?
5    A.  Yes.
6    Q.  And were you sent directly home or were you
7  sent to some sort of --
8    A.  I went home.
9    Q.  Did you make that choice to go straight home?
10   A.  Yes, I did.
11   Q.  And your husband was there to help you?
12   A.  Yes, he was.
13   Q.  And that was one of the factors that led you
14 to decide to go home instead of someplace else?
15   A.  Right.
16   Q.  And you were sore after the operation, the
17 surgical site hurt and was tender and all that; right?
18   A.  For a short time.
19   Q.  And you had to get back on your feet after
20 having been under the anesthesia and all the drugs and
21 whatnot?
22   A.  Yes.
23   Q.  I want to sort of skip past that time period
24 when you were really recovering from the surgery and I
25 want to talk about how your life was after that when you

Page 41

1  were back on your feet and walking again.
2      Your pain was gone?
3    A.  Yes.
4    Q.  It didn't hurt when you walked any longer?
5    A.  No, it didn't.
6    Q.  You were in your late 60s at that period of
7  time in 1994?
8    A.  Yes.
9    Q.  Late 1994, early 1995 you went to Florida
10 shortly after that operation; correct?
11   A.  Yes, I did.
12   Q.  And by the time you went to Florida, you were
13 back up on your feet and walking?
14   A.  Not as much but to a point, yes.
15   Q.  And through the years you've been very
16 diligent in seeing your family doctor.  How do you
17 pronounce his name?
18   A.  Opalacz.
19   Q.  And your cholesterol level has been mildly
20 elevated through the years; right?
21   A.  Yes, it has.
22   Q.  And exercise is one of the things you've tried
23 to do to keep that cholesterol down?
24   A.  Yes.
25   Q.  And in the aftermath of your operation, I

11 (Pages 38 to 41)

d08dccf8-82dd-4eec-9f29-33522a20ed4d

Dunn vs Zimmer

10/30/2002                                                                    Stacia Bogdan

Page 42

1  think one of the things that you were encouraged that
2  you would be able to do would be to get back to
3  exercising to keep your cholesterol down, to keep
4  yourself healthy; right?
5     A.  Yes.
6     Q.  Did there come a time after your first
7  operation that you got back to that three mile a day
8  walk?
9     A.  Yes.
10    Q.  Was that morning or evening?
11    A.  Morning.
12    Q.  And I take it with the warm weather down in
13  Florida that winter is when you resumed that level of
14  walking?
15    A.  Yes.
16    Q.  Was there a walking trail that you used?  Did
17  you walk on the beach?  Tell me about your routine in
18  that regard.
19    A.  No, we never walked the beach.  Just the
20  complex.
21    Q.  Sidewalks?
22    A.  No.
23    Q.  Streets?
24    A.  Street.
25    Q.  Did your husband accompany you on your walks?

Page 43

1     A.  Yes.
2     Q.  How did you know it was about three miles a
3  day?
4     A.  Oh, we have one of these speedometers or
5  whatever it is called.
6     Q.  A device that measures the distance?
7     A.  Right.
8     Q.  Was three miles your goal?  That was what you
9  wanted to try to accomplish?
10    A.  Yes.
11    Q.  Did you have a set period of time that you
12  wanted to do it in?
13    A.  45 minutes.
14    Q.  When you returned from Florida in April of
15  1995, did the three mile a day walk continue to be
16  routine?
17    A.  Yes, it was.
18    Q.  And you were continuing to do your own
19  housework during that time period?
20    A.  Yes.
21    Q.  Did you resume dancing with more regularity
22  once your hip pain had gone away?
23    A.  Not more but on occasion.
24    Q.  Were there any other activities that you can
25  remember resuming once you had gotten rid of this pain

Page 44

1  in your hip in that late '94, early '95 time frame?
2     A.  Not that I recall, no.
3     Q.  The ability to do your three miles a day was
4  really an improvement that you had noticed?
5     A.  Yes.
6     Q.  And you must have been very happy about how
7  things were going for you?
8     A.  I was.
9     Q.  And initially after that operation you went
10  back and you saw Dr. Moeckel -- you saw him in December,
11  and then you saw him again in April when you returned
12  again from Florida; does that sound about right?
13    A.  Sounds right.
14    Q.  And everything was going great?
15    A.  Yes, it was.
16    Q.  There are periodic references in your medical
17  records to degenerative disc disease in your back; is
18  that a term that is familiar to you when you hear me say
19  it?
20    A.  With my back?
21    Q.  Yeah.  Degenerative disc disease problems with
22  your back?
23    A.  Just that it was arthritis.
24    Q.  So you know as you sit here today that you
25  have arthritis in your back?

