UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STACIA S. BOGDAN and FRANK BOGDAN, | : <br> : CIVIL ACTION NO: 3:02CV637 (JCH) <br> : |
| Plaintiffs, | : <br> : |
| v. | : <br> : |
| ZIMMER, INC., | : <br> : |
| Defendant. | : MAY 31, 2006 |

## ZIMMER, INC.'S MOTION TO STRIKE PLAINTIFFS' EVIDENCE

Zimmer, Inc. ("Zimmer"), by its attorneys, respectfully moves to strike certain evidence designated by Plaintiffs in support of their opposition to Zimmer's Motion for Summary Judgment because much of the evidentiary support is inadmissible, all as more fully set forth in the accompanying memorandum of law.

Dated: May 31, 2006

Respectfully submitted,

/s/   Albert J. Dahm
Albert J. Dahm (ct21710)
**DAHM & ELVIN, LLP**
9604 Coldwater Road, Suite 201
Fort Wayne, IN 46825
Telephone: (260) 497-6000
Facsimile: (260) 497-6019
E-mail: albert.dahm@dahmelvin.com

Francis H. Morrison, III (ct04200)
Robert E. Koosa (ct26191)
**DAY BERRY & HOWARD, LLP**
CityPlace I
Hartford, CT 06103-3499
Telephone: (860) 275-0100
Facsimile: (860) 275-0343
E-mail:  fhmorrison@dbh.com
         rekoosa@dbh.com
Attorneys for Defendant Zimmer, Inc.

CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2006 I electronically filed the foregoing ZIMMER, INC.'S MOTION TO STRIKE PLAINTIFFS' EVIDENCE with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

>   Robert I. Reardon, Jr.
>   The Reardon Law Firm, P.C.
>   160 Hempstead Street
>   P.O. Drawer 1430
>   New London, Connecticut  06320

I further certify that on [] I have mailed by United States Mail the document to the following non-CM/ECF participants:

>   None

>   /s/     Albert J. Dahm
>   Albert J. Dahm (ct21710)
>   **DAHM & ELVIN, LLP**
>   9604 Coldwater Road, Suite 201
>   Fort Wayne, IN 46825
>   Telephone:  (260) 497-6000
>   Facsimile:  (260) 497-6019
>   E-mail:  albert.dahm@dahmelvin.com