Page 1

1           UNITED STATES DISTRICT COURT
               DISTRICT OF CONNECTICUT
2
3
4
5   ------------------------------------x

    DOLORES DUNN and DONALD DUNN    : CIVIL ACTION NO.
6                                   : 3:00CV1306 (DJS)
    VS.                             : "ALL CASES"
7                                   :
    ZIMMER, INC., ET AL.            :
8   ------------------------------------x
9
10                          COPY
11
12       DEPOSITION OF:  STACIA BOGDAN
         DATE:  OCTOBER 30, 2002
13       HELD AT:  THE REARDON LAW FIRM, P.C.
                   160 HEMPSTEAD STREET
14                 NEW LONDON, CONNECTICUT
15
16
17
18
19
20
21
22
23
         Reporter:  MARY Z. ARMANDO, LSR # 00222
24       BRANDON SMITH REPORTING SERVICE
              11-A Capitol Avenue
25       Hartford, Connecticut   06106
                 (860) 549-1850

Page 26

1   devices?

2       A.   Well, our daughter is a nurse, but, you know,

3   she's not a nurse that works in a regular general

4   hospital.  She does psych treatments.

5       Q.   Have you discussed your lawsuit or the device

6   that was used in your first surgery with any of your

7   children?

8       A.   Well, yes, I did, yeah.

9       Q.   Just give me a general sense of those

10  conversations.

11      A.   All I did was tell them that I never knew

12  until now that I had a faulty prosthesis.  That is as

13  far as it went.

14      Q.   As you sit here today, Mrs. Bogdan, what is

15  your understanding of -- you've used the word faulty

16  with respect to the prosthesis.  Do you have an

17  understanding as to why in your mind you believe it to

18  be faulty?

19      A.   Well, because it was so soon afterwards.

20      Q.   Because it loosened and needed to be replaced

21  so quickly?

22      A.   Yeah.

23      Q.   Anything else other than that?

24      A.   No.

25      Q.   When was the last time that you were employed

Page 50

1    Q.   So you, I take it, were very concerned when
2  you heard that, when Dr. Moeckel told you that?
3    A.   Yes, I was.
4    Q.   You must have been frustrated that you had
5  just recovered and now you were going to have to have
6  another operation?
7    A.   Yes, I did.
8    Q.   You were probably angry?
9    A.   No, I wasn't angry.
10   Q.   Upset, is that a better word?
11   A.   Probably, yes.
12   Q.   Did you ask Dr. Moeckel why did this happen?
13   A.   I could have had.  I don't recall.
14   Q.   You don't remember?
15   A.   No.
16   Q.   You still went to Florida, you continued with
17 your plan to go to Florida that year, right, in the
18 winter of 1995 and the spring of 1996?
19   A.   Yes.
20   Q.   And you saw Dr. Moeckel -- the medical records
21 indicate December 15th of 1995 that you saw Dr. Moeckel
22 shortly before you left for Florida?
23   A.   Yes.
24   Q.   And he showed you x-rays again; correct?
25   A.   Yes, he did.

Page 55

```
 1      A.   I don't remember.
 2      Q.   No memory?
 3      A.   I don't remember.
 4      Q.   During this visit now, the April 15 visit, the
 5   one after you had returned from Florida; do you remember
 6   asking Dr. Moeckel why is this happening to me?
 7      A.   I think I did say that, yes.
 8      Q.   And do you remember what he told you?
 9      A.   No, I don't.
10      Q.   But I take it you were still concerned about
11   your hip?
12      A.   Yes.
13      Q.   Even more concerned now?
14      A.   Oh, yes.
15      Q.   You knew that you were going to have to have a
16   reoperation?
17      A.   Yes.
18      Q.   You knew that you were losing bone in your
19   femur?
20      A.   Yes.
21      Q.   You knew that your implant was becoming more
22   loose?
23      A.   Yes.
24      Q.   Dr. Moeckel says he offered you a second
25   opinion but you preferred to continue treating with him;
```

Page 73

```
 1        CROSS-EXAMINATION BY MR. CAMASSAR:
 2
 3        Q.   Am I correct in understanding that that phone
 4   call was the first time that you had ever heard the name
 5   Zimmer?
 6        A.   Yes.
 7        Q.   And am I correct in understanding that that
 8   was the first time that Dr. Moeckel had indicated to you
 9   that your prosthesis was a faulty one, I think is the
10   word you used?
11        A.   That was the first time.
12        Q.   Did he recommend to you or did he suggest to
13   you that you might want to talk to an attorney about
14   that issue?
15        A.   No.
16        Q.   Did he indicate to you that he knew that the
17   Reardon Law Firm was involved in a case against Zimmer?
18        A.   That morning is when he said I would possibly
19   hear from your firm, which I did.
20        Q.   And you don't know whether Dr. Moeckel spoke
21   to you that morning before talking to anyone at
22   The Reardon Law Firm concerning you?
23        A.   No, I don't, no.
24             MR. CAMASSAR:  I don't have any other
25        questions.
```