UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STACIA S. BOGDAN and FRANK BOGDAN, | : | CIVIL ACTION NO: 3:02CV637 (JCH) |
| Plaintiffs, | : | |
| v. | : | |
| ZIMMER, INC., | : | |
| Defendant. | : | JUNE 16, 2006 |

**ZIMMER, INC.'S MOTION TO STRIKE
PLAINTIFFS' LOCAL RULE 56(a)2 STATEMENT**

Zimmer, Inc. ("Zimmer"), by its attorneys, respectfully moves to strike Plaintiffs' Local Rule 56(a)2 Statement because the Statement is untimely and does not comply with the requirements of Local Rule 56, all as more fully set forth in the accompanying memorandum of law.

Dated: June 16, 2006

Respectfully submitted,

/s/    Albert J. Dahm
Albert J. Dahm (ct21710)
**DAHM & ELVIN, LLP**
9604 Coldwater Road, Suite 201
Fort Wayne, IN 46825
Telephone: (260) 497-6000
Facsimile: (260) 497-6019
E-mail: albert.dahm@dahmelvin.com

Francis H. Morrison, III (ct04200)
Robert E. Koosa (ct26191)
**DAY BERRY & HOWARD, LLP**
CityPlace I
Hartford, CT 06103-3499
Telephone: (860) 275-0100
Facsimile: (860) 275-0343
E-mail: fhmorrison@dbh.com
         rekoosa@dbh.com
Attorneys for Defendant Zimmer, Inc.

**ORAL ARGUMENT REQUESTED**

CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2006 I electronically filed the foregoing ZIMMER, INC.'S MOTION TO STRIKE PLAINTIFFS' LOCAL RULE 56(A)2 STATEMENT with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

>Robert I. Reardon, Jr.
>The Reardon Law Firm, P.C.
>160 Hempstead Street
>P.O. Drawer 1430
>New London, Connecticut  06320

I further certify that on [] I have mailed by United States Mail the document to the following non-CM/ECF participants:

>None

>/s/    Albert J. Dahm
>Albert J. Dahm (ct21710)
>**DAHM & ELVIN, LLP**
>9604 Coldwater Road, Suite 201
>Fort Wayne, IN 46825
>Telephone:  (260) 497-6000
>Facsimile:  (260) 497-6019
>E-mail:  albert.dahm@dahmelvin.com

**ORAL ARGUMENT REQUESTED**