UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STACIA S. BOGDAN and FRANK BOGDAN, | : | |
| Plaintiffs, | : | CIVIL NO. 3:02cv637(JCH) |
| | : | |
| V. | : | |
| | : | |
| ZIMMER, INC. | : | |
| Defendant. | : | June 22, 2006 |

### PLAINTIFF'S OBJECTION TO DEFENDANT ZIMMER, INC.'S MOTION TO STRIKE PLAINTIFF'S EVIDENCE

The plaintiffs in the above captioned matter, **STACIA BOGDAN AND FRANK BOGDAN**, hereby respectfully provide this Objection to the defendant, Zimmer, Inc.'s ("Zimmer") May 31, 2006 Motion to Strike Plaintiff's Evidence. The Plaintiffs assert that the evidence at issue, which is submitted in support of Plaintiff's Objection to Defendant Zimmer, Inc.'s Motion for Summary Judgment dated May 17, 2006, meets the evidentiary standard for admissibility, and should not be stricken.

For this reason, and the reasons more fully detailed in the attached memorandum of law, this Court should deny Zimmer's Motion to Strike.

                                              THE PLAINTIFFS

                                              _____/s/_____
                                              Robert I. Reardon, Jr.
                                              **THE REARDON LAW FIRM, P.C.**
                                              160 Hempstead Street
                                              New London, CT  06320
                                              Phone: 860-442-0444
                                              Fax: 860-444-6445
                                              Email: reardonlaw@aol.com
                                              Federal Bar No. ct05358

## **ORDER**

The foregoing Objection having been duly heard it is hereby ORDERED:

SUSTAINED/OVERRULED.

                                          By THE COURT

                                        _____

                                        U.S.D.J.

**CERTIFICATION**

      I hereby certify that on June 22, 2006, a copy of the foregoing PLAINTIFF'S OBJECTION TO DEFENDANT ZIMMER, INC.'S MOTION TO STRIKE PLAINTIFF'S EVIDENCE was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Albert J. Dahm, Esq.
Dahm & Elvin
9604 Coldwater Rd., Suite 201
Fort Wayne, IN 46825
Phone: 260-497-6000
Fax: 260-497-6019
Email: bert.dahm@dahmelvin.com

Francis H. Morrison, III, Esq.
Day, Berry & Howard
Cityplace
Hartford, CT 06103-3499
Phone: 860-275-0231
Fax: 860-275-0343
Email: fhmorrison@dbh.com

                                                                /s/
                                        Robert I. Reardon, Jr.
                                        **THE REARDON LAW FIRM, P.C.**
                                        160 Hempstead Street
                                        New London, CT  06320
                                        Phone: 860-442-0444
                                        Fax: 860-444-6445
                                        Email: reardonlaw@aol.com
                                        Federal Bar No. ct05358