## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STACIA S. BOGDAN and FRANK BOGDAN, | : | CIVIL NO. 3:02cv637(JCH) |
|     Plaintiffs, | : | |
| | : | |
| V. | : | |
| | : | |
| ZIMMER, INC. | : | |
| | : | |
|     Defendant. | : | JUNE 28, 2006 |

## NOTICE OF APPEARANCE

TO:   Clerk
         United States District Court
         915 Lafayette Blvd.
         Bridgeport, CT  06604

Please enter my appearance in the above entitled action as attorney for the plaintiffs, Stacia S. Bogdan and Frank Bogdan.

                     /s/ Tracy L. Poppe_____
                Tracy L. Poppe
                Federal Bar No. ct26272
                The Reardon Law Firm, P.C.
                160 Hempstead Street
                New London, CT 06320
                Phone:  860.442.0444
                Fax:  860.444.6445
                Email:  reardonlaw@aol.com

## Certificate of Service

      I hereby certify that on June 28, 2006, a copy of the foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Albert J. Dahm, Esq.
Dahm & Elvin
9604 Coldwater Rd., Suite 201
Fort Wayne, IN 46825
Phone: 260-497-6000
Fax: 260-497-6019
Email: bert.dahm@dahmelvin.com

Francis H. Morrison, III, Esq.
Day, Berry & Howard
Cityplace
Hartford, CT 06103-3499
Phone: 860-275-0231
Fax: 860-275-0343
Email: fhmorrison@dbh.com

                                                /s/ Tracy L. Poppe
                                            Tracy L. Poppe  ct26272