UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STACIA S. BOGDAN and FRANK BOGDAN, | : | |
| Plaintiffs, | : | CIVIL NO. 3:02cv637(JCH) |
| | : | |
| V. | : | |
| | : | |
| ZIMMER, INC. | : | |
| | : | |
| Defendant. | : | JULY 7, 2006 |

**PLAINTIFFS' OBJECTION TO DEFENDANT ZIMMER, INC.'S MOTION TO STRIKE PLAINTIFFS' LOCAL RULE 56(a)2 STATEMENT**

The plaintiffs in the above captioned matter, **STACIA BOGDAN AND FRANK BOGDAN**, hereby respectfully provide this Objection to the Defendant's June 16, 2006 dated Motion to Strike Plaintiffs' Local Rule 56(a)2 Statement. The Plaintiffs object to the Defendant's Motion to Strike for the following reasons:

(1) The Plaintiffs maintain that the delayed submission of the Plaintiffs' Local Rule 56(a)2 Statement presents no prejudice for the Defendant; and

(2) The Plaintiffs contend that the alleged non-conforming responses were precipitated by the equivocal and unsupported factual assertions in the Defendant's Local Rule 56(a)1 Statement.

For these reasons, which are more fully detailed in the attached memorandum of law, this Court should deny the Defendant's motion to strike.

THE PLAINTIFFS

By    /s/
Tracy L. Poppe
**THE REARDON LAW FIRM, P.C.**
160 Hempstead Street
New London, CT 06320
Phone: 860-442-0444
Fax: 860-444-6445
Email: reardonlaw@aol.com
Federal Bar No. ct26272

## **ORDER**

The foregoing Objection having been duly heard it is hereby ORDERED:

SUSTAINED/OVERRULED.

                         By THE COURT

                         _____
                                  U.S.D.J.

## Certificate of Service

I hereby certify that on July 7, 2006, a copy of the foregoing Plaintiffs' Objection to Defendant Zimmer, Inc.'s Motion to Strike Plaintiffs' Local Rule 56(a)2 Statement was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Albert J. Dahm, Esq.
Dahm & Elvin
9604 Coldwater Rd., Suite 201
Fort Wayne, IN 46825
Phone: 260-497-6000
Fax: 260-497-6019
Email: bert.dahm@dahmelvin.com

Francis H. Morrison, III, Esq.
Day, Berry & Howard
Cityplace
Hartford, CT 06103-3499
Phone: 860-275-0231
Fax: 860-275-0343
Email: fhmorrison@dbh.com

        /s/
Tracy L. Poppe  ct26272
**THE REARDON LAW FIRM, P.C.**
160 Hempstead Street
New London, CT  06320
Phone: 860-442-0444
Fax: 860-444-6445
Email: reardonlaw@aol.com