UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STACIA S. BOGDAN and FRANK BOGDAN, | : | |
| Plaintiffs, | : | CIVIL NO. 3:02cv637(JCH) |
| | : | |
| V. | : | |
| | : | |
| ZIMMER, INC. | : | |
| Defendant. | : | OCTOBER 12, 2006 |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

TO:   Clerk, United States District Court
      District of Connecticut
      915 Lafayette Boulevard
      Bridgeport, CT  06604

   The Plaintiffs, Stacia S. Bogdan and Frank Bogdan, in the above entitled action hereby notify the Court of the withdrawal of the appearance of Ronald B. Resetarits, formerly of The Reardon Law Firm, P.C.

/s/
Robert I. Reardon, Jr.
Federal Bar No. ct05358
The Reardon Law Firm, P.C.
160 Hempstead Street
New London, CT 06320
Phone:  (860) 442-0444
Fax:  (860) 444-6445

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 12, 2006, a copy of the foregoing Notice of Withdrawal of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Francis H. Morrison, III, Esq.
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103-3499
*Attorneys for Defendant-Appellee*

Albert J. Dahm, Esq.
Michael S. Elvin, Esq.
Dahm & Elvin, LLP
9604 Coldwater Road, Suite 201
Fort Wayne, IN 46825
*Attorneys for Defendant-Appellee*

                                            /s/_____
                                            Robert I. Reardon, Jr.
                                            Fed. Bar No. ct05358
                                            THE REARDON LAW FIRM, P.C.
                                            160 Hempstead Street
                                            P.O. Drawer 1430
                                            New London, CT 06320
                                            860-442-0444
                                            Attorneys for Plaintiff-Appellant