UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**CIVIL**
**Call of the Calendar**

Honorable Janet C. Hall, U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Courtroom #2, 4th Floor

**NOTICE TO COUNSEL**

ALL DISCOVERY AND DISPOSITIVE MOTION DEADLINES HAVING ELAPSED, THE CASE LISTED BELOW HAS BEEN PLACED BY THE COURT ON ITS NEXT CIVIL CALL OF THE CALENDAR, ON THE DATE REFERRED TO IN THE DOCKET.  THIS IS NOT JURY SELECTION.

TRIAL COUNSEL MUST BE PREPARED TO ADVISE THE COURT OF THE FOLLOWING:

1. Date of Unavailability for Trial (Vacation, Witness/party Unavailable/other Firm Trial Commitments, Etc.)

2. Realistic Length of Trial

3. Status of Settlement Negotiations (And Time Needed to Conclude).

NO REQUESTS FOR A CONTINUANCE OF THE CIVIL CALL OF THE CALENDAR RECEIVED LESS THAN 3 CALENDAR DAYS BEFORE THE CALL WILL BE CONSIDERED BY THE COURT.  FAILURE TO COMPLY WITH THESE INSTRUCTIONS OR TO APPEAR MAY RESULT IN THE IMPOSITION OF SANCTIONS, INCLUDING DEFAULT OR DISMISSAL.

PLEASE CONTACT CATHY BOROSKEY AT 579-5600 WITH ANY INQUIRIES RELATED TO THIS CIVIL CALL OF THE CALENDAR.

CALENDAR CALL FOR ALL CASES WILL START PROMPTLY ON TIME.