UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STACIA S. BOGDAN and FRANK BOGDAN, | : | CIVIL ACTION NO: 3:02CV637 (JCH) |
| Plaintiffs, | : : : | |
| v. | : : | |
| ZIMMER, INC., | : : | |
| Defendant. | : | OCTOBER 24, 2006 |

## ZIMMER, INC.'S MOTION TO RESCHEDULE CALL OF CALENDAR

Defendant Zimmer, Inc. ("Zimmer") respectfully submits this motion to reschedule the Call of the Calendar currently set for October 31, 2006 at 2:00 p.m. In support of this motion, Zimmer states as follows:

1.  On October 16, 2006, counsel for Zimmer received notification that a Call of Calendar was scheduled for October 31, 2006. Trial counsel for the parties is required to attend the Call of Calendar.

2.  Trial counsel for Zimmer is located in Fort Wayne, Indiana and will be required to travel to attend the Call of Calendar.

3.  Trial counsel for Zimmer has a longstanding prior commitment the day of October 31, 2006 that will make it impossible to attend the Call of Calendar[1].

4.  Although the Notice to Counsel indicates that all discovery and Dispositive motion deadlines have elapsed in this matter, no scheduling order has been entered in this case.

5.  In light of the fact that no scheduling order has been entered, Zimmer respectfully suggests that the Court set a telephonic status conference to discuss a scheduling order.

---

[1] Trial counsel would note that he has not missed any of the Court's prior status conferences or hearings.

300391_1

WHEREFORE, Zimmer respectfully requests that the Call of Calendar be rescheduled for a later date and that, in the interim, the Court set a telephonic status conference.

Dated:  October 24, 2006    Respectfully submitted,

/s/     Albert J. Dahm
Albert J. Dahm (ct21710)
**DAHM & ELVIN, LLP**
9604 Coldwater Road, Suite 201
Fort Wayne, IN 46825
Telephone:  (260) 497-6000
Facsimile:  (260) 497-6019
E-mail:  albert.dahm@dahmelvin.com

Francis H. Morrison, III (ct04200)
Robert E. Koosa (ct26191)
**DAY BERRY & HOWARD, LLP**
CityPlace I
Hartford, CT 06103-3499
Telephone:  (860) 275-0100
Facsimile:  (860) 275-0343
E-mail:   fhmorrison@dbh.com
         rekoosa@dbh.com

Attorneys for Defendant Zimmer, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2006 I electronically filed the foregoing **ZIMMER, INC.'S MOTION TO RESCHEDULE CALL OF CALENDAR** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

>Robert I. Reardon, Jr.
>The Reardon Law Firm, P.C.
>160 Hempstead Street
>P.O. Drawer 1430
>New London, Connecticut  06320

I further certify that on [] I have mailed by United States Mail the document to the following non-CM/ECF participants:

>None

>/s/     Albert J. Dahm
>Albert J. Dahm (ct21710)
>**DAHM & ELVIN, LLP**
>9604 Coldwater Road, Suite 201
>Fort Wayne, IN 46825
>Telephone:  (260) 497-6000
>Facsimile:  (260) 497-6019
>E-mail:  albert.dahm@dahmelvin.com