UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STACIA S. BOGDAN and FRANK BOGDAN, | : | CIVIL ACTION NO: 3:02CV637 (JCH) |
| Plaintiffs, | : | |
| v. | : | |
| ZIMMER, INC., | : | |
| Defendant. | : | OCTOBER 24, 2006 |

**(PROPOSED) ORDER RE ZIMMER, INC.'S**
**<u>MOTION TO RESCHEDULE CALL OF CALENDAR</u>**

The Court, having considered Zimmer, Inc.'s motion to reschedule the Call of Calendar, hereby grants the motion.

IT IS HEREBY ORDERED that the Call of Calendar currently scheduled for October 31, 2006 at 2:00 p.m. is rescheduled for _____, 2006 at _____, and a telephonic status conference is scheduled for _____, 2006 at _____.


Dated: _____, 2006      _____
　　　　　　　　　　　　　　　　　　JANET C. HALL
　　　　　　　　　　　　　　　　　　United States District Court Judge

300408