UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2006 OCT 27 A 11: 53

| | | |
|---|---|---|
| STACIA S. BOGDAN and FRANK BOGDAN, | : | |
| | : | CIVIL ACTION NO.: 3:02CV637(JCH) |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| ZIMMER, INC., | : | |
| | : | |
| Defendant. | : | OCTOBER 24, 2006 |

### (PROPOSED) ORDER RE ZIMMER, INC.'S MOTION TO RESCHEDULE CALL OF CALENDAR

The Court, having considered Zimmer, Inc.'s motion to reschedule the Call of Calendar, hereby grants the motion.

IT IS HEREBY ORDERED that the Call of Calendar currently scheduled for October 31, 2006 at 2:00 p.m. is ~~rescheduled for~~ *Cancelled*, ~~_____, 2006 at _____~~, and a telephonic status conference is scheduled for Oct. 30, 2006 at 3:45 p.m.

Dated: 10/25, 2006

_____
JANET C. HALL
United States District Court Judge

300408