UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STACIA S. BOGDAN and FRANK BOGDAN, | : CIVIL ACTION NO: 3:02CV637 (JCH) |
| Plaintiffs, | : |
| v. | : |
| ZIMMER, INC., | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties, by their respective counsel, hereby stipulate to dismissal of the above-captioned action in its entirety <u>with</u> <u>prejudice</u>. The parties have resolved this matter. Each party shall bear his, her or its own costs and attorneys' fees.

Dated: February 20, 2007

Respectfully submitted,

/s/   Robert I. Reardon, Jr.
Robert I. Reardon, Jr. (ct05458)
**THE REARDON LAW FIRM, P.C.**
160 Hempstead Street
New London, CT 06321
Telephone: (860) 442-0444
Facsimile: (860) 444-6445
E-mail: reardonlaw@aol.com

Attorney for Plaintiffs
Stacia S. and Frank Bogdan

/s/   Albert J. Dahm
Albert J. Dahm (ct21710)
**LOCKE REYNOLDS, LLP**
9604 Coldwater Road, Suite 201
Fort Wayne, IN 46825
Telephone: (260) 497-6000
Facsimile: (260) 497-6019
E-mail: albert.dahm@locke.com

Francis H. Morrison, III (ct04200)
Robert E. Koosa (ct26191)
**DAY PITNEY LLP**
CityPlace I
Hartford, CT 06103-3499
Telephone: (860) 275-0100
Facsimile: (860) 275-0343
E-mail: fhmorrison@dbh.com, rekoosa@dbh.com

Attorneys for Defendant Zimmer, Inc.

**IT IS SO ORDERED.**

Dated: _____, 2007            _____
                                      Judge of United States District Court
                                      District of Connecticut

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 21, 2007 a copy of the foregoing Stipulation of Dismissal with Prejudice was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing system will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                                            /s/ Francis H. Morrison III
                                                                             Francis H. Morrison III