UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BOGDAN, ET AL | : | |
| Plaintiff, | : | |
| v. | : | CIVIL NO. 3:02CV637(JCH) |
| ZIMMER, INC. | : | |
| Defendant. | : | |

ORDER

The parties reported on January 10, 2007 at a settlement conference before Mag.. Judge Thomas P. Smith, that this action has been settled in full. Parties were to file the appropriate papers within 30 days, to date papers have not been filed. Rather than continue to keep the case open on the docket, the Clerk is directed to administratively close the file without prejudice to the right to reopen if the settlement has not been consummated.

So ordered.

Dated at Bridgeport, Connecticut this 21st day of February, 2007.

/s/ Janet C. Hall
Janet C. Hall, U.S.D.C.