Page 45

1     A.  Yes.
2     Q.  Are you taking medication for that?
3     A.  Only when I need to.
4     Q.  Let me just ask you the broader question.
5  What medications do you take today?
6     A.  Overall?
7     Q.  Overall; right.
8     A.  I take for cholesterol Lipitor, and for
9  pressure I take Atenolol and Diovan.
10    Q.  Would you be able to spell those by any
11  chance?
12    A.  D-i-o-v-a-n, I think.  Atenolol, A-t-t-e-n-o-l
13  or something like that.  I don't recall.  And Norvasc, I
14  take Norvasc, N-o-r-v-a-s-c, maybe something like that.
15    Q.  What is that for?
16    A.  I think it is -- I don't know whether that has
17  something with the heart beat or that is also a blood
18  pressure pill.
19    Q.  So you -- why don't you finish your list.
20    A.  And then I take Ecotrin for blood thinner.
21    Q.  Anything else?
22    A.  I take one for arthritis Vioxx and that's
23  about it.
24    Q.  None of the drugs that you mentioned are pain
25  medications, are they?

12 (Pages 42 to 45)

d08dccf8-82dd-4eec-9f29-33522a20ed4d

Dunn vs Zimmer

10/30/2002                                                                                          Stacia Bogdan

Page 46

1    A.  Not really.  Well, the Norvasc helps the
2  arthritis.
3    Q.  The inflammation, it reduces the inflammation.
4  You've got arthritis in your back; correct?
5    A.  Yes.
6    Q.  How has your left hip held up, have you got
7  arthritis there?
8    A.  Well, arthritis to a point, but nothing like
9  what I had before.
10   Q.  So the principal health issues that you've got
11  today that you're treating are the slightly elevated
12  cholesterol level, your blood pressure, and the
13  arthritis in your back?
14   A.  Right.
15   Q.  Have I missed anything?
16   A.  No, not that I recall.
17   Q.  Do you remember a visit with Dr. Moeckel, your
18  one year office visit in October of 1995?
19   A.  Not really.
20   Q.  Do you remember the first visit when
21  Dr. Moeckel said to you there's a problem.  Things
22  aren't going as well as what we would have hoped.  The
23  first bad news that you got after your hip operation?
24   A.  Only at that point that I knew I had to have
25  surgery.

Page 47

1    Q.  Dr. Moeckel has a record of a visit on
2  October 18, 1995.  That would have been your one year
3  anniversary from your operation.
4    A.  Yes.
5    Q.  Dr. Moeckel has an entry in his records,
6  X-rays of her right hip reveal a fracture in the cement
7  column with question of some early loosening.  She was
8  referred for a bone scan to further evaluate the cement
9  column.
10   A.  Yes.
11   Q.  Do you remember hearing about that at that one
12  year anniversary?
13   A.  Yes, I do.
14   Q.  Do you remember seeing x-rays at your one year
15  anniversary?
16   A.  Yes.
17   Q.  Do you remember Dr. Moeckel showing you the
18  fracture in the cement column?
19   A.  Yes, he did.
20   Q.  Do you remember Dr. Moeckel telling you that
21  this is something we need to watch?
22   A.  Yes.
23   Q.  Do you remember Dr. Moeckel telling you what
24  early loosening meant?  That you would likely need to
25  have a reoperation at some point?

Page 48

1    A.  Yes, I do.
2    Q.  Do you remember having the bone scan?
3    A.  Yes.
4    Q.  You continued with your walking program
5  however; correct?
6    A.  Yes, I did.
7    Q.  One month later in November of 1995
8  Dr. Moeckel has a note that your bone scan indicates
9  early loosening; do you remember him telling you that?
10  That I've seen the results of your bone scan and yes
11  your implant is loosening.
12   A.  I don't recall that part of it.
13   Q.  But you have no reason, I take it, to dispute
14  his note?
15   A.  No.
16   Q.  Do you remember Dr. Moeckel telling you how
17  quickly you would need to have a reoperation at that
18  October visit?
19   A.  Yes.
20   Q.  What did he tell you about that?
21   A.  He did say there was a fracture in the cement
22  and what could have happened if I didn't have it done.
23   Q.  And what do you remember him telling you about
24  what could happen if you didn't have it done?
25   A.  He said the bone would -- I don't remember the

Page 49

1  exact words -- that if I didn't have it done, I would
2  be, you know, back in pain.
3    Q.  Does the term osteolysis ring a bell with you?
4    A.  The what?
5    Q.  The term osteolysis; have you ever heard that
6  term before?
7    A.  No, I don't recall.
8    Q.  Did Dr. Moeckel tell you if you didn't have
9  the reoperation you would start to lose your bone?  That
10  your thigh bone would start to deteriorate and that it
11  would be difficult to do the operation if that continued
12  to happen; does that refresh your memory of the
13  conversation?
14   A.  I don't remember exact words, no.
15   Q.  You just knew at some point you were going to
16  have to have it done?
17   A.  I needed a second operation.
18   Q.  That was only one year after your surgery,
19  correct, that you got that news?
20   A.  I think so, yes.
21   Q.  That wasn't what you expected from your hip
22  operation, was it?
23   A.  No, it wasn't.
24   Q.  One year is not ten years?
25   A.  No.

13 (Pages 46 to 49)

d08dccf8-82dd-4eec-9f29-33522a20ed4d

Dunn vs Zimmer

10/30/2002                                                                                    Stacia Bogdan

Page 50

1   Q.  So you, I take it, were very concerned when
2   you heard that, when Dr. Moeckel told you that?
3       A.  Yes, I was.
4       Q.  You must have been frustrated that you had
5   just recovered and now you were going to have to have
6   another operation?
7       A.  Yes, I did.
8       Q.  You were probably angry?
9       A.  No, I wasn't angry.
10      Q.  Upset, is that a better word?
11      A.  Probably, yes.
12      Q.  Did you ask Dr. Moeckel why did this happen?
13      A.  I could have had.  I don't recall.
14      Q.  You don't remember?
15      A.  No.
16      Q.  You still went to Florida, you continued with
17  your plan to go to Florida that year, right, in the
18  winter of 1995 and the spring of 1996?
19      A.  Yes.
20      Q.  And you saw Dr. Moeckel -- the medical records
21  indicate December 15th of 1995 that you saw Dr. Moeckel
22  shortly before you left for Florida?
23      A.  Yes.
24      Q.  And he showed you x-rays again; correct?
25      A.  Yes, he did.

Page 51

1       Q.  Dr. Moeckel says that he discussed with you
2   your long-term prognosis; do you remember anything about
3   the discussion with him right before you left at that
4   visit right before you left for Florida?
5       A.  No, I don't recall.
6       Q.  And at that visit in December of 1995, as you
7   said, he showed you x-rays; right?
8       A.  Yes, he did.
9       Q.  And he showed you how it was that your implant
10  was becoming loose; correct?
11      A.  Right.
12      Q.  So you go to Florida shortly after that office
13  visit?
14      A.  Yes, we did.
15      Q.  In the winter of 1995 and the spring of 1996?
16      A.  Yes.
17      Q.  And your medical records say that you would
18  continue with your walking program; is that what you did
19  down in Florida?
20      A.  Yes.
21      Q.  Was it painful for you to be walking that
22  distance with a loosened hip implant?
23      A.  No, nothing that I couldn't tolerate.
24      Q.  Did your symptoms change over your course of
25  time in Florida?  Did it become more painful over --

Page 52

1       A.  No.
2       Q.  Do you remember a visit with Dr. Moeckel after
3   you came back from Florida?  This would have been April
4   of 1996.
5       A.  I would have had, yes.
6       Q.  If Dr. Moeckel's records indicate April 15,
7   that would have made sense to you that you had seen him
8   shortly after you got back from Florida?
9       A.  Yes.
10      Q.  And Dr. Moeckel indicates that he once again
11  took x-rays and I take it that he showed them to you?
12      A.  Yes, he did.
13      Q.  And Dr. Moeckel indicates that there is an
14  additional cement fracture; do you remember that there
15  is another cement fracture?
16      A.  Yes.
17      Q.  And he says that he advised you about the
18  x-ray findings, which means he told you what was wrong
19  on the films?
20      A.  Yes, he did.
21      Q.  In fact, he says that he reviewed them
22  together with you, which I take it means you were
23  standing side by side and he was pointing out things to
24  you on the x-ray?
25      A.  Yes.

Page 53

1       Q.  Was your husband with you when he was doing
2   that?
3       A.  Yes.
4       Q.  Dr. Moeckel says "I am very concerned about
5   the progressive loosening and further bone loss."  Do
6   you remember Dr. Moeckel telling you that he was
7   concerned?
8       A.  Yes.
9       Q.  Your hip was getting worse, that's the bottom
10  line from his medical record?
11      A.  Yes, it was.
12      Q.  The implant was becoming more loose?
13      A.  Yes.
14      Q.  The bone was starting to deteriorate.  In
15  other words, you were losing your good femur bone?
16      A.  Yes.
17      Q.  Dr. Moeckel says you were not interested in
18  considering any intervention at this time, which means
19  you declined an immediate operation.  Do you remember
20  that you wanted to wait?
21      A.  I don't recall that.  I know that he did say
22  when he knew there had to be a third surgery that I
23  would be referred to Dr. Benson.
24      Q.  Well, we're still talking about your first
25  surgery; right?  This is April of 1996.  And you get

14 (Pages 50 to 53)

d08dccf8-82dd-4eec-9f29-33522a20ed4d

Dunn vs Zimmer

10/30/2002                                                                    Stacia Bogdan

Page 54

1  back from Florida and Dr. Moeckel shows you the
2  additional cement fracture and the further loosening;
3  right?
4      A.  Right.
5      Q.  And one of the things he tells you is you're
6  going to need to have this operated on; correct?
7      A.  Yes, he did.
8      Q.  What do you remember about his recommendation
9  as to the time that you would have that operation then?
10     A.  I guess I agreed that if I needed to have it
11  done I would go for it.
12     Q.  You actually had the operation in July of
13  1996; correct?
14     A.  Yes.
15     Q.  What do you remember about why there was that
16  three-month delay between the visit right after you got
17  back from Florida and eventually having the operation?
18     A.  I don't think there was any specific reason
19  why the delay was there.  I probably just chose to have
20  it done in July, I guess.
21     Q.  Well, what I interpreted from your records,
22  and I want you to tell me whether I'm right or wrong, is
23  that you were fearful of having the operation and really
24  wanted to put it off; would I be correct or incorrect in
25  that assessment?

Page 55

1      A.  I don't remember.
2      Q.  No memory?
3      A.  I don't remember.
4      Q.  During this visit now, the April 15 visit, the
5  one after you had returned from Florida; do you remember
6  asking Dr. Moeckel why is this happening to me?
7      A.  I think I did say that, yes.
8      Q.  And do you remember what he told you?
9      A.  No, I don't.
10     Q.  But I take it you were still concerned about
11  your hip?
12     A.  Yes.
13     Q.  Even more concerned now?
14     A.  Oh, yes.
15     Q.  You knew that you were going to have to have a
16  reoperation?
17     A.  Yes.
18     Q.  You knew that you were losing bone in your
19  femur?
20     A.  Yes.
21     Q.  You knew that your implant was becoming more
22  loose?
23     A.  Yes.
24     Q.  Dr. Moeckel says he offered you a second
25  opinion but you preferred to continue treating with him;

Page 56

1  do you remember that?
2      A.  Yes, I did.
3      Q.  You saw Dr. Moeckel two months later in June
4  of 1996, this was one month before the operation; do you
5  remember that visit?
6      A.  Yes, I think so.
7      Q.  This appears to be the visit where you said to
8  Dr. Moeckel, I want to go ahead with the operation.
9      A.  Yes.
10     Q.  What do you remember about the visit?  Did you
11  say to Dr. Moeckel, Yeah, I want to have this taken out
12  and reoperated?
13     A.  I did tell him that I had a lot of confidence
14  in him and I would go ahead with it.
15     Q.  Dr. Moeckel says that by June found the
16  situation was unacceptable.  Can you elaborate on that
17  note at all for me and give me some of your thought
18  processes that led you to say, Yes, I want to have this
19  operation?
20     A.  You mean unacceptable to having the surgery?
21  I don't understand.
22     Q.  The note says, Since she has failed
23  conservative therapy and now finds the situation
24  unacceptable, she wishes to undergo revision THR?
25     A.  I don't recall.

Page 57

1      Q.  But you had made your mind up by then that you
2  needed to have the operation?
3      A.  Yes.
4      Q.  You knew that you needed to have it to reduce
5  further bone loss; correct?
6      A.  Yes, I did.
7      Q.  And it was starting to impact your ability to
8  walk and live your life at that point; right?
9      A.  Yes.
10     Q.  Dr. Moeckel says that he discussed treatment
11  alternatives with you; do you remember any discussions
12  with him about what kind of stem he was going to put in
13  whether he was going to use cement or not use cement,
14  anything to that effect?
15     A.  Well, I know the second time he told me the
16  prosthesis would be longer.  That I recall.  And that I
17  would still have a limp even though the prosthesis was a
18  little longer.
19     Q.  Do you remember Dr. Moeckel, Mrs. Bogdan,
20  saying to you I can either use cement or not use cement
21  in this operation and what the advantages or
22  disadvantages would be for each?
23     A.  I don't recall that.
24     Q.  Once again you left the choice of the
25  operation that he was going to perform and the device

Brandon Smith Reporting Service

d08dccf8-82dd-4eec-9f29-33522a20ed4d

Dunn vs Zimmer

10/30/2002                                                                                    Stacia Bogdan

Page 58

1  that he was going to use up to him?
2      A.  Yes.
3      Q.  Did Dr. Moeckel tell you anything for your
4  second operation in this June and July time period about
5  how many years you could expect to get out of your
6  second implant?
7      A.  I don't recall whether he gave me a span of
8  how long it would be.
9      Q.  Do you remember having an understanding that
10  second operations last for a fewer number of years than
11  first operations?
12      A.  I don't recall that either.
13      Q.  Did you think that your second operation would
14  last the ten-year period that you expected to get out of
15  your first?
16      A.  Well, I hoped it would.
17      Q.  That was your hope?
18      A.  Yes.
19      Q.  So you had the operation in July of 1996 then
20  and this is your second operation?
21      A.  Yes, if I recall it was July 16.
22      Q.  That's exactly when it was.  Did you look at
23  your medical records to prepare for your deposition?
24      A.  I only remember it was the day before my
25  daughter's birthday.

Page 59

1      Q.  So you have the operation and once again you
2  have a period of days when you're in the hospital,
3  right, several days, three, four, five days?
4      A.  Five days, I think.
5      Q.  And once again you're discharged.  And did you
6  go right home?
7      A.  I went home.
8      Q.  You had your husband available to help you?
9      A.  Absolutely.
10      Q.  Did you go to Florida then in the winter of
11  '96 and the spring of '97?
12      A.  Yes.
13      Q.  Did you continue resuming your walking
14  program?
15      A.  Yes, I did.
16      Q.  Three miles a day through the retirement
17  community?
18      A.  Yes.
19      Q.  Your hip was back to feeling good again?
20      A.  Yes, it was.
21      Q.  It felt solid and you were pleased again?
22      A.  Yep.
23      Q.  Dr. Moeckel has a note September 14th of 1998,
24  so this is two years after the second operation?
25      A.  Yeah.

Page 60

1      Q.  That you were going to restrict your
2  activities and stop doing your three mile a day walking.
3  Do you remember there coming a time when you stopped
4  doing your walking?
5      A.  I stopped?  Probably just cut it in half to
6  walk about a mile and a half.
7      Q.  You eventually started to have problems with
8  your second implant and that was in the late 1998 time
9  frame?
10      A.  Yes.
11      Q.  Your medical records talk about a fall, a fall
12  that you had that seemed to precede the problems that
13  you started to have?
14      A.  Yes, I did.
15      Q.  And in fact, Dr. Moeckel once again saw a
16  crack in the cement mantle with the second operation;
17  right?
18      A.  Yes.
19      Q.  And he has a record that says that he believes
20  that the fall that you suffered that there was a
21  relationship between that fall and the crack that you
22  developed in your cement mantle; do you remember him
23  telling you that?
24      A.  When I fell that was due to my walk and I went
25  to him immediately and I don't recall if the crack was

Page 61

1  there then or not.  I don't remember.
2      Q.  Tell me about the fall.
3      A.  I just stumbled and went down.
4      Q.  Did you fall on your --
5      A.  On that same side, yep.
6      Q.  And that concerned you, I take it?
7      A.  Yes.
8      Q.  Because prior to the fall, everything had
9  looked good?
10      A.  Pretty good.
11      Q.  And then you fall and then you go to see
12  Dr. Moeckel?
13      A.  Right.  If I recall, I think it was the same
14  day that I fell.  He took me right in and x-rayed it.
15      Q.  And did you tell me earlier that you don't
16  remember whether it was during that visit that he showed
17  you the crack in the cement?
18      A.  That I don't recall.
19      Q.  He could have, you just don't remember as you
20  sit here today?
21      A.  Yes.
22      Q.  Dr. Moeckel has a record October 9th of 1998,
23  this was after your fall?
24      A.  Yeah.
25      Q.  He says, We had previously discussed on the

16 (Pages 58 to 61)

d08dccf8-82dd-4eec-9f29-33522a20ed4d

Page 62

1   phone the issues surrounding the hip replacement and the
2   potential loosening and the possible loss of bone in the
3   future.  Do you remember a discussion with Dr. Moeckel
4   about your fall and about what could be going on with
5   your right hip?
6       A.  I don't recall.
7       Q.  So you can't -- my reading to you that entry
8   doesn't refresh your memory at all about it?
9       A.  I don't recall, no.
10      Q.  Do you remember telling Dr. Moeckel that you
11  felt that you could live with the hip the way it was in
12  October of 1998 and that you intended to go to Florida?
13      A.  Yes.
14      Q.  But you were restricting your activities;
15  correct?
16      A.  Yes, I was.
17      Q.  And this was the period of time when you cut
18  your walk in half, I think you told me?
19      A.  Yep.
20      Q.  You saw Dr. Moeckel -- it appears to have been
21  your yearly pattern to see Dr. Moeckel right around
22  December 15 before you headed to Florida?
23      A.  Yeah, I made it a pattern to go before we
24  left.
25      Q.  And you saw him on December 16th of 1998.  He

Page 63

1   has an entry in that record, It is likely that the
2   fracture in the cement column came from the recent fall;
3   do you remember him telling you that during that visit?
4       A.  I don't recall that part, no.
5       Q.  But you have no reason to believe that he
6   didn't if he's noted that here; correct?
7       A.  Right.
8       Q.  One again he showed you x-rays and showed you
9   the fracture in the cement mantle and the loosening of
10  the hip and you had seen this before by this point;
11  correct?
12      A.  Yes.
13      Q.  And you elected to go -- you said, I'm going
14  to go to Florida; right?
15      A.  Yep.
16      Q.  And did you continue your, what I'll call,
17  your half walking program that winter in Florida?
18      A.  Not much, no.
19      Q.  Why not?
20      A.  Well, I did have discomfort and I was afraid
21  of anything happening there, so I didn't walk.
22      Q.  You returned from Florida and started seeing
23  Dr. Moeckel again throughout 1999?
24      A.  Yes.
25      Q.  You don't have your operation with

Page 64

1   Dr. Grady-Benson until March of 2000; correct?
2       A.  2000, right.
3       Q.  So that was more than a year after you had
4   seen the fracture and there are references in your
5   medical record that throughout 1999 Dr. Moeckel showed
6   you your x-rays and you could see what was happening to
7   your hip?
8       A.  Yes.
9       Q.  Do you remember Dr. Moeckel advising you that
10  you shouldn't be waiting as long as you did to have the
11  third operation?
12      A.  He could have had, yes.
13      Q.  Did you understand that you were taking a risk
14  by waiting to have that third operation?
15      A.  Yes, I did.
16      Q.  I was curious about that.  Tell me about your
17  thought process that led you to push off that third
18  operation.
19      A.  I was nervous about it naturally.  And we also
20  saw Dr. Benson before we left for Florida and we came
21  back in February because of the March surgery, so we did
22  not stay three months, and I was scheduled then for
23  March 20, but I did very little in Florida.  I did only
24  the -- there was no walking because of the condition of
25  the prosthesis.

Page 65

1       Q.  So did I understand your last answer that you
2   cut your trip short to come back for the operation?
3       A.  We only stayed January and February.
4       Q.  You have the operation, your third operation
5   in March.  I take it you went to Florida then in
6   December of 2001?
7       A.  January.
8       Q.  January 2001 and then again in January of
9   2002?
10      A.  Yes.
11      Q.  And you're getting ready do to so again
12  January 2003?
13      A.  Yes.
14      Q.  So you've had two trips to Florida since your
15  third operation; correct?
16      A.  Yes.
17      Q.  And since that operation, have you gotten your
18  walking up to three miles a day?
19      A.  No, I haven't.
20      Q.  What did you do during those last two trips in
21  terms of walking down in Florida?
22      A.  I did maybe a few streets, like I say in the
23  complex, ten minutes and that was it.
24      Q.  Was that on Dr. Grady-Benson's recommendation
25  that you limit your walking?

17 (Pages 62 to 65)

d08dccf8-82dd-4eec-9f29-33522a20ed4d

Dunn vs Zimmer

10/30/2002                                                                    Stacia Bogdan

Page 66

1    A.  Yes.
2    Q.  Is he telling you to limit your walking today
3  or is he trying to --
4    A.  No, he is not, but I'm doing it on my own
5  because I know I can't.
6    Q.  Dr. Grady-Benson, you saw him on April 6th of
7  2001?
8    A.  Right.
9    Q.  He says, She has recently returned from
10  Florida where she swam and walked long distances.  The
11  patient is doing extremely well.  In your judgment, is
12  that an accurate record on Dr. Grady-Benson's part?
13    A.  I never did a full walk after my third
14  surgery.
15    Q.  Not a full three miles?
16    A.  No.
17    Q.  But you did walk a distance that would be
18  characterized as Dr. Grady-Benson said a long distance?
19    A.  Like I say, no more than ten or fifteen
20  minutes.
21    Q.  Did you go through a period of some depression
22  after your third operation?  Did you have a down period
23  psychologically?
24    A.  No.
25    Q.  How do you pronounce your family physician?

Page 67

1    A.  Opalacz.
2    Q.  He did discuss with you the possibility that
3  you may have some depression, didn't he?
4    A.  He might have had.  I don't recall.
5    Q.  You don't remember as you sit here today?
6    A.  I don't recall that, no.
7    Q.  Your records indicate that in August of 2001
8  you fell down some stairs; do you remember that?
9    A.  Do I remember.
10    Q.  It was very frightening for you?
11    A.  Yes, very much.
12    Q.  Was this at home?
13    A.  Home down the cellar from top to bottom.
14    Q.  All the way down?
15    A.  All the way down.
16    Q.  And you went to the emergency room?
17    A.  Yes, I did.
18    Q.  Very worried about not only your hip
19  replacement but other bones?
20    A.  Neck injury or whatever, yes.
21    Q.  How many steps -- I hadn't asked you about
22  this before -- how many steps are there going from your
23  -- is it a full flight of steps?
24    A.  Thirteen.
25    Q.  Thirteen from top to bottom.  And what is in

Page 68

1  your basement; is your laundry in your basement?
2    A.  Yes, it is.
3    Q.  And I take it that you've made trips up and
4  down those basement steps numerous times in the time
5  that you have lived in your house?
6    A.  Somewhat, yes.
7    Q.  And you were walking up and down those steps
8  after your first operation and after your second
9  operation when you started to feel better?
10    A.  Yes.
11    Q.  Can you approximate how many times a week did
12  you do laundry; what was your routine?
13    A.  Twice, but my husband did a lot of it.
14    Q.  So you share that responsibility?
15    A.  Yes.
16    Q.  But it turns out that you were okay after the
17  fall at least as far as your hip replacement was
18  concerned?
19    A.  Yes.  And I went immediately and made an
20  appointment with Dr. Benson and he thought everything
21  was okay.
22    Q.  And you don't have any medical issues today
23  with your hip implant?
24    A.  No.
25    Q.  Dr. Grady-Benson has shown you x-rays?

Page 69

1    A.  Yes.
2    Q.  And he has shown you how the bone is growing
3  into the implant?
4    A.  Yes, he did.  He was very pleased with it,
5  yes.
6    Q.  And that looks like solid light.  The bone is
7  as dense as the implant, radiographically you can see
8  where that is happening in your implant?
9    A.  Yes.
10    Q.  Did Dr. Grady-Benson tell you that some pain
11  was one of the known things that happens with an
12  uncemented implant?
13    A.  He made sure that before we went to Florida I
14  took pain pills with me, but I used very little.
15    Q.  So when Dr. Grady-Benson reports that you're
16  pleased with your condition today, that is an accurate
17  description?
18    A.  Yes.
19    Q.  Who paid the medical bills associated with
20  your various surgery?
21    A.  Medicare and Banker's Life.
22    Q.  Did you have any out-of-pocket expenses
23  associated with any of the operations?
24    A.  No.
25    Q.  I'm close to being finished.  I'm going to do

18 (Pages 66 to 69)

d08dccf8-82dd-4eec-9f29-33522a20ed4d

Dunn vs Zimmer

10/30/2002                                                          Stacia Bogdan

---

Page 70

1   some lawyer stuff now.
2       MR. ELVIN: Scott, as you know, we had agreed
3   in this case that we would bifurcate
4   discovery and deal with the statute
5   questions first. I don't want to bring the
6   Bogdan's back, you know, assuming whatever
7   course the litigation takes from here, so
8   I've tried to respect the agreement that we
9   made on the bifurcating of discovery, but be
10  relatively comprehensive. If it turns out
11  that we go past that motion, I don't think I
12  would -- if it turns out that you would
13  prevail on our motion, I don't think that I
14  would need to call Mrs. Bogdan back, but I
15  don't want to be prejudiced in terms of
16  doing that.
17      MR. CAMASSAR: Sure. I understand.
18      MR. ELVIN: And I would also like to
19  memorialize your having told me that it is
20  the 1994 operation that you're basing this
21  claim on; correct?
22      MR. CAMASSAR: Right.
23      MR. ELVIN: Let's just take a short
24  break and I'll look at my notes.
25

---

Page 71

1   (A recess was taken from 10:39 a.m. to 10:49 a.m.)
2
3   BY MR. ELVIN:
4       Q. Mrs. Bogdan, just a few follow-up questions.
5       You had expected to get at least ten years out
6   of your first hip implant; correct?
7       A. At least, yes.
8       Q. And in fact, you only got a little over a year
9   out of it?
10      A. Right.
11      Q. And you told me that the telephone call from
12  Dr. Moeckel in November of 2001 was the first time that
13  you had heard from him that this prosthesis was faulty;
14  right?
15      A. Yes.
16      Q. I understand that, but isn't it also fair to
17  say that you had the opportunity to discuss with
18  Dr. Moeckel what had happened with your hip implant
19  throughout your visits with him in 1995, 1996, and 1997,
20  that he was available to you and you could have
21  discussed it?
22      MR. CAMASSAR: Objection.
23      A. Yes.
24  BY MR. ELVIN:
25      Q. And indeed you spoke to him about certain

---

Page 72

1   subjects related to your hip; correct?
2       A. Yes.
3       Q. And in fact, you remember asking him why did
4   this happen to me?
5       A. I could have had, yes.
6       Q. Did he ever refuse to speak to you about any
7   issues related to your hip?
8       A. No.
9       Q. He always answered your questions?
10      A. Yes, he did.
11      Q. And the same thing is true of Dr. Grady-Benson
12  as well; correct?
13      A. Oh, yes.
14      Q. Very thoughtful and very thorough?
15      A. Yes.
16      Q. And the same is true of Dr. Moeckel as well?
17      A. Yes.
18      MR. ELVIN: Subject to the statement that I
19  put on the record before the break, I have
20  no further questions today. Thank you for
21  your time.
22      MR. CAMASSAR: I just have a couple of
23  quick follow-up questions for you,
24  Mrs. Bogdan, concerning that phone call in
25  November of 2001.

---

Page 73

1       CROSS-EXAMINATION BY MR. CAMASSAR:
2
3       Q. Am I correct in understanding that that phone
4   call was the first time that you had ever heard the name
5   Zimmer?
6       A. Yes.
7       Q. And am I correct in understanding that that
8   was the first time that Dr. Moeckel had indicated to you
9   that your prosthesis was a faulty one, I think is the
10  word you used?
11      A. That was the first time.
12      Q. Did he recommend to you or did he suggest to
13  you that you might want to talk to an attorney about
14  that issue?
15      A. No.
16      Q. Did he indicate to you that he knew that the
17  Reardon Law Firm was involved in a case against Zimmer?
18      A. That morning is when he said I would possibly
19  hear from your firm, which I did.
20      Q. And you don't know whether Dr. Moeckel spoke
21  to you that morning before talking to anyone at
22  The Reardon Law Firm concerning you?
23      A. No, I don't, no.
24      MR. CAMASSAR: I don't have any other
25  questions.

---

19 (Pages 70 to 73)

d08dccf8-82dd-4eec-9f29-33522a20ed4d

Dunn vs Zimmer

10/30/2002                                                                                      Stacia Bogdan

Page 74

1        REDIRECT EXAMINATION BY MR. ELVIN:
2
3        Q.  Before the November of 2001 call, Mrs. Bogdan,
4   had you ever asked Dr. Moeckel who had manufactured your
5   first prosthesis?
6        A.  No, I didn't.
7        MR. ELVIN:  Nothing further.  Thank you.
8
9        (The deposition concluded at 10:55 a.m.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 75

1        CERTIFICATE OF REPORTER
2
3        I, Mary Z. Armando, a Notary Public duly
4   commissioned and qualified in and for the State of
5   Connecticut, do hereby certify that pursuant to Notice,
6   there came before me, on the 30th day of October, 2002,
7   at 9:00 a.m., the following named person, to wit:
8   STACIA BOGDAN, who was by me duly sworn to testify to
9   the truth and nothing but the truth; that she was
10  thereupon carefully examined upon her oath and her
11  examination reduced to writing under my supervision;
12  that this deposition is a true record of the testimony
13  given by the witness.
14       I further certify that I am neither attorney nor
15  counsel for, nor related to, nor employed by any of the
16  parties to the action in which this deposition is taken,
17  and further, that I am not a relative or employee of any
18  attorney or counsel employed by the parties hereto, or
19  financially interested in the action
20
        IN WITNESS THEREOF, I have hereunto set my hand and
21  affixed my seal this 1st day of November, 2002.
22
             Mary Z. Armando
23           Notary Public
             CT License No. 00222
24
25  My Commission expires:  5/31/07

20 (Pages 74 to 75)

d08dccf8-82dd-4eec-9f29-33522a20ed4d